IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HASSAN A. TUCKER, | : CIVIL ACTION NO. 1:22-CV-631 |
| Plaintiff | : |
| v. | : (Judge Conner) |
| JOHN E. WETZEL, *et al.*, | : |
| Defendants | : |

# ORDER

AND NOW, this 18th day of May, 2022, upon consideration of plaintiff's motion (Doc. 9) to appoint counsel, and assuming that plaintiff's claims have an arguable basis in law and fact,[1] and it appearing, at this juncture in the proceedings, that plaintiff is capable of properly and forcefully prosecuting his claims, and that discovery neither implicates complex legal or factual issues nor requires the testimony of expert witnesses, and it being well established that indigent civil litigants possess neither a constitutional nor a statutory right to appointed counsel in a civil case, Montgomery v. Pinchak, 294 F.3d 492, 498 (3d Cir. 2002), and that district courts have broad discretion to determine whether to appoint counsel

---

[1] If the court determines that a claim has "arguable merit in fact and law," Tabron v. Grace, 6 F.3d 147, 155 (3d Cir. 1993), the court should consider the litigant's ability to proceed *pro se* in light of a number of additional non-exhaustive factors, including: (1) the plaintiff's ability to present his case; (2) the complexity of the particular legal issues; (3) the degree to which factual investigation is required and the ability of the plaintiff to pursue such investigation; (4) the amount a case is likely to turn on credibility determinations; (5) whether the case will require testimony from expert witnesses; and (6) the plaintiff's ability to retain and afford counsel on his own behalf. Montgomery v. Pinchak, 294 F.3d 492, 499 (3d Cir. 2002); Parham v. Johnson, 126 F.3d 454, 457-58 (3d Cir. 1997); Tabron, 6 F.3d at 155-57.

under 28 U.S.C. § 1915, it is hereby ORDERED that the motion (Doc. 9) to appoint counsel is DENIED without prejudice.  If further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff.

                                               /S/ CHRISTOPHER C. CONNER
                                               Christopher C. Conner
                                               United States District Judge
                                               Middle District of Pennsylvania