IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HASSAN A. TUCKER,** | : | **CIVIL ACTION NO. 1:22-CV-631** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JOHN E. WETZEL,** *et al.*, | : | |
| **Defendants** | : | |

# **ORDER**

AND NOW, this 29th day of August, 2022, upon consideration of defendants' motion to dismiss (Doc. 17), and it appearing that, as of the date of this order, plaintiff has failed to oppose the motion, it is hereby ORDERED that:

1. On or before September 12, 2022, plaintiff shall file a brief in opposition to defendants' motion to dismiss.

2. Failure to timely file an opposition brief will result in defendants' motion (Doc. 17) being deemed unopposed. See M.D. PA. L.R. 7.6.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania