IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

—

Hassan Tucker, plaintiff
vs
John E. Wetzel, D.O.C. Secretary;
George M. Little, D.O.C. Secretary;
C/O Kimberley; C/O Fisher, C/O
Reese; Captain Robert Vance;
Hearing Examiner Pelosi; defendants.

Jury Trial Demanded

FILED
HARRISBURG, PA
SEP 0 2 2022
PER ____ DEPUTY CLERK

—

Case No. 1:22-CV-0631

—

Plaintiff's Objection To Defendants' **Partial** Motion To Dismiss The Complaint

Plaintiff Hassan Tucker objects to Defendants' Motion and Brief in Support of Partial Dismissal for Defendants Wetzel, Little, Reese, Fisher, Vance, and Pelosė; pursuant to Federal Rules of Civil Procedure Rule 20, Rule 12(b)(6), and Rule 12(b)(1).

—

Hassan Tucker #Gp6788
@SCI Phoenix, 1200 MoKychic Dr
Collegeville, Pa. 19146

Respectfully Submitted by,
Hassan Tucker, plaintiff, pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

—

Hassan A. Tucker, plaintiff
vs
John E. Wetzel, George M. Little,
C/O Kimberley, C/O Fisher, C/O
Reese, Captain Vance, Hearing
Examiner Pelosi, defendants.

—

Case No. 1:22-CV-0631
Filed April 29th, 2022
THE HONORABLE JUDGE
CHRISTOPHER C. CONNER

—

Certificate of Service

Hassan A. Tucker, Plaintiff, pro se, hereby certifies that a true and correct copy of the Plaintiff's Objection To Defendants' Partial Motion To Dismiss The Complaint has been served on . via U.S. Postal Service to the following:

Alexander T. Korn, Deputy Attorney General
Office of Attorney General, 15th Floor, Strawberry Square
Harrisburg, PA. 17120

Date: 8-30-22

s., Mr. Hassan A. Tucker
plaintiff, pro se