IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HASSAN A. TUCKER,** | : CIVIL ACTION NO. 1:22-CV-631 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **JOHN E. WETZEL,** *et al.*, | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 22nd day of May, 2023, upon consideration of the court's January 19, 2023 memorandum and order (Docs. 22-23), wherein the court granted in part and denied in part defendants' motion to dismiss, granted plaintiff leave to file an amended complaint, and stated that if no amended complaint were filed plaintiff's claims against defendants Fisher, Reese, Vance, and Pelosi would be dismissed without further leave to amend, the case would proceed as to plaintiff's cruel and unusual punishment, due process, and right to marry claims against defendants Wetzel and Little and his excessive force claim against defendant Kimberly, and Wetzel, Little, and Kimberly would be required to answer plaintiff's complaint in accordance with the Federal Rules of Civil Procedure, and further upon consideration of the court's order (Doc. 26) extending the deadline for plaintiff to file an amended complaint to March 31, 2023, and the court observing that the March 31, 2023 deadline has expired and that plaintiff has neither filed an amended complaint nor moved for an extension of time in which to do so, it is hereby ORDERED that:

1. Plaintiff's claims against defendants Fisher, Reese, Vance, and Pelosi are DISMISSED without further leave to amend for the reasons stated in the court's January 19, 2023 memorandum.

2. Plaintiff's original complaint (Doc. 1) shall remain the operative pleading.

3. This case shall proceed only as to plaintiff's cruel and unusual punishment, due process, and right to marry claims against defendants Wetzel and Little and plaintiff's excessive force claim against defendant Kimberly.

4. On or before June 5, 2023, defendants Wetzel, Little, and Kimberly shall answer plaintiff's complaint.

5. The pre-trial schedule in the above-captioned case shall be as follows:

    a. Discovery shall be completed on or before November 30, 2023. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the court.

    b. Dispositive motions shall be filed on or before January 31, 2024.

6. Any motions or briefs filed after the expiration of the applicable deadline without prior leave of court shall be stricken from the record.

7. No extensions of the pre-trial schedule shall be granted absent good cause. See Fed. R. Civ. P. 16(b).

                                                Christopher C. Conner
                                                United States District Judge
                                                Middle District of Pennsylvania