# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HASSAN A. TUCKER,** | : | **CIVIL ACTION NO. 1:22-CV-631** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **JOHN E. WETZEL,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 1st day of February, 2024, upon consideration of defendants' motion for extension of time (Doc. 35), and the court finding that there is good cause to grant the requested extension, it is hereby ORDERED that:

1. Defendants' motion for extension of time (Doc. 35) is GRANTED.

2. Dispositive motions shall be filed on or before February 29, 2024.

3. Any motions or briefs filed after the expiration of the applicable deadline without prior leave of court shall be stricken from the record.

4. No extensions of the pre-trial schedule shall be granted absent good cause. See Fed. R. Civ. P. 16(b).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania