IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HASSAN A. TUCKER,                          :
                              Plaintiff    :      No.  1:22-CV-0631
                                           :
          v.                               :      Judge Conner
                                           :
JOHN E WETZEL, GEORGE                      :      Electronically Filed Document
LITTLE, CORRECTIONAL *and*                 :
OFFICER KIMBERLEY,                         :      *Complaint Filed 04/29/22*
                                           :
                             Defendants    :

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Wetzel, Little, and

Kimberley (collectively, "Movants"), by and through undersigned counsel, hereby

move for summary judgment on all claims currently pending in this litigation. A

brief in support of this motion and a statement of material facts will be filed in

accordance with Local Rules 7.5 and 56.1.

Respectfully submitted,

**MICHELLE A. HENRY**
Attorney General


By:    *s/ Tyler Jefferies*
       **TYLER JEFFERIES**

Office of Attorney General          Deputy Attorney General
15th Floor, Strawberry Square    Attorney ID 330225
Harrisburg, PA 17120
Phone: (717) 941-0376

tjefferies@attorneygeneral.gov       **KAREN M. ROMANO**
       Chief Deputy Attorney General
       Civil Litigation Section

Date:  February 29, 2024          *Counsel for Defendants*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASSAN A. TUCKER, | : | |
| Plaintiff | : | No. 1:22-CV-0631 |
| | : | |
| v. | : | Judge Conner |
| | : | |
| JOHN E WETZEL, GEORGE | : | Electronically Filed Document |
| LITTLE, CORRECTIONAL *and* | : | |
| OFFICER KIMBERLEY, | : | *Complaint Filed 04/29/22* |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Tyler Jefferies, Deputy Attorney General for the Commonwealth of

Pennsylvania, Office of Attorney General, hereby certify that on February 29,

2024, I caused to be served a true and correct copy of the foregoing document

titled Defendants' Motion for Summary Judgment to the following:


**VIA U.S. MAIL**

Smart Communications/PADOC

Hassan A. Tucker, GP-6788
SCI Mahanoy
PO Box 33028
St. Petersburg, FL 33733
*Pro Se Plaintiff*


 *s/ Tyler Jefferies*
**TYLER JEFFERIES**
Deputy Attorney General