# EXHIBIT A

DOC0003

| Facility | Building-Section-Cell-Bed | Housing Status | Date/Time In | Date/Time Out | Date Entered |
|---|---|---|---|---|---|
| PHOENIX | PHX-L-B-1008-01 | IMU | 5/24/2022 10:55:59 AM | 12/31/9999 11:59:00 PM | 05/24/2022 |
| PHOENIX | PHX-L-B-2011-01 | IMU | 2/25/2022 8:53:12 AM | 5/24/2022 10:55:59 AM | 05/24/2022 |
| PHOENIX | PHX-L-B-1005-01 | GP | 1/3/2022 11:25:15 AM | 2/25/2022 8:54:12 AM | 02/25/2022 |
| PHOENIX | PHX-L-B-1005-01 | GP | 1/3/2022 11:23:11 AM | 1/3/2022 11:25:15 AM | 01/03/2022 |
| PHOENIX | UNASSIGNED | | 11/16/2021 8:27:37 PM | 11/16/2021 7:45:30 AM | 11/17/2021 |
| PHOENIX | PHX-L-C-2007-01 | IMU | 11/16/2021 4:44:30 PM | 1/3/2022 11:24:11 AM | 01/03/2022 |
| PHOENIX | PHX-L-C-1008-01 | IMU | 8/10/2021 8:26:15 AM | 11/16/2021 8:27:37 PM | 11/16/2021 |
| PHOENIX | UNASSIGNED | | 8/10/2021 8:24:23 AM | 8/10/2021 8:27:15 AM | 08/11/2021 |
| PHOENIX | PHX-L-C-1009-01 | IRU | 3/30/2021 2:29:42 PM | 8/10/2021 8:24:23 AM | 08/11/2021 |
| PHOENIX | UNASSIGNED | | 3/30/2021 12:34:02 PM | 3/30/2021 2:29:42 PM | 03/30/2021 |
| V4 | IN TRANSIT | | 3/30/2021 9:27:52 AM | 3/30/2021 12:34:02 PM | 03/30/2021 |
| ROCKVIEW | ROC-G-B-1013-01 | DTU | 3/1/2021 8:39:41 PM | 3/30/2021 9:27:52 AM | 03/30/2021 |
| ROCKVIEW | ROC-G-B-1014-01 | DTU | 11/24/2020 12:49:24 PM | 3/1/2021 8:39:41 PM | 03/01/2021 |
| ROCKVIEW | UNASSIGNED | | 11/23/2020 7:23:43 PM | 11/24/2020 12:49:24 PM | 11/24/2020 |
| ROCKVIEW | ROC-G-A-1028-01 | RHU | 10/30/2020 7:16:25 PM | 11/23/2020 7:23:44 PM | 11/23/2020 |
| ROCKVIEW | ROC-G-C-1010-01 | RHU | 8/13/2020 7:31:13 PM | 10/30/2020 7:16:25 PM | 10/30/2020 |
| ROCKVIEW | ROC-G-C-1025-01 | RHU | 5/14/2020 7:54:18 PM | 8/13/2020 7:31:13 PM | 08/13/2020 |
| ROCKVIEW | ROC-G-A-1026-01 | RHU | 5/13/2020 7:15:15 PM | 5/14/2020 7:54:18 PM | 05/14/2020 |
| ROCKVIEW | ROC-3-C-1012-01 | IRU | 5/8/2020 10:55:14 AM | 5/13/2020 7:16:15 PM | 05/13/2020 |
| ROCKVIEW | ROC-3-B-1004-01 | POC | 4/30/2020 10:56:35 AM | 5/8/2020 10:55:14 AM | 05/08/2020 |
| ROCKVIEW | ROC-G-A-1030-01 | RHU | 4/28/2020 3:00:00 PM | 4/30/2020 10:56:35 AM | 04/30/2020 |
| ROCKVIEW | ROC-G-A-1030-01 | RHU | 4/14/2020 7:29:37 PM | 4/27/2020 12:00:01 PM | 04/27/2020 |
