# EXHIBIT D

*DAC*   *AC*   *L (ST)*   *MH/C*

| Form DC-141 Part 1 | COMMONWEALTH OF PENNSYLVANIA | | |
|---|---|---|---|
| Rev. 12/2017 | DEPARTMENT OF CORRECTIONS | | D 292527 |

☒ MISCONDUCT REPORT   ☐ OTHER   ☐ DC-ADM 801 INFORMAL RESOLUTION

| DC Number | Name | Institution | Incident Time 24 Hr. Base | Incident Date | Date of Report |
|---|---|---|---|---|---|
| GP6788 | Tucker | KOC | 1942 | 8/1/19 | 8/15/19 |

| Quarters | Place of Incident |
|---|---|
| DAC | CA Unit Shower/Phone Area |

### OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)

| DC Number | Name | I | W | DC Number | Name | I | W |
|---|---|---|---|---|---|---|---|
| NR7816 | Robertson | X | | | | | |
| NQ1404 | Heath | X | | | | | |

### MISCONDUCT CHARGE OR OTHER ACTION

Class 1  #1  Assault
#36  Possession of Contraband - Weapon

### STAFF MEMBER'S VERSION

During a review of the Divar Cameras 247 and 249, on the above date and time video shows inmate Tucker GP6788 remove an unknown weapon from his pocket and attack NR7816 Robertson, striking him several times. Inmate Tucker then turns his assault to NQ1404 Heath and cuts Heath with the same weapon used by Tucker to attack inmate Robertson. Inmate Heath and Robertson required stitches to close their wounds from the weapon used by inmate Tucker.

(X) STG INCIDENT

Misconduct delayed due to investigation

### IMMEDIATE ACTION TAKEN AND REASON

Misconduct not elligible for informal I/m to remain on present status until seen by OISR

| PRE-HEARING CONFINEMENT | | FORMS GIVEN TO INMATE |
|---|---|---|
| IF YES | | ☒ REQUEST FOR WITNESSES AND REPRESENTATION   ☒ INMATE'S VERSION |
| ☐ YES  ☐ NO | TIME: Already  DATE: Confined | |

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY SIGNATURE AND TITLE | DATE AND TIME INMATE GIVEN COPY | |
|---|---|---|---|
| Vance Coy | _signature_ M CCIII | DATE 8-15-19 | TIME 24 HOUR BASE X 2145 |

| YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER | | MISCONDUCT CATEGORY | | Signature of Person Serving Notice |
|---|---|---|---|---|
| DATE 8-16-19 | TIME X 2150 | ☒ CLASS 1 | ☐ CLASS 2 | X _signature_ |

### Notice to Inmate

You are scheduled for a hearing on the allegation on the date and time indicated or as soon thereafter as possible. You may remain silent if you wish. Anything you say shall be used against you both at the misconduct hearing and in a court of law, if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you shall be asked no further questions. If you are found guilty of a Class 1 misconduct, any pre-release status you have shall be revoked.

WHITE - DC-15          YELLOW – Inmate          PINK – Reporting Staff Member

**DC-ADM 801, Inmate Discipline Procedures Manual**
**Section 1 – Misconducts/Rule Violations**          *Attachment 1-B*
Issued: 12/1/2017
Effective: 12/1/2017