# EXHIBIT E

DC-141  PART 2(D)
Rev 9/2009
WAIVER OF DISCIPLINARY PROCEDURES

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**

| DC Number | Name | Facility | Date |
|---|---|---|---|
| GP6288 | Tucker | SCI Rockview | 8/19/19 |

MISCONDUCT REPORT(S) NO. _____D292527_____

(This form is to be used when an inmate charged with committing a misconduct wishes to waive his/her right to a disciplinary hearing or other procedural protections.)

I have received written notice of the offense(s) with which I am charged. I have read or have been informed of and understand the following:

I have a right to have a hearing not less than 24 hours nor more than seven working days after receiving notice of the charges, to determine whether I am innocent or guilty of committing a misconduct.

If found guilty, discipline may be imposed against me, including but not limited to, loss of privileges and placement in disciplinary custody.

After the hearing, I have a right to appeal both the finding of guilt and the appropriateness of any discipline imposed by the Hearing Committee to the Program Review Committee.

I may waive my right to a hearing as well as any other procedural protections to which I am entitled.

If I waive my right to a hearing, the Hearing Committee/Examiner will determine my guilt or innocence in my absence, and that determination shall be final. If I am found guilty, discipline may be imposed. I may appeal the appropriateness of the discipline imposed by the Program Review Committee.

I have read the above statement or have had it read to me, and with an understanding of my rights,

☐ I hereby voluntarily waive the disciplinary hearing on misconduct report(s) # _____

☐ I wish to have a disciplinary hearing, but hereby voluntarily waive my right to 24 hours notice prior to the hearing and request that it be scheduled as soon as possible.

☒ I wish to have a disciplinary hearing, but I hereby voluntarily waive my right to have the hearing within seven working days of receiving notice of the charge and request that it be scheduled within a reasonable time hereafter.

| _____ | _____ |
| INMATE | WITNESS |

DATE __8/19/19__          DATE __8/19/19__

_____
WITNESS

DATE _____

**WHITE – DC-15**          **YELLOW – Inmate Cited**