# EXHIBIT F

| DC-141, Part 2(B) <br> DISCIPLINARY HEARING REPORT | | COMMONWEALTH OF PENNSYLVANIA <br> Department of Corrections | | | |
|---|---|---|---|---|---|
| DC Number <br> GP6788 | Name <br> TUCKER | Facility <br> ROC | Hearing Date <br> 8/19/19 | Hearing Time <br> 0851 | No. from Part 1 <br> D292527 |
| INMATE PLEA | ☐ Guilty <br> X Not Guilty | ☐ No Plea <br> ☐ Other | | VERDICT | X Guilty <br> ☐ Not Guilty |

## HEARING ACTION

CHARGES #1, #36

### FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED

I/M PLEADS NOT GUILTY to ALL CHARGES
I/M offers a written version, but states, "I have been down since 2005, and I have no history of any type of affiliation. I never have. I'm from northwestern Philadelphia." Hearing continued to watch video evidence. Waiver form is signed. Video evidence clearly shows inmate Tucker with an object in his right hand, come up behind inmate Robertson with his arm swinging in a downward motion. Inmate Tucker repeatedly swings both arms at inmate Robertson. Inmate Heath was run into by inmate Tucker during the altercation as well, but then goes out of camera view.
HEX believes Captain Vance's report over inmate Tucker's denial that inmate Tucker did assault and was in possession of contraband when inmate Tucker is clearly seen on video striking inmate Robertson with an object in his right hand. Inmate Tucker repeatedly swings both arms at inmate Robertson, while the object was still in inmate Tucker's right hand. Inmate Heath is seen on camera being run into by inmate Tucker during the altercation. Both inmate Tucker and inmate Heath had injuries consistent with being struck with a weapon, each requiring stitches. A preponderance of evidence exists to support the #1 and #36 charges.
This is inmate Tucker's 3rd assault misconduct since 2017.
8/21/19 – Hearing Concluded. Inmate Given Decision.

GUILTY #1 – 90D DC
    #36 – 60D DC

150D DC, EFF 8/1/19, LOSS OF JOB

| | | | |
|---|---|---|---|
| X YES | ☐ NO | The inmate has heard the decision and has been told the reason for it and what will happen. | 1-C <br> WAIVER |
| X YES | ☐ NO | The circumstances of the charge have been read and fully explained to the inmate. | INMATE VERSION <br> VIDEO EVIDENCE |
| X YES | ☐ NO | The opportunity to have the inmate's version reported as part of the record was given. | SEE APPENDICES |
| X YES | ☐ NO | The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review. | X |

| NAME(S) OF HEARING EXAMINER/COMMITTEE <br> (TYPED OR PRINTED) <br><br> T. Walter | Hearing Report and all appended information must be signed. <br> Signature indicates finished report with appendices. <br><br> *T. Walter* <br> SIGNATURE OF HEARING EXAMINER/COORDINATOR |
|---|---|

WHITE – DC-15    YELLOW – Inmate Cited    PINK – Staff Member Reporting Misconduct
GOLDENROD – Deputy Facility Manager

*DC-ADM 801, Inmate Discipline Procedures Manual*
*Section 4 – Disposition of Charges and Misconduct Sanctions*    **Attachment 4-A**
Issued: May 20, 2015
Effective: July 2, 2015