# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASSAN A. TUCKER, | : | |
| Plaintiff | : | No. 1:22-CV-0631 |
| | : | |
| v. | : | Judge Conner |
| | : | |
| JOHN E WETZEL, GEORGE LITTLE, CORRECTIONAL *and* OFFICER KIMBERLEY, | : | Electronically Filed Document |
| | : | |
| | : | *Complaint Filed 04/29/22* |
| | : | |
| Defendants | : | |

## **DECLARATION OF NICKI PAUL**

1. I, Nicki Paul, am employed as the Corrections Superintendent Assistant at SCI Rockview of the Pennsylvania Department of Corrections ("DOC").

2. As a Corrections Superintendent Assistant, it is within my position to have access to inmate records such as the Inmate Cumulative Adjustment Record ("ICAR").

3. I have reviewed the version of DC-ADM 802 that became effective November 14, 2016 and remained in effect until 2022.

4. In 2019, pursuant to that version of DC-ADM 802 Section 2(D)(4), weekly interviews and monthly reviews of inmates on Administrative Custody ("AC") status will be documented in the ICAR.

5. An ICAR entry is also created for the annual Restricted Release List reviews, including the final decision. *See* DC-ADM 802 Section 2(D)(10).

6. I have reviewed the relevant records concerning Inmate Tucker's ICAR and entries pursuant to DC-ADM 802.

7. My review of Inmate Tucker's ICAR revealed the following:

   a. On August 7, 2019, the Corrections Classification Program Manager created an entry that a Program Review Committee ("PRC") hearing was held and Tucker's AC status was continued.

   b. On August 27, 2019, the Psychological Service Specialist ("PSS") conduct a complete assessment for referral to placement on Restricted Release.

   c. On November 26, 2019, the Corrections Counselor noted Inmate Tucker was notified he was being officially placed on the RRL. Inmate Tucker was understanding and had no further concerns to address.

   d. On December 11, 2019, the corrections Classification Program Manager created an entry that a PRC review was conducted and they decided to continue Tucker's Disciplinary Custody status and RRL placement.

   e. On December 27, 2019, the Corrections Counselor noted informing Tucker his placement on the RRL was approved through central office.

f. On January 2, 2020, the Corrections Unit Manager noted a PRC Administrative hearing was held and the decision was made to continue Tucker's AC status and RRL placement.

I, Nicki Paul, hereby verify under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing Declaration is true and correct to the best of my knowledge, information and belief.

2/22/2024
Date

**Nicki Paul**
Corrections Superintendent Assistant
SCI Rockview
Pennsylvania Department of Corrections