# EXHIBIT H

| DC-46 VOTE SHEET | | Commonwealth of Pennsylvania Department of Corrections | | | | Staffing Date 8/28/19 | | Facility Rockview |
|---|---|---|---|---|---|---|---|---|
| Number GP6788 | Inmate Name Tucker, Hassan | | | VPI/PAI Scores N/A | CL/Code(s) 3(ST)Y | OVRT CAT 2 | RST 6.00 (Med) | TCU 7.00 (High) |
| True Min N/A | Cont. Min. Life | RRRI Min N/A | Cont. Max Life | PV Max N/A | Detainer Y☒ N☐ | HIQ 49.00 (Low) | CSSM 2.00 (Low) | Stability Code C |

**Sentence Length:** Life

**Current Offense(s):** Murder (1st Degree); Possessing Instrument Of Crime; Carry Firearm In Public- Philadelphia

Hassan Tucker, age 35, is being reviewed for placement on the Restricted Release List (RRL). He is also being reviewed for the addition of program code H.

Since his reception to the DOC on 4/11/2006, inmate Tucker has shown a poor adjustment. He has accumulated 26 misconducts including three recent assault misconducts on 8/20/2017, 1/22/2018, and 8/1/2019. On 8/20/17 inmate Tucker assaulted inmate MW1735 Lovelings by stabbing him in the back and neck with a weapon. Inmate Lovelings was transported to Wilkes Barre General Hospital. On 1/22/2018 inmate Tucker was observed assaulting inmate KD1145 Swan by striking him in the face. Inmate Swan was also restrained by a sheet that was tied to the cell bars and attached to his feet and wrists. On 8/1/2019 inmate Tucker was observed removing a weapon from his pocket and striking inmate NR7816 Robertson several times before turning to inmate NQ1404 Heath cutting him with the same weapon. Both inmates required sutures. For more details see attached security report and memo.

The Unit Team agrees that RRL and program code H are appropriate due to inmate Tucker's recent violent actions and he remains a threat to the security of the institution while in general population.

| Comments are encouraged for "YES" votes & Required for "NO" votes. | Purpose 1 Restricted Release List | | | Purpose 2 Addition of program code H | | | Purpose 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Y | N | Comments | Y | N | Comments | Y | N | Comments |
| **Problematic?** Include reason why in comment section(s) | ☐ | ☐ | | ☐ | ☐ | | ☐ | ☐ | |
| Counselor/Date R. Bonsell | ☒ | ☐ | | ☒ | ☐ | | ☐ | ☐ | |
| Work Supervisor | ☐ | ☐ | | ☐ | ☐ | | ☐ | ☐ | |
| Corrections Officer | ☐ | ☐ | | ☐ | ☐ | | ☐ | ☐ | |
| Other | ☐ | ☐ | | ☐ | ☐ | | ☐ | ☐ | |
| Unit Manager/Date S. Pasquale | ☒ | ☐ | | ☒ | ☐ | | ☐ | ☐ | |
| Psychologist/Date | ☐ | ☐ | | ☐ | ☐ | | ☐ | ☐ | |
| CCPM/Date T. Miller | ☒ | ☐ | | ☒ | ☐ | | ☐ | ☐ | |
| Sec. Capt./Date | ☐ | ☐ | | ☐ | ☐ | | ☐ | ☐ | |
| Major/Date H. Haldeman | ☒ | ☐ | | ☒ | ☐ | | ☐ | ☐ | |
| DSCS/Date M. Houser | ☒ | ☐ | | ☒ | ☐ | | ☐ | ☐ | |
| DSFM/Date G. McMahon | ☒ | ☐ | | ☒ | ☐ | | ☐ | ☐ | |
| Signature of Superintendent/Designee: M. Garman | | | | | | | Date 9-5-19 | | |
| Purpose 1: **Restricted Release List** | | | ☒ Y ☐ N | | | | | | |
| Purpose 2: **Addition of program code H** | | | ☒ Y ☐ N | | | | | | |
| Purpose 3: | | | ☐ Y ☐ N | | | | | | |

7.2.1, Counseling Services Procedures Manual
Attachment 8-A

# Restricted Release List Placement/Annual RRL Review/Removal Request

| ☒ Request Placement on Restricted Release List | ☐ Request Removal from Restricted Release List |
|---|---|
| ☐ Annual Review on Restricted Release List | ☐ Request Continuation on Restricted Release List |

**Inmate Name:** Tucker, Hassan          **DOC#:** GP6788

| Unit Manager: S. ▓▓▓ | ☒ Approved ☐ Disapproved | Signature: ▓▓▓ | Date: 8/28/19 |

Rationale: [redacted]

| CCPM: T. MILLER | ☒ Approved ☐ Disapproved | Signature: T. Mill | Date: 9/3/19 |

Comments: [redacted]

| DSCS: N. ▓▓ Housen | ☒ Approved ☐ Disapproved | Signature: ▓▓▓ | Date: 9/3/19 |

Comments: [redacted]

| DSFM: | ☒ Approved ☐ Disapproved | Signature: ▓▓▓ | Date: 9/3/19 |

Comments: [redacted]

| Facility Manager: M. GARMAN | ☒ Approved ☐ Disapproved | Signature: ▓▓▓ | Date: 9-5-19 |

Comments:

| Regional Deputy Secretary: T. ▓▓▓ | ☒ Approved ☐ Disapproved | Signature: ▓▓▓ | Date: 9/18/19 |

Comments: [redacted]

| Executive Deputy Secretary: | ☒ Approved ☐ Disapproved | Signature: ▓▓▓ | Date: 9-25-19 |

Comments: [redacted]

| Secretary: | ☒ Approved ☐ Disapproved | Signature: ▓▓▓ | Date: 11/5/19 |

Comments:

cc: Facility Manager for requesting facility
    Office of Population Management

Wingard  Bickell  christiana  Hobart
Garman   Wood    Brundt
Brown    Sahol   Robinette
                          11/18/19
                          JSH

DC-ADM 802, Administrative Custody Procedures Manual
Section 1 – Placement in Administrative Custody Status                Attachment 1-A
Issued: 11/24/2014   Effective: 12/29/2014