# EXHIBIT I

WHC — Unable to Log

| Form DC-141 Part 1 | COMMONWEALTH OF PENNSYLVANIA | D 427051 |
|---|---|---|
| Rev. 12/2017 | DEPARTMENT OF CORRECTIONS | |

☐ MISCONDUCT REPORT  ☒ OTHER  ☐ DC-ADM 801 INFORMAL RESOLUTION

| DC Number | Name | Institution | Incident Time 24 Hr. Base | Incident Date | Date of Report |
|---|---|---|---|---|---|
| GP6788 | Tucker, Hassan | SCIR | 1500 | 12-26-19 | 12-30-19 |

| Quarters | Place of Incident |
|---|---|
| D/AC 243 | D/AC |

**OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)**

| DC Number | Name | I | W | DC Number | Name | I | W |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**MISCONDUCT CHARGE OR OTHER ACTION**

OTHER

**STAFF MEMBER'S VERSION**

On 12-26-19 Inmate Tucker was placed on AC status pursuant to Administrative Directive 802 1.B.1.a, inmate is in danger by/from some person(s) in the facility and cannot be protected by alternate measures. Specifically, verified threats have been made against Inmate Tucker by inmates in general population.

per PRC

**IMMEDIATE ACTION TAKEN AND REASON** — inmate placed on AC status pursuant to DC ADM 802 Section 1.B.1.a for to remain confined until cleared by PRC.

**PRE-HEARING CONFINEMENT**

☐ YES  ☐ NO    TIME: Already Confined    DATE:

☐ REQUEST FOR WITNESSES AND REPRESENTATION    ☐ INMATE'S VERSION

**FORMS GIVEN TO INMATE**

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY SIGNATURE AND TITLE | DATE AND TIME INMATE GIVEN COPY |
|---|---|---|
| CO Ward | CO IV | DATE 12/30/19  TIME 2045 |

YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER  DATE: other  TIME:

**MISCONDUCT CATEGORY**  ☐ CLASS 1   ☐ CLASS 2

Signature of Person Serving Notice

**Notice to Inmate**

You are scheduled for a hearing on the allegation on the date and time indicated or as soon thereafter as possible. You may remain silent if you wish. Anything you say shall be used against you both at the misconduct hearing and in a court of law, if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you shall be asked no further questions. If you are found guilty of a Class 1 misconduct, any pre-release status you have shall be revoked.

WHITE – DC-15       YELLOW – Inmate       PINK – Reporting Staff Member

DC-ADM 801, Inmate Discipline Procedures Manual
Section 1 – Misconducts/Rule Violations
Issued: 12/1/2017
Effective: 12/1/2017

Attachment 1-B