# EXHIBIT J

| DC-141, Part III<br>Program Review<br>Committee Action | COMMONWEALTH OF PENNSYLVANIA<br>Department of Corrections | | | |
|---|---|---|---|---|
| ☐ Misconduct Appeal   ☐ Periodic Review   ☑ Other | | | | |
| DC Number | Name | Facility | Date of Review | No. from DC-141, Part 1 |
| GP6788 | Hassan Tucker | ROC | 01-02-20 | D427051 |

**Program Review Committee's Decision and Rationale**

An Administrative Hearing was conducted by PRC on this date as per DC-ADM 802.

Inmate is being held in Administrative Custody as per DC-ADM 802 Section 1.B.1.a.
The rationale for AC placement was read and explained to inmate by PRC.
PRC informed inmate that he is permitted to respond to the rationale for AC placement either orally or in writing.

Inmate chose to:

____ Respond in writing

____ Respond orally

_X_ Not respond

You may appeal the PRC's decision to the Facility Manager within 2 days of the completion of the hearing.

**PRC Decision:**

Continue AC status, per DC-ADM 802, section 1.B.1.a / RRL

### Decision Relative to PRC Review

☒ Continue   ☐ Move to AC   ☐ Release to GP   ☐ Release Cell Restriction   ☐ Continue Investigation

☐ Release to Control GRP   ☐ Release Medical   ☐ Release Diag. Center   ☐ Release Sent. Complete

### Decision Relative to Hearing Examiner's Verdict

☐ Reject   ☐ Uphold   ☐ Uphold-Modify   ☐ Remand back   ☐ Vacate-permit Recharge   ☐ Dismiss

| Names of Program Review Committee Members | Signatures | Date |
|---|---|---|
| G. McMahon, DSFM | *[signature]* | 1-2-20 |
| M. Houser, DSCS | *[signature]* | 1/2/2020 |
| T. Miller, CCPM | *[signature]* CCPM Miller | 1-2-20 |

Original – DC-15,   Copy – DC-14   Copy – Inmate

*DC-ADM 802, Administrative Custody Procedures Manual*
*Section 4 – Release from Administrative Custody Status*                    **Attachment 4-A**
Issued: 11/13/2012       Effective: 11/20/2012