# EXHIBIT K

# Inmate Query - Misconducts - Home

Welcome CWOPA\fawalter

Inmate Apps Inmate Inquiry Reports Photos JNET

JNet Inmate



GP6788

New Search

**Offender Details**

| | | | |
|---|---|---|---|
| **Name:** TUCKER, Hassan | **CL/Prog.cd:** 3 Y,H,Z | **Housing Unit:** J - A - 1011 - 01 | **Inmate Status: ACTIVE** |
| **DOB:** 06/18/1984 | **Sex:** Male | **Race:** Black | **Perm Location:** Mahanoy |
| **PBPP #:** 486IL | **SID:** 274-58-23-8 | **FBI #:** | **Temp Location:** |
| **RRRI:** | **JRI2 Status:** | **Counselor:** Flores, James D | **Detainers: YES** |
| | **RHU Status:** | **Length Of Stay:** 0 | **Veteran Status:** |

**Misconducts**

| Misconduct # | Status | Drug Related | Incident Date | Incident Location | Reporting Staff |
|---|---|---|---|---|---|
| D739189 | 802 | | 08/02/2022 | Phoenix | Luquis Jaime |
| D620739 | A,B charges | No | 07/05/2022 | Phoenix | Stanger Dane |
| D426791 | 802 | | 05/20/2020 | Rockview | Bebey John |
| D428369 | 802 | | 04/27/2020 | Rockview | Frank Daniel |
| D428908 | A charges | No | 04/26/2020 | Rockview | Sharrow Colby |
| D427051 | 802 | | 12/28/2019 | Rockview | Ward Adonis |
| D370344 | **EXONERATEDEXONERATED** | | 08/29/2019 | Rockview | Sharrow Colby |
| D292527 | A,B charges | No | 08/01/2019 | Rockview | Vance Robert |
| D370886 | 802 | | 08/01/2019 | Rockview | Groth Michael |
| D094217 | B charges | Unknown | 06/01/2018 | Rockview | Kertis John |
| D076622 | A charges | No | 01/22/2018 | Rockview | Ramos-delgado Lee |
| D094885 | 802 | | 01/18/2018 | Rockview | Condo Samuel |
| A835558 | 802 | | 11/16/2017 | Dallas | Corbett John |
| A835511 | B,C charges | No | 10/22/2017 | Dallas | Macking Christopher |
| B351963 | 802 | | 08/20/2017 | Dallas | Eyer Jeffrey |
| B352850 | A charges | No | 08/20/2017 | Dallas | Brozowski Scott |
| B446684 | **EXONERATEDEXONERATED** | | 05/25/2017 | Dallas | Ciprian Eric |
| B535802 | B charges | No | 07/23/2015 | Dallas | Cebrick Grant |
| B449952 | B charges | No | 06/21/2015 | Dallas | Day Terry |
| B538741 | B charges | No | 10/21/2014 | Dallas | Day Terry |
| B538736 | B charges | No | 10/06/2014 | Dallas | Day Terry |
| A725312 | B charges | No | 08/27/2012 | Dallas | Phillips Steven |
| B451757 | B charges | No | 08/14/2012 | Dallas | Young Richard |
| B447391 | B charges | No | 10/23/2011 | Dallas | Krommes Justin |
| A758962 | A,B charges | No | 10/24/2010 | Dallas | Krommes Justin |
| B277024 | B charges | No | 09/12/2010 | Dallas | Tavarez Felicia |
| B136721 | B charges | No | 01/15/2010 | Dallas | Denmon Andrew |
| A891813 | B charges | No | 03/17/2009 | Dallas | Searfoss Norman |
| A889771 | B charges | No | 02/27/2009 | Dallas | Headman John |
| B133285 | A,B charges | No | 02/02/2009 | Dallas | Mccabe Kip |
| A741970 | B charges | No | 10/09/2008 | Dallas | Durant Rodney |
| B080729 | B charges | No | 08/01/2008 | Dallas | Fye Joseph |
| A756211 | B charges | No | 05/04/2008 | Dallas | Metcalf Kristopher |
| A756207 | B charges | No | 04/27/2008 | Dallas | Bolka Eugene |
| A694235 | B charges | No | 12/03/2007 | Dallas | Schultz Daniel |
| A713251 | B charges | Yes | 12/03/2007 | Dallas | Kopinski David |
| A265207 | B charges | No | 09/29/2007 | Dallas | Rodney James |
| A680054 | B charges | No | 08/18/2007 | Dallas | Tucker George |

| Misconduct # | Status | Drug Related | Incident Date | Incident Location | Reporting Staff |
|---|---|---|---|---|---|
| A836589 | B charges | No | 09/19/2006 | Dallas | Awad Khaled |

