# EXHIBIT L

# DC-516 - Brief Chart Review

| | | |
|---|---|---|
| **Currently Facility:** SCI ROCKVIEW | **Date of Attempt:** 04/27/2020 | **Time of Attempt:** 08:40 |

## Patient Demographics

**Age:**
35

**Gender:**
M

**Marital Status:**
☑ Never

**Ethnicity:**
☑ African American

**Highest Education Achieved:**
☑ Graduated High School

**Current DSM 5 Diagnosis:**

Posttraumatic Stress Disorder, with Dissociative Symptoms

Adjustment Disorders, with Anxiety

## Inmate Sentence

**Incarceration Status (Select all that apply):**
☑ Convicted/Actively Serving

**First Prison Term:**
☑ Yes

**Life Sentence:**
☑ Yes

**Custody Level:**
5

**Patient Housing Location at time of Suicide:**
G-A-1030

**Housing Unit:**
☑ RHU

**Housing Status:**

---

**DC-516 - Brief Chart Review**
Brief review of patient chart for psychology

**Patient Name:** TUCKER, HASSAN
**Patient Number:** GP6788
**Location:** L-B-1009-01
**DOB:**
**Facility:** SCI PHOENIX
**Electronically Signed By** COLLINS, TERESA **on** 05/05/2020 09:21:35

1 of 8

- ☑ Single Cell (No cellmate assigned)

**Was the patient a Z code:**
☑ No

**Length of time spent continuously incarcerated prior to suicide attempt:**
☑ More than 10 years but less than 15 years

> ### Attempted in RHU
> **Length of stay in RHU:**
> ☑ More than 6 months but less than 15 months

**Type of crime (select all that apply):**
☑ Violent offense

**Pending Charges at Time of Attempt (select all that apply):**
☑ None

### Suicide Attempt Characteristics

**Suicide/self-injurious ideation:**
☑ Yes

**Suicide Plan identified:**
☑ Yes

> **Describe Suicide plan:**
> Mr. Tucker attempted to hang himself on 4/27/2020.

**Suicide Attempt Methods (select all that apply):**
☑ Hanging

**Objects or Materials Used for Attempted Suicide:**
☑ Bed Sheets

**Precautions against discovery taken:**
☑ Little/Passive – Inmate did not call attention to self but also did not try to prevent discovery

**Active substance abuse or withdrawal at time of incident:**
☑ No

### Lifetime Historical Variables (as documented in patient's chart)

**History of substance abuse:**
☑ Yes

> **Describe History of substance abuse:**

---

**DC-516 - Brief Chart Review**
Brief review of patient chart for psychology

**Patient Name:** TUCKER, HASSAN
**Patient Number:** GP6788
**Location:** L-B-1009-01
**DOB:**
**Facility:** SCI PHOENIX
**Electronically Signed By** COLLINS, TERESA **on** 05/05/2020 09:21:35

> Mr. Tucker reported having a history of substance use.

**History of impulsivity:**
 Yes

> **Describe History of impulsivity:**
> Mr. Tucker stabbed another inmate in August 2019.

**History of prior suicide attempt and/or self-injurious behavior:**
 Yes

> **Describe History of prior suicide attempt and/or self-injurious behavior:**
> A psychological evaluation completed in August 2019 references a suicide attempt via jumping out of a window at age 11.

**History of trauma, physical or sexual abuse:**
 Yes

> **Describe History of trauma, physical or sexual abuse:**
> Mr. Tucker reported having endured emotional and physical abuse prior to incarceration. He also mentioned a recent PREA claim that he filed at Rockview.

**History of Psychiatric Treatment:**
 Yes

> **Describe History of Psychiatric Treatment:**
> Mr. Tucker was on the Department of Corrections' Mental Health Roster as a 'C' Mental Health Stability at the time of the suicide attempt.

**Family history of suicide:**
 Yes

> **Describe Family history of suicide:**
> Mr. Tucker did not wish to elaborate on who in his family committed suicide.

**History of Violence (including index offense):**
 Yes

> **Describe History of Violence:**
> Mr. Tucker's current offense is Murder (1st Degree).

## Concurrent Clinical Variables at Time of Suicide Attempt (as documented in patient's chart at time of suicide attempt)

---

**DC-516 - Brief Chart Review**
Brief review of patient chart for psychology

**Patient Name:** TUCKER, HASSAN
**Patient Number:** GP6788
**Location:** L-B-1009-01
**DOB:**
**Facility:** SCI PHOENIX
**Electronically Signed By** COLLINS, TERESA **on** 05/05/2020 09:21:35

**Agitation/severe anxiety:**

☑ No

**Hopelessness:**

☑ Yes

> **Describe Hopelessness:**
> Mr. Tucker expressed his difficulty coping with being on Restricted Release status and being housed long-term in the RHU. When he received a misconduct on 4/26/2020, he believed that this would prolong his Restricted Release status by at least one year.

**Psychological turmoil:**

☑ No

**Perception of loss of social support/Alienation:**

☑ Yes

> **Describe Perception of loss of social support/Alienation:**
> Mr. Tucker said that he does not speak much with family or friends because he doesn't think they care as much about him as he cares about them.

**Depressive symptoms:**

☑ Yes

> **Describe Depressive symptoms:**
> Mr. Tucker shared with Psychology staff in POC that his intention was to die when he attempted to hang himself on 4/27/2020.

**Psychotic symptoms:**

☑ No

**Sudden change in MSE:**

☑ No

**Other Sudden onset stressor:**

☑ Yes

> **Describe Other sudden onset stressor:**
> Mr. Tucker received a misconduct on 4/26/2020, and he believed that this would prolong his Restricted Release status by at least one year.

