# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASSAN A. TUCKER, | : | |
| Plaintiff : | | No. 1:22-CV-0631 |
| | : | |
| v. | : | Judge Conner |
| | : | |
| JOHN E WETZEL, GEORGE | : | Electronically Filed Document |
| LITTLE, CORRECTIONAL *and* | : | |
| OFFICER KIMBERLEY, | : | *Complaint Filed 04/29/22* |
| | : | |
| Defendants : | | |

## DECLARATION OF MATTHEW KIMBERLY

1.  I, Matthew Kimberly, am an employee of the Commonwealth of Pennsylvania, Department of Corrections ("DOC") at the State Correctional Institution at Houtzdale ("SCI Houtzdale").

2.  In April 2020, I was a Corrections Officer I at the State Correctional Institution at Rockview ("SCI Rockview").

3.  On April 27, 2020, I was working at SCI Rockview on the 2:00 PM to 10:00 PM shift. *See* **Attachment A** (Shift Roster 27 April 2020).

4.  On April 27, 2020, I was assigned to be a utility/transport officer at the hospital. *See* **Id.**

5.  If inmates are deemed high risk for transport to the hospital, they will be required to wear the Remotely Activated Custody Control ("RACC") belt.

6. An officer assigned to the hospital will then be given a remote control which activates the RACC belt.

7. During my time at SCI Rockview, I never activated the RACC belt.

8. On April 28, 2020, I was working at SCI Rockview on the 2:00 PM to 10:00 PM shift. *See* **Attachment B** (Shift Roster 28 April 2020).

9. On April 28, 2020, I was assigned to be the outside security patrol for four (4) hours of my shift and in tower five (5) for four (4) hours of my shift. *See* **Id.**

10. On April 29, 2020, I was not working at SCI Rockview as I was scheduled to be off. *See* **Attachment C** (Shift Roster 29 April 2020).

11. On April 30, 2020, I was not working at SCI Rockview as I was scheduled to be off. *See* **Attachment D** (Shift Roster 30 April 2020).

I, Matthew Kimberly, hereby verify under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing Declaration is true and correct to the best of my knowledge, information, and belief.

1/30/24
Date

**Matthew Kimberly**
Sergeant
Department of Corrections
SCI Houtzdale

# ATTACHMENT A

| EF | | SCI-ROCKVIEW | |
|---|---|---|---|
| | | **DAILY ROSTER** | |
| **Shift: 2-10** | | **Date: 27 April 2020** | **Monday** |

The roster content is redacted (names and assignments obscured).

| Utility/Trans CO1 (Hosp) | Kimberly, M$ | | |

| *= CERT  $=TOWER  #=FERT  %=HNT  +=HRT | | Team "A"   Team "B"   ! = CCTV   @ = Mail |

| LEAVE | | OFF DAY GROUP | | OVERTIME | | |
|---|---|---|---|---|---|---|
| OFFICER | CODE | E | F | OFFICER | HOURS | CODE |
| ██████ | ███ | ███████ | ██████ | █████████ | ██ | █ |
| ████████ | ██ | ████████ | ██████ | ██████████ | ██ | █ |
| ████████ | ██ | ████████ | ███████ | █████████ | ██ | █ |
| ███████ | ██ | █████ | ███████ | | | |
| ████████ | ██ | ██████ | ████████ | | | |
| ████████ | ██ | ██████ | ████████ | | | |
| ███████ | ██ | ███████ | ███████ | | | |
| ████████ | ██ | ████████ | ███████ | | | |
| ██████ | █ | ████ | ██████ | | | |
| ███████ | █ | █████ | █████████ | | | |
| | █ | ███████ | ██████ | | | |
| | █ | ██████ | ██████ | | | |
| ██████ | █ | ████████ | █████████ | | | |
| ██████ ███ | █ | ████████ | ████████ | | | |
| ███████ | █ | ████████ | █████████ | | | |
| ███████ | ██ | ██████ | ██████ | | | |
| ███████ | █ | ██████ | ██████ | | | |
| | | █████ | ██████ | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | ██████ | | | | |
| | | ██████ | ███████ | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| ███████ | █ | █████ | ██████ | | | |

| SPECIAL ASSIGNMENTS | | SPECIAL ASSIGNMENTS | |
|---|---|---|---|
| OFFICER | ASSIGNMENT | OFFICER | ASSIGNMENT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | | |
|---|---|---|---|---|---|
| A | Vacancies | J | DOC Bus | S | CN |
| B | Security Review- All posts which are above | K | Commission Officer Specify | T | Stress |
| C | Hospital Posts | L | Admin Duties- Meetings, Reports, Late | U | Block Training |
| D | Hosp. Post from other institutions | M | Disability Leave (DH, DA, DL, MH) | V | Honor Guard |
| E | Medical Transports | N | AW | W | HNT |
| F | Medical Transports from other institutions | O | Military Leave (M or MO) | X | FERT |
| G | Non-Medical Transports | P | Disciplinary Leave | Y | CERT/HRT (Specify) |
| H | Non-Medical Transports from other institutions | Q | Bereavement Leave | Z | Out Service |
| I | POC | R | FMLA | AA | All other- Specify |
| OVERTIME JUSTIFICATION WILL BE MARKED ACCORDING TO THE ABOVE LIST | | | | | |

