# EXHIBIT O

| Reentrant Name | Reentrant # | Grievance # | Facility | Category | Status | Received Date |
|---|---|---|---|---|---|---|
| TUCKER, HASSAN | GP6788 | 532083 | DALLAS | Problems with Staff-Officers | Initial Response Comp | 10/16/2014 |
| TUCKER, HASSAN | GP6788 | 676492 | DALLAS | Health Care | Initial Response Comp | 5/8/2017 |
| TUCKER, HASSAN | GP6788 | 696383 | DALLAS | Food | Initial Response Comp | 9/13/2017 |
| TUCKER, HASSAN | GP6788 | 702942 | DALLAS | Publications-Migrated | FM Response Comp | 10/19/2017 |
| TUCKER, HASSAN | GP6788 | 705258 | DALLAS | Account | Initial Response Comp | 11/7/2017 |
| TUCKER, HASSAN | GP6788 | 711371 | DALLAS | Medical Co-Pay | 1st Rejection | 12/13/2017 |
| TUCKER, HASSAN | GP6788 | 711372 | DALLAS | Medical Co-Pay | 1st Rejection | 12/13/2017 |
| TUCKER, HASSAN | GP6788 | 714356 | DALLAS | Medical Co-Pay | Initial Response Comp | 1/3/2018 |
| TUCKER, HASSAN | GP6788 | 719490 | ROCKVIEW | Conditions | Initial Response Comp | 2/2/2018 |
| TUCKER, HASSAN | GP6788 | 720090 | ROCKVIEW | Food | Initial Response Comp | 2/7/2018 |
| TUCKER, HASSAN | GP6788 | 721993 | DALLAS | Property | FM Response Comp | 2/20/2018 |
| TUCKER, HASSAN | GP6788 | 724892 | ROCKVIEW | Medical | Initial Response Comp | 3/8/2018 |
| TUCKER, HASSAN | GP6788 | 731836 | ROCKVIEW | Boots | Initial Response Comp | 4/13/2018 |
| TUCKER, HASSAN | GP6788 | 742142 | ROCKVIEW | Problems with Staff-Officers | Initial Response Comp | 6/15/2018 |
| TUCKER, HASSAN | GP6788 | 751267 | ROCKVIEW | Problems with Staff-Officers | Initial Response Comp | 8/8/2018 |
| TUCKER, HASSAN | GP6788 | 818887 | ROCKVIEW | Property | 1st Rejection | 8/19/2019 |
| TUCKER, HASSAN | GP6788 | 827532 | ROCKVIEW | Basic Clothing Issues | FM Response Comp | 10/7/2019 |
| TUCKER, HASSAN | GP6788 | 827537 | ROCKVIEW | Conditions | Initial Response Comp | 10/7/2019 |
| TUCKER, HASSAN | GP6788 | 827727 | ROCKVIEW | Property | FM Response Comp | 10/7/2019 |
| TUCKER, HASSAN | GP6788 | 828974 | ROCKVIEW | Problems with Staff-Officers | FM Response Comp | 10/15/2019 |
| TUCKER, HASSAN | GP6788 | 831710 | ROCKVIEW | Conditions | Initial Response Comp | 10/30/2019 |
| TUCKER, HASSAN | GP6788 | 832730 | ROCKVIEW | Conditions | Initial Response Comp | 11/5/2019 |
| TUCKER, HASSAN | GP6788 | 833194 | ROCKVIEW | Food | FM Response Comp | 11/7/2019 |
| TUCKER, HASSAN | GP6788 | 835630 | ROCKVIEW | Problems with Staff-Medical | FM Response Comp | 11/21/2019 |
| TUCKER, HASSAN | GP6788 | 839034 | ROCKVIEW | Problems with Staff-Officers | Initial Response Comp | 12/11/2019 |
| TUCKER, HASSAN | GP6788 | 840267 | ROCKVIEW | Problems with Staff-Medical | Initial Response Comp | 12/18/2019 |
| TUCKER, HASSAN | GP6788 | 862524 | ROCKVIEW | Programs | Initial Response Comp | 4/15/2020 |
| TUCKER, HASSAN | GP6788 | 864580 | ROCKVIEW | Problems with Staff-Officers | FM Response Comp | 4/27/2020 |
| TUCKER, HASSAN | GP6788 | 880469 | ROCKVIEW | Security Processing Center | 1st Rejection | 7/28/2020 |
| TUCKER, HASSAN | GP6788 | 882668 | ROCKVIEW | Problems with Staff-Officers | Initial Response Comp | 8/10/2020 |
| TUCKER, HASSAN | GP6788 | 891187 | ROCKVIEW | Conditions | Initial Response Comp | 9/28/2020 |

| Name | ID | Grievance # | Facility | Issue | Status | Date |
|---|---|---|---|---|---|---|