| ROCKVIEW | ROC-G-A-1007-01 | RHU | 2/13/2020 6:36:07 PM | 4/14/2020 7:29:37 PM | 04/14/2020 |
| ROCKVIEW | ROC-G-A-1005-01 | RHU | 2/12/2020 7:58:19 PM | 2/13/2020 6:37:07 PM | 02/13/2020 |
| ROCKVIEW | UNASSIGNED | | 2/12/2020 7:52:43 PM | 2/12/2020 7:59:19 PM | 02/12/2020 |
| ROCKVIEW | ROC-G-A-1005-01 | SRT | 1/7/2020 9:58:32 AM | 2/12/2020 7:52:43 PM | 02/12/2020 |
| ROCKVIEW | ROC-D-AC-2043-01 | RHU | 12/27/2019 7:39:15 PM | 1/7/2020 9:58:32 AM | 01/07/2020 |
| ROCKVIEW | ROC-G-C-1023-01 | RHU | 12/19/2019 8:06:24 AM | 12/27/2019 7:40:15 PM | 12/27/2019 |
| ROCKVIEW | ROC-G-C-1024-01 | RHU | 9/12/2019 7:40:40 PM | 12/19/2019 8:08:24 AM | 12/19/2019 |
| ROCKVIEW | ROC-D-AC-1045-01 | RHU | 8/1/2019 11:59:07 PM | 9/12/2019 7:40:40 PM | 09/12/2019 |
| ROCKVIEW | ROC-C-A-1052-01 | GP | 2/21/2018 10:26:56 AM | 8/1/2019 12:04:07 AM | 08/02/2019 |
| ROCKVIEW | ROC-B-A-2000-04 | GP | 2/20/2018 6:38:38 PM | 2/21/2018 10:27:56 AM | 02/21/2018 |
| ROCKVIEW | ROC-D-AC-1048-01 | RHU | 1/25/2018 8:43:43 AM | 2/20/2018 6:38:38 PM | 02/20/2018 |
| ROCKVIEW | ROC-D-AC-1049-02 | RHU | 1/23/2018 7:45:47 PM | 1/25/2018 8:43:43 AM | 01/25/2018 |

| | | | | | |
|---|---|---|---|---|---|
| ROCKVIEW | UNASSIGNED | | 1/22/2018 8:00:37 PM | 1/23/2018 7:45:47 PM | 01/23/2018 |
| ROCKVIEW | ROC-D-AC-1047-01 | RHU | 1/18/2018 5:47:21 PM | 1/22/2018 8:00:37 PM | 01/22/2018 |
| ROCKVIEW | UNASSIGNED | | 1/18/2018 1:40:52 PM | 1/18/2018 5:47:21 PM | 01/18/2018 |
| V1 | IN TRANSIT | | 1/18/2018 1:09:08 PM | 1/18/2018 1:40:52 PM | 01/18/2018 |
| BENNER TOWNSHIP | UNASSIGNED | | 1/18/2018 11:20:47 AM | 1/18/2018 1:09:08 PM | 01/18/2018 |
| B1 | IN TRANSIT | | 1/18/2018 7:53:13 AM | 1/18/2018 11:20:47 AM | 01/18/2018 |
| DALLAS | DAL-K-B-1002-01 | RHU | 12/15/2017 1:49:05 AM | 1/18/2018 7:53:13 AM | 01/18/2018 |
| DALLAS | DAL-17-C-1007-01 | INF | 12/13/2017 9:15:07 AM | 12/15/2017 1:50:05 AM | 12/15/2017 |
| DALLAS | UNASSIGNED | | 12/12/2017 10:00:03 PM | 12/13/2017 9:16:07 AM | 12/13/2017 |
| DALLAS | DAL-17-C-1002-01 | POC | 12/11/2017 10:00:48 PM | 12/12/2017 10:00:03 PM | 12/13/2017 |
| DALLAS | DAL-K-B-1001-01 | RHU | 8/21/2017 1:35:38 AM | 12/11/2017 1:20:48 AM | 12/12/2017 |
| DALLAS | DAL-E-A-1011-01 | GP | 7/14/2017 8:59:17 AM | 8/21/2017 1:35:38 AM | 08/21/2017 |