Copyright | Disclaimer



# Pennsylvania Department of Corrections

fawalter

## Misconducts

2/26/2024 10:15:32 AM

---

**Inmate Number:** GP6788

**Inmate Name:** TUCKER, Hassan

---

**Location :** Phoenix **Misconduct Date :**07/05/2022 **Misconduct Number :**D620739

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 33 | Using Abusive, Obscene, Or Inappropriate | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 07/05/2022 | 15 |
| Reprimand, Warning, Counseling | | 0 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 08/03/2022 | AC | 08/10/2022 | Uphold Hear's Decision |

---

**Location :** Rockview **Misconduct Date :**04/26/2020 **Misconduct Number :**D428908

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 15 | Threaten An Employee Or Their Family Wit | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 04/27/2020 | 30 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 05/06/2020 | AC | 05/13/2020 | Uphold Hear's Decision |

---

**Location :** Rockview **Misconduct Date :**08/01/2019 **Misconduct Number :**D292527

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 01 | Assault | Guilty |
| B | 36 | Possess Contraband Including Money, Impl | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 08/01/2019 | 150 |
| Suspension/removal From Job | 08/01/2019 | 999 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 09/25/2019 | AC | 09/25/2019 | Reject Any Appeal |
| 09/05/2019 | AC | 09/11/2019 | Uphold Hear's Decision |

---

**Location :** Rockview **Misconduct Date :**06/01/2018 **Misconduct Number :**D094217

*** Charges Dismissed/ Not Guilty by Hearing.

---

**Location :** Rockview **Misconduct Date :**01/22/2018 **Misconduct Number :**D076622

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 01 | Assault | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 01/22/2018 | 30 |

---

**Location :** Dallas **Misconduct Date :**10/22/2017 **Misconduct Number :**A835511

*** Charges Dismissed/ Not Guilty by Hearing.

---

**Location :** Dallas **Misconduct Date :**08/20/2017 **Misconduct Number :**B352850

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 01 | Assault | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 08/20/2017 | 90 |
| Payment For Property Loss | | 0 |
| Suspension/removal From Job | 08/20/2017 | 999 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 10/31/2017 | AC | 11/01/2017 | Uphold Hear's Decision |
| 10/02/2017 | AC | 10/03/2017 | Uphold Hear's Decision |
| 09/19/2017 | C | 09/21/2017 | Uphold Hear's Decision |

---

**Location :** Dallas **Misconduct Date :**07/23/2015 **Misconduct Number :**B535802

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 36 | Possess Contraband Including Money, Impl | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Cell Restriction | 07/28/2015 | 15 |
| Confiscation Of Contraband | | 0 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 09/10/2015 | B | 09/10/2015 | Reject Any Appeal |
| 08/10/2015 | B | 08/12/2015 | Uphold Hear's Decision |

---

**Location :** Dallas **Misconduct Date :**06/21/2015 **Misconduct Number :**B449952

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 41 | Failure To Stand Count Or Interference W | Reduced |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Loss Of Privileges | 06/24/2015 | 30 |

---

**Location :** Dallas **Misconduct Date :**10/21/2014 **Misconduct Number :**B538741

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |
| B | 43 | Presence In An Unauthorized Area | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Cell Restriction | 10/24/2014 | 15 |

---

**Location :** Dallas **Misconduct Date :**10/06/2014 **Misconduct Number :**B538736

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 41 | Failure To Stand Count Or Interference W | Reduced |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Loss Of Privileges | 10/15/2014 | 15 |

---

**Location :** Dallas **Misconduct Date :**08/27/2012 **Misconduct Number :**A725312

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 41 | | Reduced |

Failure To Stand Count Or Interference W

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Loss Of Privileges | 08/29/2012 | 15 |

---

**Location :** Dallas **Misconduct Date :**08/14/2012 **Misconduct Number :**B451757

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 36 | Possess Contraband Including Money, Impl | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Cell Restriction | 08/22/2012 | 15 |
| Confiscation Of Contraband | | 0 |

---

**Location :** Dallas **Misconduct Date :**10/23/2011 **Misconduct Number :**B447391

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |
| B | 37 | Violation Of Visiting Regulations | Guilty |
| B | 43 | Presence In An Unauthorized Area | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 10/26/2011 | 30 |
| Loss Of Privileges | 10/26/2011 | 45 |
| Suspension/removal From Job | 10/26/2011 | 999 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 11/21/2011 | AC | 11/23/2011 | Uphold Hear's Decision |
| 11/07/2011 | C | 11/09/2011 | Uphold Hear's Decision |

---

**Location :** Dallas **Misconduct Date :**10/24/2010 **Misconduct Number :**A758962

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 37 | Violation Of Visiting Regulations | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Loss Of Privileges | 10/28/2010 | 60 |

---

**Location :** Dallas **Misconduct Date :**09/12/2010 **Misconduct Number :**B277024

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Reduced |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Loss Of Privileges | 09/14/2010 | 30 |