**Chronic Pain Problem:**

☑ No

**Chronic Medical Illness:**

☑ No

**Recently received bad news:**

---

**DC-516 - Brief Chart Review**
Brief review of patient chart for psychology

**Patient Name:** TUCKER, HASSAN
**Patient Number:** GP6788
**Location:** L-B-1009-01
**DOB:**
**Facility:** SCI PHOENIX
**Electronically Signed By** COLLINS, TERESA **on** 05/05/2020 09:21:35

☑ No

**Purposelessness:**

☑ No

## Protective Factors

**Family Support (e.g visiting, correspondence):**

☑ No

**Religious/Spiritual/Cultural Beliefs:**

☑ Yes

> **Describe Religious/Spiritual/Cultural Beliefs:**
> Mr. Tucker identifies as Muslim

**Interpersonal Social Support:**

☑ No

**Long term goal orientation/plans for the future:**

☑ No

**Exercises regularly:**

☑ Yes

> **Describe regular exercise:**
> Mr. Tucker shared that he exercises every morning by watching a video on the TV

**Positive coping skills/distress tolerance skills/emotional regulations skills:**

☑ Yes

> **Describe Positive coping skills/distress tolerance skills/emotional regulations skills:**
> Mr. Tucker engages in exercise, prayer, reading, watching TV, writing emails, and studying (the dictionary)

**Conflict Resolution skills:**

☑ No

**Children at home:**

☑ No

**Spousal support:**

☑ No

**Insight into problems:**

☑ No

---

**DC-516 - Brief Chart Review**
Brief review of patient chart for psychology

**Patient Name:** TUCKER, HASSAN
**Patient Number:** GP6788
**Location:** L-B-1009-01
**DOB:**
**Facility:** SCI PHOENIX
**Electronically Signed By** COLLINS, TERESA **on** 05/05/2020 09:21:35

**Job or school assignment:**
☑ No

**Active and motivated in MH treatment:**
☑ No

**Sense of optimism/self-efficacy:**
☑ No

**Dorm Housing:**
☑ No

**On Suicide Precautions:**
☑ No

**Active with In-cell Activities:**
☑ Yes

> **Describe patient being active with in-cell activities:**
> Mr. Tucker engages in exercise, prayer, reading, watching TV, writing emails, and studying (the dictionary)

**Relationships/Acquaintances with other inmates on the block:**
☑ No

## Fatality

**Unlikely (Very minor physical injury, if any; no medical intervention needed):**
☑ No

**Possible (Suicidal behavior required some medical intervention; foreseeable medcial complications could have arisen absent medical intervention):**
☑ No

**Nearly (Emergent medical care/resuscitation/admission to hospital required to provide medical stability; death would have occurred quickly in the absence of medical intervention:**
☑ Yes

**Suicide:**
☑ No

## Management/Treatment Variables at Time of Suicide Attempt

**Patient on mental health case load:**
☑ Yes

**Date of most recent psychology contact:**
04/07/2020

---

**DC-516 - Brief Chart Review**
Brief review of patient chart for psychology

**Patient Name:** TUCKER, HASSAN
**Patient Number:** GP6788
**Location:** L-B-1009-01
**DOB:**
**Facility:** SCI PHOENIX
**Electronically Signed By** COLLINS, TERESA **on** 05/05/2020 09:21:35

**Length of time between most recent psychology contact and attempt:**
☑ 15-29 days

**Date of most recent psychiatry contact:**
01/30/2020

**Length of time between most recent psychiatry contact and attempt:**
☑ 60-180 days

**Patient Roster Status:**
C

**Patient on psychotropics:**
☑ Yes

> **Medication Compliant:**
> ☑ No

**Current medications prescribed at time of suicide attempt:**
MIRTAZAPINE 30MG TABLET -- [TAKE 1 TABLET(S) ORALLY AT BEDTIME] -- 2020-05-04--2020-10-10
SERTRALINE 100MG TABLET -- [TAKE 1 TABLET(S) ORALLY ONCE DAILY] -- 2020-05-04--2020-10-10
XOPENEX HFA 45MCG INHALER -- [INHALE 2 PUFF(S) ORALLY FOUR TIMES DAILY AS NEEDED FOR SHORTNESS OF BREATH] -- 2020-04-08--2021-04-07

**Recent changes in psychotropics:**
☑ No

**Discharged from mental health unit:**
☑ No

**Recently discharged from POC:**
☑ No/NA

**Ever admitted to POC:**
☑ Yes

**Required Medical Interventions (select all that apply):**
☑ Outside Hospitalization

## Resource Utilization Log

**Resource Utilization Log:**
☑ N/A

## Other Factors Not Previously Identified

**Comment:**

---

**DC-516 - Brief Chart Review**
Brief review of patient chart for psychology

**Patient Name:** TUCKER, HASSAN
**Patient Number:** GP6788
**Location:** L-B-1009-01
**DOB:**
**Facility:** SCI PHOENIX
**Electronically Signed By** COLLINS, TERESA **on** 05/05/2020 09:21:35

No additional comments.

If Self-Harm incident resulted in MHU Commitment, a Full Clinical Review is Required. If LPM/Psychology staff designee determines the need, a Full Clinical Review is required.

**Full Clinical Review indicated:**

☑ Yes

**Refer Case to PRT:**

☑ No

## Save Log

| User Name | AuditDateAndTime |
|---|---|
| COLLINS, TERESA, | 05/05/2020 09:21:35 |

**DC-516 - Brief Chart Review**
Brief review of patient chart for psychology

**Patient Name:** TUCKER, HASSAN
**Patient Number:** GP6788
**Location:** L-B-1009-01
**DOB:**
**Facility:** SCI PHOENIX
**Electronically Signed By** COLLINS, TERESA **on** 05/05/2020 09:21:35