# ATTACHMENT B

| FG | | **SCI-ROCKVIEW** | |
|---|---|---|---|
| | | **DAILY ROSTER** | |
| Shift: 2-10 | | Date:  28 April 2020 | Tuesday |

(Names in roster columns redacted)

| | | OSP/Twr 5 Relief | Kimberly, M$ |

| *= CERT  $=TOWER  #=FERT  %=HNT  +=HRT | | Team "A"     Team "B" | ! = CCTV      @ = Mail |

| LEAVE | | OFF DAY GROUP | | OVERTIME | | |
|---|---|---|---|---|---|---|
| OFFICER | CODE | F | G | OFFICER | HOURS | CODE |
| ██████ | ██ | ██ | █████ | ████████ | ██ | |
| ██████ | ██ | ███████ | █████ | ████████ | ██ | █ |
| | ██ | ███████ | █████ | ████████ | ██ | █ |
| ███████ | ██ | ███ | ████ | | | |
| ██████ | ██ | ███ | ████ | | | |
| █████ | ██ | ████ | ████ | | | |
| ███████ | ██ | ████ | ████ | | | |
| ███████ | ██ | ████ | ██████ | | | |
| ███████ | ██ | ████ | ████ | | | |
| █████ | █ | ████ | ████ | | | |
| █████████ | ██ | ████ | ███ | | | |
| ██████ | █ | ████ | ███ | | | |
| ██████ | ██ | ████ | █████ | | | |
| ██████ | █ | ████ | ████ | | | |
| ██████ | █ | ████ | █████ | | | |
| ███████ | ██ | ███ | █████ | | | |
| ██████ | ██ | ███ | █ | | | |
| | | ████ | █ | | | |
| | | ████ | | | | |
| | | ████ | | | | |
| | | | | | | |
| | | ██████ | ████ | | | |
| | | | ████ | | | |
| | | | █████ | | | |
| | | | █████ | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | ████ | Monoskey,J | | | |

| SPECIAL ASSIGNMENTS | | SPECIAL ASSIGNMENTS | |
|---|---|---|---|
| OFFICER | ASSIGNMENT | OFFICER | ASSIGNMENT |
| █████████ | ██████ | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | | |
|---|---|---|---|---|---|
| A | Vacancies | J | DOC Bus | S | CN |
| B | Security Review- All posts which are above | K | Commission Officer Specify | T | Stress |
| C | Hospital Posts | L | Admin Duties- Meetings, Reports, Late | U | Block Training |
| D | Hosp. Post from other institutions | M | Disability Leave (DH, DA, DL, MH) | V | Honor Guard |
| E | Medical Transports | N | AW | W | HNT |
| F | Medical Transports from other institutions | O | Military Leave (M or MO) | X | FERT |
| G | Non-Medical Transports | P | Disciplinary Leave | Y | CERT/HRT (Specify) |
| H | Non-Medical Transports from other institutions | Q | Bereavement Leave | Z | Out Service |
| I | POC | R | FMLA | AA | All other- Specify |
| OVERTIME JUSTIFICATION WILL BE MARKED ACCORDING TO THE ABOVE LIST | | | | | |

_____
**Shift Commander**

# ATTACHMENT C

| GA | | SCI-ROCKVIEW | |
|---|---|---|---|
| | | **DAILY ROSTER** | |
| **Shift: 2-10** | | **Date:  29 April 2020** | **Wednesday** |

*= CERT   $=TOWER   #=FERT   %=HNT   +=HRT          Team "A"    Team "B"    ! = CCTV        @ = Mail

| LEAVE | | OFF DAY GROUP | | OVERTIME | | |
|---|---|---|---|---|---|---|
| **OFFICER** | CODE | **G** | **A** | **OFFICER** | HOURS | CODE |
| ███████ | ██ | ██████ | ██████ | | | |
| ████ | ██ | ████████ | █████ | | | |
| ████████ | ██ | ██████ | ███ | | | |
| ██████████ | █ | ██████ | ███████ | | | |
| ██████ | █ | ██████ | ████████ | | | |
| ██████ | | ██████ | ██████ | | | |
| ██████ | █ | ██████ | ██████ | | | |
| ████████ | █ | ████████ | ██████ | | | |
| | █ | ██████ | █████████ | | | |
| ████████ | █ | ██████ | ██████ | | | |
| ██████████ | █ | ██████ | ████████ | | | |
| ████████ | █ | ██████ | ██████ | | | |
| | | ██████ | ██████ | | | |
| | | ██████ | Kimberly, M$ | | | |
| ██████ | █ | | | | | |
| ██████ | █ | ████████ | ██████ | | | |
| ████████ | █ | █████████ | ██████ | | | |
| ████████ | █ | ██████ | ██████ | | | |
| ██████ | ██ | | | | | |
| | | | ██████ | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | ██████ | ████████ | | | |
| | | █████ | | | | |
| | | ██████ | | | | |
| | | ██████ | | | | |
| | | | | | | |
| ██████ | █ | ██████ | ████████ | | | |
| | █ | | | | | |