| TUCKER, HASSAN | GP6788 | 896290 | ROCKVIEW | Search | SOIGA Response Comp | 11/5/2020 |
| TUCKER, HASSAN | GP6788 | 896294 | ROCKVIEW | Problems with Staff-Officers | FM Response Comp | 10/28/2020 |
| TUCKER, HASSAN | GP6788 | 899136 | ROCKVIEW | Conditions | FM Response Comp | 11/16/2020 |
| TUCKER, HASSAN | GP6788 | 899235 | ROCKVIEW | Conditions | 1st Rejection | 11/17/2020 |
| TUCKER, HASSAN | GP6788 | 901810 | ROCKVIEW | Laundry | 1st Rejection | 12/2/2020 |
| TUCKER, HASSAN | GP6788 | 904366 | ROCKVIEW | Laundry | Initial Response Comp | 12/15/2020 |
| TUCKER, HASSAN | GP6788 | 907312 | ROCKVIEW | Problems with Staff-Officers | Initial Response Comp | 12/31/2020 |
| TUCKER, HASSAN | GP6788 | 909172 | ROCKVIEW | Visits | SOIGA Response Comp | 1/15/2021 |
| TUCKER, HASSAN | GP6788 | 910936 | ROCKVIEW | Problems with Staff-Officers | FM Response Comp | 1/21/2021 |
| TUCKER, HASSAN | GP6788 | 916474 | ROCKVIEW | Problems with Staff-Officers | FM Response Comp | 2/25/2021 |
| TUCKER, HASSAN | GP6788 | 923239 | PHOENIX | Library | FM Response Comp | 4/19/2021 |
| TUCKER, HASSAN | GP6788 | 923966 | ROCKVIEW | Property | SOIGA Response Comp | 4/29/2021 |
| TUCKER, HASSAN | GP6788 | 924302 | PHOENIX | Yard | FM Response Comp | 4/19/2021 |
| TUCKER, HASSAN | GP6788 | 924321 | PHOENIX | Account | Initial Response Comp | 4/22/2021 |
| TUCKER, HASSAN | GP6788 | 927915 | PHOENIX | Due Process | SOIGA Response Comp | 5/18/2021 |
| TUCKER, HASSAN | GP6788 | 929752 | PHOENIX | Mail | Initial Response Comp | 6/1/2021 |
| TUCKER, HASSAN | GP6788 | 932347 | PHOENIX | Commissary | Initial Response Comp | 6/21/2021 |
| TUCKER, HASSAN | GP6788 | 933959 | PHOENIX | Library | 2nd Rejection | 7/6/2021 |
| TUCKER, HASSAN | GP6788 | 934442 | PHOENIX | Property | Initial Response Comp | 7/6/2021 |
| TUCKER, HASSAN | GP6788 | 935578 | PHOENIX | Account | Initial Response Comp | 7/13/2021 |
| TUCKER, HASSAN | GP6788 | 936438 | PHOENIX | Programs | SOIGA Response Comp | 7/19/2021 |
| TUCKER, HASSAN | GP6788 | 939089 | PHOENIX | Conditions | Initial Response Comp | 8/3/2021 |
| TUCKER, HASSAN | GP6788 | 949016 | PHOENIX | Cable Services | Initial Response Comp | 10/12/2021 |
| TUCKER, HASSAN | GP6788 | 949017 | PHOENIX | Health Care | Initial Response Comp | 10/12/2021 |
| TUCKER, HASSAN | GP6788 | 960105 | PHOENIX | Due Process | SOIGA Response Comp | 12/21/2021 |
| TUCKER, HASSAN | GP6788 | 960106 | PHOENIX | Health Care | SOIGA Response Comp | 12/21/2021 |
| TUCKER, HASSAN | GP6788 | 964067 | PHOENIX | Hygiene | Initial Response Comp | 1/21/2022 |
| TUCKER, HASSAN | GP6788 | 964425 | PHOENIX | Laundry | Initial Response Comp | 1/20/2022 |
| TUCKER, HASSAN | GP6788 | 966128 | PHOENIX | Housing/Cell Assign | Initial Response Comp | 2/1/2022 |
| TUCKER, HASSAN | GP6788 | 966280 | PHOENIX | Yard | Initial Response Comp | 2/2/2022 |
| TUCKER, HASSAN | GP6788 | 967369 | PHOENIX | Conditions | SOIGA Response Comp | 2/9/2022 |
| TUCKER, HASSAN | GP6788 | 967622 | PHOENIX | Conditions | SOIGA Response Comp | 2/11/2022 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TUCKER, HASSAN | GP6788 | 967623 | PHOENIX | Conditions | SOIGA Response Comp | 2/11/2022 |
| TUCKER, HASSAN | GP6788 | 980276 | PHOENIX | Unacceptable Correspondence | FM Response Comp | 5/12/2022 |