| DALLAS | DAL-F-A-1027-01 | GP | 4/26/2017 8:44:12 AM | 7/14/2017 8:59:17 AM | 07/14/2017 |
| DALLAS | UNASSIGNED | | 4/26/2017 7:18:34 AM | 4/26/2017 8:45:12 AM | 04/26/2017 |
| DALLAS | DAL-17-A-1001-01 | INF | 4/20/2017 10:00:52 PM | 4/26/2017 7:18:34 AM | 04/26/2017 |
| DALLAS | DAL-F-A-2057-02 | GP | 11/30/2015 1:34:24 PM | 4/20/2017 2:29:52 AM | 04/21/2017 |
| DALLAS | DAL-F-A-2051-01 | GP | 9/10/2015 8:30:44 AM | 11/30/2015 1:34:24 PM | 11/30/2015 |
| DALLAS | UNASSIGNED | | 9/10/2015 8:19:12 AM | 9/10/2015 8:30:44 AM | 09/11/2015 |
| DALLAS | DAL-F-A-2057-02 | GP | 8/15/2015 9:03:22 AM | 9/10/2015 8:19:13 AM | 09/11/2015 |
| DALLAS | DAL-F-A-2084-01 | GP | 2/9/2015 8:07:30 AM | 8/15/2015 9:03:22 AM | 08/17/2015 |
| DALLAS | DAL-F-A-2084-02 | GP | 12/2/2014 8:01:30 AM | 2/9/2015 8:07:30 AM | 02/10/2015 |
| DALLAS | UNASSIGNED | | 12/2/2014 8:01:22 AM | 12/2/2014 8:01:30 AM | 12/03/2014 |
| DALLAS | DAL-F-A-2084-01 | GP | 9/11/2014 9:53:29 AM | 12/2/2014 8:01:22 AM | 12/03/2014 |
| DALLAS | UNASSIGNED | | 9/11/2014 9:53:24 AM | 9/11/2014 9:53:29 AM | 09/11/2014 |
| DALLAS | DAL-F-A-2084-02 | GP | 5/15/2014 8:52:17 AM | 9/11/2014 9:53:25 AM | 09/11/2014 |
| DALLAS | UNASSIGNED | | 5/15/2014 8:44:26 AM | 5/15/2014 8:53:17 AM | 05/16/2014 |
| DALLAS | DAL-F-A-2084-02 | GP | 7/22/2013 8:54:46 AM | 5/15/2014 8:44:26 AM | 05/16/2014 |
| DALLAS | DAL-F-A-2084-01 | GP | 7/22/2013 8:46:30 AM | 7/22/2013 8:54:46 AM | 07/22/2013 |
| DALLAS | DAL-17-B-1001-01 | INF | 7/15/2013 11:09:22 AM | 7/22/2013 8:46:30 AM | 07/22/2013 |
| DALLAS | UNASSIGNED | | 7/13/2013 9:03:06 AM | 7/15/2013 11:10:22 AM | 07/15/2013 |
| DALLAS | DAL-17-B-1001-01 | INF | 6/27/2013 8:57:18 AM | 7/13/2013 9:03:06 AM | 07/15/2013 |
| DALLAS | DAL-F-A-2084-02 | GP | 3/13/2013 9:52:52 AM | 6/27/2013 8:58:18 AM | 06/27/2013 |
| DALLAS | UNASSIGNED | | 3/13/2013 9:51:59 AM | 3/13/2013 9:52:52 AM | 03/13/2013 |
| DALLAS | DAL-F-A-2084-01 | GP | 2/26/2013 1:38:12 PM | 3/13/2013 9:52:00 AM | 03/13/2013 |
| DALLAS | UNASSIGNED | | 2/26/2013 1:37:52 PM | 2/26/2013 1:38:12 PM | 02/26/2013 |

DOC0004

DOC0005

| | | | | | |
|---|---|---|---|---|---|
| DALLAS | DAL-F-A-2084-02 | GP | 2/8/2013 12:27:37 PM | 2/26/2013 1:37:52 PM | 02/26/2013 |