---

**Location :** Dallas **Misconduct Date :**01/15/2010 **Misconduct Number :**B136721

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 43 | Presence In An Unauthorized Area | Reduced |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Suspension/removal From Job | 01/21/2010 | 999 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 01/26/2010 | C | 01/28/2010 | Uphold Hear's Decision |

---

**Location :** Dallas **Misconduct Date :**03/17/2009 **Misconduct Number :**A891813

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 04/18/2009 | 60 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 04/16/2009 | C | 04/17/2009 | Reject Any Appeal |
| 03/23/2009 | ABC | 03/26/2009 | Uphold Hear's Decision |

---

**Location :** Dallas **Misconduct Date :**02/27/2009 **Misconduct Number :**A889771

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 04/03/2009 | 15 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 03/09/2009 | AC | 03/12/2009 | Uphold Hear's Decision |

---

**Location :** Dallas **Misconduct Date :**02/02/2009 **Misconduct Number :**B133285

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 15 | Threaten An Employee Or Their Family Wit | Guilty |
| A | 33 | Using Abusive, Obscene, Or Inappropriate | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 02/02/2009 | 60 |
| Suspension/removal From Job | 02/02/2009 | 999 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 02/26/2009 | AC | 02/27/2009 | Uphold Hear's Decision |
| 02/09/2009 | C | 02/12/2009 | Uphold Hear's Decision |

---

**Location :** Dallas **Misconduct Date :**10/09/2008 **Misconduct Number :**A741970

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 36 | Possess Contraband Including Money, Impl | Reduced |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Cell Restriction | 10/14/2008 | 15 |
| Confiscation Of Contraband | | 0 |

---

**Location :** Dallas **Misconduct Date :**08/01/2008 **Misconduct Number :**B080729

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Cell Restriction | 08/06/2008 | 30 |
| Suspension/removal From Job | 08/06/2008 | 999 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 08/25/2008 | AB | 08/28/2008 | Uphold Hear's Decision |

---

**Location :** Dallas **Misconduct Date :**05/04/2008 **Misconduct Number :**A756211

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|

B 41 Failure To Stand Count Or Interference W Reduced

**Sanctions Imposed** | **Effective Date** | **No. of Days**
Cell Restriction | 05/06/2008 | 15

---

**Location :** Dallas **Misconduct Date :**04/27/2008 **Misconduct Number :**A756207

| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
|---|---|---|---|
| B | 41 | Failure To Stand Count Or Interference W | Reduced |

| **Sanctions Imposed** | **Effective Date** | **No. of Days** |
|---|---|---|
| Loss Of Privileges | 04/29/2008 | 15 |

---

**Location :** Dallas **Misconduct Date :**12/03/2007 **Misconduct Number :**A694235

| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |

| **Sanctions Imposed** | **Effective Date** | **No. of Days** |
|---|---|---|
| Disciplinary Custody | 12/03/2007 | 60 |
| Suspension/removal From Job | 12/03/2007 | 999 |

| **Date Appeal Received by DOC** | **Grounds** | **Review Date** | **Review Outcome** |
|---|---|---|---|
| 12/11/2007 | AB | 12/13/2007 | Uphold Hear's Decision |

---

**Location :** Dallas **Misconduct Date :**12/03/2007 **Misconduct Number :**A713251

| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
|---|---|---|---|
| B | 36 | Possess Contraband Including Money, Impl | Guilty |

| **Sanctions Imposed** | **Effective Date** | **No. of Days** |
|---|---|---|
| Confiscation Of Contraband | | 0 |
| Disciplinary Custody | 02/01/2008 | 90 |

---

**Location :** Dallas **Misconduct Date :**09/29/2007 **Misconduct Number :**A265207

| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
|---|---|---|---|
| B | 41 | Failure To Stand Count Or Interference W | Reduced |

| **Sanctions Imposed** | **Effective Date** | **No. of Days** |
|---|---|---|
| Reprimand, Warning, Counseling | | 0 |

---

**Location :** Dallas **Misconduct Date :**08/18/2007 **Misconduct Number :**A680054

| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
|---|---|---|---|
| B | 40 | Unauthorized Use Of Mail Or Telephone | Reduced |

| **Sanctions Imposed** | **Effective Date** | **No. of Days** |
|---|---|---|
| Loss Of Privileges | 08/20/2007 | 15 |

---

**Location :** Dallas **Misconduct Date :**09/19/2006 **Misconduct Number :**A836589

*** Charges Dismissed/ Not Guilty by Hearing.

---

Total Number of Upheld Misconducts : 29

---

| **Misconduct Number** | **Institution** | **Misconduct Date** |
|---|---|---|
| D370344 ***EXONERATED*** | Rockview | 08/29/2019 |
| | Dallas | 05/25/2017 |

***EXONERATED***

Total Number of Exonerated Misconducts : 2

---