| SPECIAL ASSIGNMENTS | | SPECIAL ASSIGNMENTS | |
|---|---|---|---|
| **OFFICER** | **ASSIGNMENT** | **OFFICER** | **ASSIGNMENT** |
| ██████ | ████████ | | |
| █████ | ████████ | | |
| █████ | ████████ | | |
| ████████ | ██████ | | |
| | | | |
| | | | |
| | | | ████ ████ |
| | | | ████ ████ |
| | | | ████ ████ |
| | | | ████ ████ |

| A | Vacancies | J | DOC Bus | S | CN |
|---|---|---|---|---|---|
| B | Security Review- All posts which are above | K | Commission Officer Specify | T | Stress |
| C | Hospital Posts | L | Admin Duties- Meetings, Reports, Late | U | Block Training |
| D | Hosp. Post from other institutions | M | Disability Leave (DH, DA, DL, MH) | V | Honor Guard |
| E | Medical Transports | N | AW | W | HNT |
| F | Medical Transports from other institutions | O | Military Leave (M or MO) | X | FERT |
| G | Non-Medical Transports | P | Disciplinary Leave | Y | CERT/HRT (Specify) |
| H | Non-Medical Transports from other institutions | Q | Bereavement Leave | Z | Out Service |
| I | POC | R | FMLA | AA | All other- Specify |
| OVERTIME JUSTIFICATION WILL BE MARKED ACCORDING TO THE ABOVE LIST | | | | | |

**Shift Commander**

# ATTACHMENT D

| AB | | SCI-ROCKVIEW | |
|---|---|---|---|
| | | **DAILY ROSTER** | |
| **Shift: 2-10** | | **Date: 30 April 2020** | **Thursday** |

*= CERT  $=TOWER #=FERT %=HNT +=HRT          Team "A"   Team "B"   != CCTV   @ = Mail

| LEAVE | | OFF DAY GROUP | | OVERTIME | | |
|---|---|---|---|---|---|---|
| OFFICER | CODE | **A** | **B** | OFFICER | HOURS | CODE |
| ██████████ | ███ | ████████ | ████████ | ████████ | ██ | █ |
| ██ ███ | ███ | ███████ | █████ | ██████ | ██ | █ |
| ████████ | ██ | ████ | █████████ | | | |
| ██████ | ██ | ██████ | ████████ | | | |
| ██████ | ██ | █████ | ████████ | | | |
| ██████ | ██ | █████ | █████████ | | | |
| ████████ | ██ | ██████ | ████████ | | | |
| ██████ | ██ | ██████ | ████████ | | | |
| ██████ | ██ | ██████ | █████████ | | | |
| ███████ | ██ | ██████ | █████████ | | | |
| ██████ | ██ | ██████ | ████████ | | | |
| ███████ | ██ | ██████ | █████ | | | |
| ██████ | ██ | | ██████ | | | |
| █████ | █ | Kimberly, M$ | ██████ | | | |
| █████ | ██ | ██████ | █████ | | | |
| ███████ | ██ | ██████ | ██████ | | | |
| ███████ | ███ | █████ | █████████ | | | |
| ██████ | ███ | | ███████ | | | |
| ████████ | ███ | | | | | |
| | | | | | | |
| | | ███████ | ██████ | | | |
| | | | ██████ | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | █████ | | | |
| ███████ | █ | ██████ | ███████ | | | |

| SPECIAL ASSIGNMENTS | | SPECIAL ASSIGNMENTS | |
|---|---|---|---|
| OFFICER | ASSIGNMENT | OFFICER | ASSIGNMENT |
| ████ | █████ | | |
| █████ | ████████ | | |
| █████ | ████████ | | |
| █████ | █████ | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | | |
|---|---|---|---|---|---|
| A | Vacancies | J | DOC Bus | S | CN |
| B | Security Review- All posts which are above | K | Commission Officer Specify | T | Stress |
| C | Hospital Posts | L | Admin Duties- Meetings, Reports, Late | U | Block Training |
| D | Hosp. Post from other institutions | M | Disability Leave (DH, DA, DL, MH) | V | Honor Guard |
| E | Medical Transports | N | AW | W | HNT |
| F | Medical Transports from other institutions | O | Military Leave (M or MO) | X | FERT |
| G | Non-Medical Transports | P | Disciplinary Leave | Y | CERT/HRT (Specify) |
| H | Non-Medical Transports from other institutions | Q | Bereavement Leave | Z | Out Service |
| I | POC | R | FMLA | AA | All other- Specify |
| OVERTIME JUSTIFICATION WILL BE MARKED ACCORDING TO THE ABOVE LIST | | | | | |

_____
**Shift Commander**