| DALLAS | UNASSIGNED | | 2/8/2013 12:26:17 PM | 2/8/2013 12:27:37 PM | 02/08/2013 |
| DALLAS | DAL-F-A-2084-01 | GP | 11/1/2012 9:23:54 AM | 2/8/2013 12:26:17 PM | 02/08/2013 |
| DALLAS | UNASSIGNED | | 11/1/2012 9:23:38 AM | 11/1/2012 9:23:54 AM | 11/01/2012 |
| DALLAS | DAL-F-A-2084-02 | GP | 8/28/2012 2:08:37 PM | 11/1/2012 9:23:39 AM | 11/01/2012 |
| DALLAS | UNASSIGNED | | 8/28/2012 8:44:55 AM | 8/28/2012 8:45:03 AM | 08/28/2012 |
| DALLAS | DAL-17-C-1008-01 | INF | 8/28/2012 8:44:31 AM | 8/28/2012 8:44:55 AM | 08/28/2012 |
| DALLAS | DAL-17-C-1007-01 | INF | 8/28/2012 8:44:03 AM | 8/28/2012 2:08:37 PM | 08/28/2012 |
| DALLAS | DAL-F-A-2084-02 | GP | 7/3/2012 8:31:13 AM | 8/28/2012 8:44:31 AM | 07/03/2012 |
| DALLAS | UNASSIGNED | | 7/3/2012 8:30:59 AM | 7/3/2012 8:31:13 AM | 07/03/2012 |
| DALLAS | DAL-F-A-2084-01 | GP | 7/2/2012 8:56:19 AM | 7/3/2012 8:31:00 AM | 07/03/2012 |
| DALLAS | DAL-F-A-2084-02 | GP | 11/28/2011 9:54:53 AM | 7/2/2012 8:56:19 AM | 07/02/2012 |
| DALLAS | DAL-F-A-1003-02 | GP | 11/23/2011 11:16:01 AM | 11/28/2011 9:54:53 AM | 11/28/2011 |
| DALLAS | DAL-K-A-1041-01 | RHU | 10/27/2011 8:16:15 AM | 11/23/2011 11:17:01 AM | 11/23/2011 |
| DALLAS | DAL-F-A-2084-02 | GP | 3/1/2011 8:15:03 AM | 10/27/2011 8:16:15 AM | 10/27/2011 |
| DALLAS | DAL-F-A-2051-02 | GP | 8/24/2010 8:20:55 AM | 3/1/2011 8:16:03 AM | 03/01/2011 |
| DALLAS | DAL-F-A-1018-02 | GP | 10/13/2009 8:41:59 AM | 8/24/2010 8:20:55 AM | 08/24/2010 |
| DALLAS | DAL-F-A-1033-02 | GP | 6/12/2009 8:10:16 AM | 10/13/2009 8:41:59 AM | 10/13/2009 |
| DALLAS | DAL-F-A-1010-02 | GP | 4/30/2009 11:59:29 AM | 6/12/2009 8:10:16 AM | 06/12/2009 |
| DALLAS | DAL-K-A-1046-01 | RHU | 4/24/2009 1:59:25 PM | 4/30/2009 11:59:29 AM | 04/30/2009 |
| DALLAS | UNASSIGNED | | 4/24/2009 1:55:13 PM | 4/24/2009 1:59:25 PM | 04/24/2009 |
| DALLAS | DAL-K-A-1019-01 | RHU | 4/21/2009 7:54:53 AM | 4/24/2009 1:55:13 PM | 04/24/2009 |
| DALLAS | UNASSIGNED | | 4/21/2009 7:54:40 AM | 4/21/2009 7:54:53 AM | 04/21/2009 |
| DALLAS | DAL-K-A-1020-01 | RHU | 2/2/2009 8:10:34 AM | 4/21/2009 7:54:41 AM | 04/21/2009 |
| DALLAS | DAL-G-A-2044-02 | GP | 9/15/2008 10:42:46 AM | 2/2/2009 8:10:34 AM | 02/03/2009 |
| DALLAS | UNASSIGNED | | 9/15/2008 10:42:34 AM | 9/15/2008 10:42:46 AM | 09/15/2008 |
| DALLAS | DAL-G-A-1024-02 | GP | 7/1/2008 8:13:30 AM | 9/15/2008 10:42:35 AM | 09/15/2008 |
| DALLAS | DAL-G-A-2075-02 | GP | 2/28/2008 1:33:15 PM | 7/1/2008 8:13:30 AM | 07/01/2008 |
| DALLAS | DAL-K-A-1034-01 | RHU | 12/4/2007 8:06:12 AM | 2/28/2008 1:33:15 PM | 02/28/2008 |
| DALLAS | DAL-G-A-2044-02 | GP | 11/20/2007 8:30:16 AM | 12/4/2007 8:07:12 AM | 12/04/2007 |
| DALLAS | DAL-G-A-1003-01 | GP | 2/8/2007 7:55:25 AM | 11/20/2007 8:30:16 AM | 11/20/2007 |
| DALLAS | UNASSIGNED | | 2/8/2007 7:55:11 AM | 2/8/2007 7:55:25 AM | 02/08/2007 |
| DALLAS | DAL-G-A-1003-02 | GP | 11/3/2006 8:25:34 AM | 2/8/2007 7:55:12 AM | 02/08/2007 |
| DALLAS | DAL-G-A-1033-02 | GP | 11/1/2006 8:28:19 AM | 11/3/2006 8:25:34 AM | 11/03/2006 |
| DALLAS | DAL-G-A-1003-02 | GP | 10/10/2006 1:06:13 PM | 11/1/2006 8:28:19 AM | 11/01/2006 |

| | | | | | |
|---|---|---|---|---|---|
| DALLAS | DAL-F-A-2088-01 | GP | 10/10/2006 1:05:23 PM | 10/10/2006 1:07:13 PM | 10/10/2006 |
| DALLAS | DAL-G-A-1003-02 | GP | 7/3/2006 8:17:15 AM | 10/10/2006 1:05:23 PM | 10/10/2006 |
| DALLAS | DAL-G-A-2068-02 | GP | 6/29/2006 7:38:57 AM | 7/3/2006 8:17:15 AM | 07/03/2006 |
| DALLAS | UNASSIGNED | | 6/28/2006 5:23:59 PM | 6/29/2006 7:38:57 AM | 06/29/2006 |
| B1 | IN TRANSIT | | 6/28/2006 8:00:02 AM | 6/28/2006 5:23:59 PM | 06/28/2006 |
| CAMP HILL | UNASSIGNED | | 6/2/2006 2:29:29 PM | 6/2/2006 2:30:01 PM | 06/02/2006 |
| CAMP HILL | CAM-A-A-1014-02 | DCC | 6/2/2006 2:29:01 PM | 6/28/2006 8:00:02 AM | 06/28/2006 |
| CAMP HILL | CAM-A-B-1001-01 | DCC | 4/27/2006 4:05:27 PM | 6/2/2006 2:29:29 PM | 06/02/2006 |
| CAMP HILL | CAM-F-D-1013-02 | DCC | 4/24/2006 9:24:50 PM | 4/27/2006 4:05:27 PM | 04/27/2006 |
| CAMP HILL | UNASSIGNED | | 4/24/2006 9:12:06 PM | 4/24/2006 9:25:50 PM | 04/24/2006 |
| CAMP HILL | CAM-F-D-2030-01 | DCC | 4/21/2006 7:38:30 PM | 4/24/2006 9:12:06 PM | 04/24/2006 |
| CAMP HILL | UNASSIGNED | | 4/21/2006 9:00:35 AM | 4/21/2006 7:38:30 PM | 04/21/2006 |
| B1 | IN TRANSIT | | 4/21/2006 6:37:34 AM | 4/21/2006 9:00:35 AM | 04/21/2006 |
| GRATERFORD | GRA-E-B-2092-01 | GP | 4/11/2006 6:15:19 PM | 4/21/2006 6:37:34 AM | 04/21/2006 |
| GRATERFORD | UNASSIGNED | | 4/11/2006 1:45:00 PM | 4/11/2006 6:15:19 PM | 04/11/2006 |

DOC0006