# EXHIBIT P

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HASSAN A. TUCKER,                      :
                            Plaintiff  :        No.  1:22-CV-0631
                                       :
           v.                          :        Judge Conner
                                       :
JOHN E WETZEL, GEORGE                  :        Electronically Filed Document
LITTLE, CORRECTIONAL *and*             :
OFFICER KIMBERLEY,                     :        *Complaint Filed 04/29/22*
                                       :
                           Defendants  :

## **DECLARATION OF KERI MOORE**

1.    I, Keri Moore, am an employee of the Commonwealth of Pennsylvania,
      Department of Corrections ("DOC") at the Secretary's Office of Inmate
      Grievance Appeals ("SOIGA").

2.    I am an Assistant Chief at SOIGA.

3.    As an Assistant Chief, it is within my position to have access to inmate records
      regarding grievances.

4.    I have reviewed the relevant records concerning Inmate Tucker's grievances
      and appeals pursuant to DC-ADM 804.

5.    I have reviewed the SOIGA files of the grievances filed and appealed by
      Inmate Hassan Tucker.

6.    From August 1, 2019 and July 2021, Inmate Tucker appealed five grievances
      to Final Review.

7.    The grievances appealed to Final Review were grievances 896290, 909172, 923966, 927915, and 936438. True and correct copies of these grievance files are attached as **Attachments A, B, C, D,** and **E**, respectively.

I, Keri Moore, hereby verify under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing Declaration is true and correct to the best of my knowledge, information and belief.

02/16/24
_____    _____

Date                             **Keri Moore**

                                    Assistant Chief

                                    Department of Corrections

                                    Secretary's Office of Inmate Grievance Appeals

# ATTACHMENT A



# Final Appeal Decision

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

02/04/2021 01:26

| Inmate Name: | TUCKER, HASSAN | DOC #: | GP6788 |
| --- | --- | --- | --- |
| SCI Filed: | Rockview | Current SCI: | Rockview |
| Grievance #: | 896290 | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

**Decision:Uphold Response**

It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

You claim that during a general search on 10/14/2020, two COs wrongfully took property from your cell. You say that they wouldn't say their names or reveal what the confiscated items were with the exception of 13 institutional-friendly catalog pages. You contend that commissary items were also taken. You request to have your property returned to you or to be reimbursed.

A review of the record found that your claims were investigated by the Grievance Officer. It was determined that you were not issued a CIR for any of the items you claim to have been taken. Additionally, no such items are documented in the search roster. You fail to provide any evidence to substantiate your claims. Your grievance and requested relief are denied.

| Signature: | *Keri Moore for* |
| --- | --- |
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 02/04/21 |

CC:  DC-15/Superintendent - Rockview
     Grievance Office

---

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
876210

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR Niki Paul | FACILITY: Rockview | DATE: 10-19-20 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Hassan Tucker GP6788 | SIGNATURE OF INMATE: Mr. Hassan Tucker | |
| WORK ASSIGNMENT: None | HOUSING ASSIGNMENT: G-C10 | Secretary's Office Inmate Grievances & Appeals |

JAN 20 2021

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On 10-14-20 during a general cell search 2 c/o Is took property from my cell wrongfully. The c/o's wouldn't say their names or reveal the confiscated items besides 13 institutional friendly catalogue pages. Commissary (authorized items) were taken as well that I have receipts for, which included (50 single dental flosses and 20 mayonaises). I seek to have my property returned or payed for. Each catalogue page (approved by Security processing costs a dollar (1$$) and each floss is .10 while each mayo packet is .08 (eight cents). LT Lytle errantly cosigned the confiscation. A trash bag was confiscated.

B. List actions taken and staff you have contacted, before submitting this grievance.

I requested a confiscation slip (DC-154A) for all items taken but only Spc approved "catalogue pages" were processed and documented. Requests made to Lt. Lytle, Rutherford, and unidentified culprits (cc Is) to search

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____    Search   _____
Signature of Facility Grievance Coordinator              Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*                **Attachment 1-A**
Issued: 1/26/2016
Effective: 2/16/2016



**Initial Review Response**

SCI Rockview
1 Rockview Place
Bellefonte, PA, 16823-1664

12/01/2020 12:55

| Inmate Name: | TUCKER, HASSAN | DOC #: | GP6788 |
|---|---|---|---|
| Facility: | Rockview | Unit Location: | C / B |
| Grievance #: | 896290 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer.  The response is as follows:

**Decision:Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

In your grievance you allege that items were confiscated during a general cell search. You are asking for the items to be returned or payed for.

I reviewed the search roster from 10/14/2020 you were not issued a confiscated items receipt for any of the items in question. Had you it would have been documented on the search roster. You provide no evidence that anything was taken from your cell. Your grievance is denied, deemed frivolous, and no relief will be awarded.

☑ **Frivolous:**

Inmate cannot supply a confiscated items receipt for the items in question.

| Signature: | |
|---|---|
| Name: | J. Sherman |
| Title: | |
| Approver: | N. Paul |
| Date: | 12/1/2020 |

CC:  Facility Grievance Coordinator
DC-15

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-D**          Issued: 1/26/2016  Effective: 2/16/2016

GP6788     Grievance #:896290

TUCKER, HASSAN                                                                                    Page1 of 1

State Correctional Institution

# RECEIVED

DEC 1 1 2020

at Rockview
Superintendent's office

SCI
## APPEAL TO FACILITY MANAGER
### GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| 6P6788 | Hassan Tucker | G B 14 | 12-8-20 | 896290 |

I received my initial response from the Grievance Office/Coordinator on ___12-7-20___
and have the following appeal issues.

### Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

### Please provide a BRIEF (no longer than two pages) appeal statement.

Confiscation slip (DC-154A) # C 437273 was submitted as exhibit
A with grievance # 896290. However, all confiscated items taken
from my single occupant cell (via clear trash bag) on C range's
camera weren't reported. Grievance officer J Sherman's
lack of diligence and utter remissness has led to prevarication
regarding "actions taken", items "actually" confiscated, or
compelling video and documents which substantiate the
"brief and clear statement" which said relief is predicated
upon. My property has been errantly and unlawfully taken.
13 pages of purportedly pornography "pictures" doesn't fill a
large clear trash bag. I seek to have my property
returned. * note: place of incident is GA-10 cell

INMATE SIGNATURE: Hassan Tucker



# Facility Manager's Appeal Response

SCI Rockview
1 Rockview Place
Bellefonte, PA, 16823-1664

01/06/2021 02:59

| Inmate Name: | TUCKER, HASSAN | DOC #: | GP6788 |
|---|---|---|---|
| Facility: | Rockview | Unit Location: | G / B |
| Grievance #: | 896290 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

**Decision:Uphold Response**

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

I have reviewed the initial grievance, the grievance officer response, and the subsequent appeal of your issues relating to your concerns with Property.

Lt Sherman adequately responded to your grievance. There is no evidence to support your allegations that items additionally to those items listed on the CIR were confiscated. If items were confiscated during the cell search, those items would have been listed on the CIR and the reason for confiscation.

Your grievance appeal is denied and any compensation requested is denied.

☑ **Frivolous:**

Inmate provided no evidence to support allegations.

| Signature: | |
|---|---|
| Name | M. Garman |
| Title: | Facility Manager |
| Date: | 1-7-21 |

CC:  DC-15
      File

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 2 - Appeals, Attachment 2-B**                    Issued: 1/26/2016  Effective: 2/16/2016

GP6788    Grievance #:896290

## Inmate Appeal to Final Review
## Grievance

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| GP6788 | HASSAN TUCKER | SCI Rockview | 1-11-21 | 896290 |

I received my appeal from the Superintendent on _____ and have the following appeal issues

Refer to DC-ADM 804, Grievence Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

There are two camera's with footage to show the officers enter cell A-C-10 with an empty (large) clear trash bag and egress with the bag filled. There was clearly more in the trash bag than 13 paper pages. Lt. Sherman never reviewed the cameras or interviewed the officers because he has no interest in the truth of this matter. Therefore, he's remiss and the purported investigation was inadequate. Those officers are on camera leaving my cell with a loaded bag. Form DC 154 A # C 43727 3 is clearly an indolent attempt to rationalize for "taking" additional apparently unreported property from me, on 10-14-20, approx 8:00ᴬ.

INMATE SIGNATURE: _Hassan Tucker_

**DC-154A** Revised 7/2009

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**No. C** 437273

## Confiscated Items Receipt (Inmate)

| DC-NUMBER | Inmate Name | Cell | Facility | Date | Time |
|---|---|---|---|---|---|
| GP6788 | Tucker | C-10-1 | S-- | 1/11/12 | 1790 |

☒ Random Search
☐ General Search
☐ Investigative search

Misconduct Report Prepared
☐ Yes   ☒ No

Comments:

| Item(s) Confiscated | Disposition | Item(s) Confiscated | Disposition |
|---|---|---|---|
| 1. | Oneyou | 2. | |
| 3. | | 4. | |
| 5. | | 6. | |
| 7. | | 8. | |
| 9. | | 10. | |

☐ **Uniform Commercial Code (UCC) and Paper Terrorism Materials**

UCC and related material will be confiscated and will not be subject to a disposition other than return to the inmate, destruction or forwarding to the Chief of Security or Chief Counsel's Office. Upon confiscation, the inmate has 15 days to file a grievance, in accordance with **DC-ADM 804,** "**Inmate Grievance Procedure.**"

Signature and Title of *Staff Member* Confiscating the Item(s)    COT Silva

Signature and Title of *Staff Member* Disposing the Item(s)

White – DC-15        Yellow – Deputy Superintendent for Facilities Management        Pink - Inmate

Exhibit A (For: grievance
Dated 10-19-20)
Person Tucker at Residence
Housing Unit GC-10

# ATTACHMENT B



# Final Appeal Decision

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

04/16/2021 12:46

| Inmate Name: | TUCKER, HASSAN | DOC #: | GP6788 |
| SCI Filed: | Rockview | Current SCI: | Phoenix |
| Grievance #: | 909172 | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office.  As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

**Decision:Uphold Response**

It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

You claim that on 12/30/2020, at 6:15 p.m., and on 1/11/2021, at 5:15 p.m., you were scheduled for virtual visit, but were late for each because of CO1 Lentz being late to escort you or failing to notify staff.  You say that his actions have caused you pain, suffering, anxiety, emotional distress,, and embarrassment.  You request $1,000,000.00.

A review of the record found that on 12/30/2020, you were late because you refused to comply with a routine search. On 1/11/2021, a connection between your virtual visitor and the institution was not made.  There is no evidence provided that staff are responsible for late or uncompleted virtual visitations.  Your grievance and requested relief are denied.

| Signature: | Keri Moore for |
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 4/16/21 |

CC:  DC-15/Superintendent - Rockview
DC-15/Superintendent - Phoenix
Grievance Office

DC-804
Part 1

State Correctional Institution
RECEIVED

JAN 1 4 2021

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

*Resubmit*

FOR OFFICIAL USE

909172

GRIEVANCE NUMBER

4/30
RDC

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| NIKI PAUL | Rockview | 1-14-21 |
| FROM: (INMATE NAME & NUMBER) GP6788 | SIGNATURE OF INMATE: | |
| MR. HASSAN TUCKER | Mr. Hassan Tucker | |
| WORK ASSIGNMENT: NONE | HOUSING ASSIGNMENT: G B·14 | |

Secretary's Office
Inmate Grievances & Appeals

MAR 1 9 2021

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

On December 30, 2020 at 1915hrs and January 11, 2021 at 1815hrs I was scheduled for virtual visits. Each visit, I was escorted to the virtual monitor by C/O I⁴ Lentz and Heverly; under the supervision of CO II Edwards and CO III R. Frank. On 12/30/20 I was 20 minutes later for my visit because Lentz showed up for inmate escort 10 minutes late (1925hrs) and spent an additional 10 minutes for strip search (exaggerated) and escort. On 1/11/21 at 1815hrs c/o I Lentz did not relay the message to Sgt Edwards and CO II Edwards didn't log in or call to log in for my visit. Kiana Lundy Allen (scheduled both visits) was attempting to connect from 1815-1900hrs but was told that there was no one else logged in. The belligerent demeanor, indolence, and remissness of CO I Lentz and his contemporaries has caused undue pain, suffering, anxiety, emotional distress, and embarrassment, by coercing me to strip search for no reason and sabotaging my visits. So I am seeking $250,000ºº from CO I LENTZ, CO I Heverly, and CO II EDWARDS and CO III Frank. (a total of $1,000,000ºº)

B. List actions taken and staff you have contacted, before submitting this grievance.
I've written 135A requests to unit management to report the unprofessional conduct and I've written to the visiting room to confirm the party responsible for the issues. (Knapp UM, Lytle Lt., Frank Lt., Ms Haldeman maj.)

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____     Visit     1/14/2021
Signature of Facility Grievance Coordinator                Date

WHITE Facility Grievance Coordinator Copy          CANARY File Copy          PINK Action Return Copy
GOLDEN ROD Inmate Copy

Lt McNaskey
2/8

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 1-A*



## Initial Level Extension

SCI Rockview
1 Rockview Place
Bellefonte, PA, 16823-1664

02/10/2021 10:54

| Inmate Name: | TUCKER, HASSAN | DOC #: | GP6788 |
|---|---|---|---|
| Facility: | Rockview | Unit Location: | G / B |
| Grievance #: | 909172 | | |

In accordance with the provisions of DC-ADM 804, Inmate Grievance System policy, this notification provides notice that staff requires an extension for responding to your grievance.

| Action: | |
|---|---|
| **Notice of Staff Extension** – This serves as written notification that an extension is necessary in order to appropriately investigate and respond to your grievance (or appeal). Staff has been authorized to extend the response time by 10 additional working days. | |

| Comments: | |
|---|---|
| Signature: | |
| Name: | N Paul |
| Title: | Facility Grievance Coordinator |
| Date: | 2/10/2021 |

cc:  Facility Grievance Coordinator
     DC-15

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-E**          Issued: 1/26/2016  Effective: 2/16/2016

GP6788     Grievance #:909172

TUCKER, HASSAN                                                                      Page1 of 1

# Initial Review Response

SCI Rockview
1 Rockview Place
Bellefonte, PA, 16823-1664



02/26/2021 09:26

| Inmate Name: | TUCKER, HASSAN | DOC #: | GP6788 |
|---|---|---|---|
| Facility: | Rockview | Unit Location: | G / B |
| Grievance #: | 909172 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer.  The response is as follows:

## Decision: Grievance Denied

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance.  This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

In grievance #909172 inmate Tucker claims that due to an exaggerated strip searches by COI Lentz and COI S Heverly, he was late getting to his visits on 12-30-2020 and 01-11-2021 and did not recieve his vists. he also claims that on 01-11-2021. COI Lentz did not inform COII Edwards to call the visiting room for the log in and did not receive this visit. This was all to be supervised by COIII R Frank. For relief inmate tucker requests to receive $250,000.00 from COI Lentz, COI S Heverly, COII Edwards, and COIII Frank for  a total of  $1,000,000.00.

Lt Monoskey investigated grievance #909172 and has established the following. COI Lentz and COI Heverly were interviewed and stated that on 12-30-20 inmate Tucker GP6788 refused to comply with orders for a routine search in order to be removed from his cell and be escorted to the visiting area for his visit and was only late by a few minutes. Lt Monoskey verified this with the visiting room Officer COI L. Woods, COI Woods stated that the visit was connected and completed on 12-30-20.  On 01-11-21  COI Lentz and COI S Heverly attempted to perform a routine search , Inmate Tucker again refused to comply with the routine search causing him to be a few minutes late. COII Edwards was not on duty on this day making inmate Tuckers statement in his grievance false. Lt Monoskey again spoke to visiting room officer COI L Woods who stated on 01-11-21 that the visiting area was contacted by the RHU for the connection that was never made by the outside party.  COI Lents and COI Heverly stated that inmate Tucker was permitted to wait an additional 45 minutes for this connection to be made by the outside party. COIII Frank stated the at no point on either visit was he directly  involved or supervised the escort of  inmate tucker.  Lt Monoskey cannot substantiate any of inmate Tuckers' GP6788 claims made .

This grievance and request for monetary damages is frivolous and is Denied

☑ Frivolous:
Due to inmate Tuckers false claims and accusations towards staff who were not present for the escort, or even on duty this grievance is frivolous.

| Signature: | *Monoskey* |
|---|---|
| Name: | Monoskey |
| Title: | COIII |
| Approver: | N. Paul |
| Date: | 2-26-21 |

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 - Grievances & Initial Review, Attachment 1-D

Issued: 1/26/2016  Effective: 2/16/2016

GP6788    Grievance #:909172

TUCKER, HASSAN

Page1 of 2



# Initial Review Response
SCI Rockview
1 Rockview Place
Bellefonte, PA, 16823-1664

02/26/2021 09:26

cc:  Facility Grievance Coordinator
DC-15

**DC-ADM 804, Inmate Grievance System Procedures Manual**

Section 1 - Grievances & Initial Review, Attachment 1-D

GP6788    Grievance #:909172

TUCKER, HASSAN

Issued: 1/26/2016  Effective: 2/16/2016

Page2 of 2

State Correctional Institution
**RECEIVED**

MAR 0 5 2021

at Rockview
Supt's Assistant's Office

**SCI**
**APPEAL TO FACILITY MANAGER**
**GRIEVANCE**

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| GP6788 | HASSAN Tucker | G·B 14 | 3-2-21 | 909172 |

I received my initial response from the Grievance Office/Coordinator on **3-2-21**
and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

C/O III Monoskey is prevaricating and grievance# 909172 is not frivolous.
1 Video from G·B tier evinces the officer's (Jentz + Heverly) arriving at 1925 hrs for a
1915 hours virtual visit (late!). If inmates don't comply with strip search orders they
will not be allowed out of the cell. I'm on camera being escorted on 12-30-20 and 11-11-21
at 1927(approx) and then 1815 hrs which evinces my compliance for searches required.
C/O III Monoskey purported was informed of the connection of both visits at issue
by C/O I L. Woods. Well C/O I Woods never indicated the time in which I was brought
to the monitor for attendance on 12-30-20 and computer records inveraciously say that
I "denied" my visit. C/O III Monoskey has concocted a mendacious mixture of misinformation
for a speedy recovery to a late response to grievance number 909172 and poured it in-
to a holey container. Electronic records show Kiana Turdy Ellen logging in on both
dates and institutional video substantiates my willingness to comply and accept my
visit. Grievance# 916474 substantiates claims of ongoing issues of Rhu staff's malfeasance
concerning virtual visitation. The grievance #909172 has merit and the relief sought
remains, C/O I's are under command of C/O II and C/O III, to assure duties are honored.
Therefore the appropriate C/O II and C/O III for the date of 2-10° shift visits at issue
are complicit by dereliction of duty.

INMATE SIGNATURE: _Mr. T. Tucker_

*Attachment 2-A*



# Facility Manager's Appeal Response

SCI Rockview
1 Rockview Place
Bellefonte, PA, 16823-1664



03/10/2021 10:42

| Inmate Name: | TUCKER, HASSAN | DOC #: | GP6788 |
|---|---|---|---|
| Facility: | Rockview | Unit Location: | G / B |
| Grievance #: | 909172 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

**Decision:Uphold Response**

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

I have reviewed the initial grievance, the grievance officer response, and the subsequent appeal of your issues relating to your concerns with Visit.

Lt Monoskey adequately responded to your grievance. A review of the grievance appeal shows no evidence to contradict the information provided by the grievance officer or the staff members interviewed during the investigation of this grievance. It is your responsibility to ensure compliance orders given to ensure you are brought out of your cell in a timely manner. Issues within this appeal regarding grievance 916474 will not be addressed. This grievance was submitted after this initial grievance.

I concur with the frivolous determination of this grievance and no reasoning was given to overturn the frivolous determination. Allegations and/or the relief sought lack any arguable basis in law, fact and/or policy.

Your grievance appeal is denied and any compensation requested is denied.

☑ **Frivolous:**

Allegations and/or the relief sought lack any arguable basis in law, fact and/or policy.

| Signature: | | |
|---|---|---|
| Name | M. Garman | |
| Title: | Facility Manager | |
| Date: | 3-10-21 | |

CC: DC-15
     File

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 2 - Appeals, Attachment 2-B**                    Issued: 1/26/2016  Effective: 2/16/2016

GP6788    Grievance #:909172

TUCKER, HASSAN                                                                      Page1 of 1

SCI
INMATE APPEAL TO FACILITY MANAGER
GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| GP6788 | HASSAN TUCKER | GB 13 | 3-12-21 | 909172 |

I received my initial response from the Grievance Office/Coordinator on 3-10-21 and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

Facility Manager Harman, M didn't adequately review these issues. Grievance #909172 is not frivolous. The cameras referred to at specific times and dates as well as the outcome of events, serves to evince all claims of the officers negligence regarding visits on the date and time at issue. Furthermore, Monoskey C/O III blatantly lies by claiming the virtual visit on 1-11-21 was "never made by the outside party" (Kiana Lundy-Allen), while Polycom Real Presence Mobile App has a falsely reported "refusal" to attend by Tucker# Zp6788. I was strip searched and taken to a visit that officers never intended to be activated (on GRHU B-14 cell cameras). My burden of proof is thoroughly satisfied and I seek the relief sought in grievance #909172

INMATE SIGNATURE: Hassan Tucker

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 2 – Appeals**
Issued: 1/26/2016
Effective: 2/16/2016

*Attachment 2-A*

# ATTACHMENT C



# Final Appeal Decision Dismissal

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

08/23/2021 07:19

| Inmate Name: | TUCKER, HASSAN | DOC #: | GP6788 |
|---|---|---|---|
| SCI Filed: | Rockview | Current SCI: | Phoenix |
| Grievance #: | 923966 | | |

This serves to acknowledge receipt of your appeal to final review for the grievance identified above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

| Decision: Dismiss |
|---|
| Your grievance is being dismissed at the final appeal level for the reason(s) outlined below. |

**Rationale:**
- You have not provided this Office with required and/or legible documentation for proper review.

**Response:**

You have not provided the required documentation for a proper appeal to final review. Specifically, you have not provided a legible copy of your initial grievance. Therefore, your appeal to this office is dismissed.

| Signature: | Keri Moore for |
|---|---|
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 08/23/21 |

cc:  DC-15/Superintendent - Rockview
DC-15/Superintendent - Phoenix
Grievance Office

---

8/30 PHX

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| FOR OFFICIAL USE |
|---|
| 9239 [illegible] |
| GRIEVANCE NUMBER |

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| [illegible] | [illegible] | APRIL 3, 2021 |
| FROM: (INMATE NAME & NUMBER) HASSAN TUCKER [illegible] | SIGNATURE OF INMATE: [illegible] | |
| WORK ASSIGNMENT: GLP | HOUSING ASSIGNMENT: [illegible] | |

Secretary's Office
Inmate Grievances & Appeals
JUL 19 2021
7/12

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

[illegible] ... mixed ... with my property that was inventoried and [illegible] ... on 8-6-19 (see DC 153M # A215205, A2952,06). [illegible] ... with [illegible] CO II [illegible] ... property [illegible] in violation of DC ADM 815. [illegible] CO III Myers [illegible] DC 153M # A300634 to sign [illegible] DC 153M # A300634 [illegible]

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator — Date

WHITE Facility Grievance Coordinator Copy CANARY File Copy PINK Action Return Copy
GOLDEN ROD Inmate Copy

packing, processing, or inventory of my property on 3-29-21. The only items I was approved to have from DC 153M # A295205 since 8-6-19 are my television and tablet through PRC, so DC 153M # A300634 should have had all of the same items as well as my cell content, such as legal discovery, transcript, books, clothing, and cosmetics among other important items, as DC 153M # A295205. Upon processing at Sci Phoenix c/o II Gordon was shown the apparent discrepancies and did a DC 153M # A066967 to inventory the property that did arrive at Sci Phoenix. Several property items from DC 153M # A295205 are missing from DC 153M # A300634 and items from # A300634 are not on # A066967 which is Sci Phoenix's initial DC 153M inventory. Sci Rockview improperly processed my property and denied my right to be present for inventory and packing in accordance with DC-Adm 815. I was never offered an opportunity to be present for the inventory/packing for shipping of my property from Sci Rockview for special RRL transport to Sci Phoenix. Several transfers occurred on the 30th of March 2021 which resulted in this indolent circumvention of DC Adm 815 on the processing of my property on 3-29-21. I seek $10,000 dollars each from COII Wagner, COIII Myers, Unit Manager Knapp, and each officer who signed DC 153M # A300634 on 3-29-2



**Initial Review Response**
SCI Rockview
1 Rockview Place
Bellefonte, PA, 16823-1664



05/20/2021 08:09

| Inmate Name: | TUCKER, HASSAN | DOC #: | GP6788 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | L/C |
| Grievance #: | 923966 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision:Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

In pursuant to DC ADM 804, I have reviewed your grievance and all information you have provided..

you state on 3/29/21 at 8am, COII Wagner to you to pack your property for transfer to SCI Phoenix. You placed all your property from inside your cell content, into 2 red commissary totes. COII Wagner then combined your cell content, with your property that was inventoried, and put it in holding on 8/6/19. After combining the cell content COII Wagner and his officers inventoried your property "in your absence" in violation of DC ADM 815.Upon completion of the final inventory COIII Myers brought you a 153 to sign. You did not recognize it because you state you were not present. You state SCI Rockview improperly processed your property, and denied your right to be present. You seek 10,000.00 each from COIII Myers, COII Wagner, UM Knapp, and each officer who signed the DC 153 (A300634)

I have interviewed COIII Myers (Bldg. G Lieutenant) he stated "you refused to be present for the inventory of your property. You also refused to sign the DC 153".

I have interviewed COII Wagner he stated "he did not inventory your property nor did his officers".

I have interviewed COI Myers (property officer) he stated " Inmate Tucker refused to be present for his inventory".

DC 153 A 300634 dated 3/29/21 that I retrieved from the property room at SCI Rockview shows that DC ADM 815 section 1 C 3. was followed by staff at SCI Rockview.

DC-ADM 815, Personal Property, State Issued Items, and Commissary/Outside Purchases Procedures Manual Section 1 – Basic and State Issued Items

C. Handling of Property for Transfers

3. If the inmate cannot be physically present when his/her property is being packed and inventoried, or if he/she represents a security threat, two officers shall inventory and process the inmate's property and both officers will sign the DC-153. A notation will be made as to why the inmate was not present. The two officers will be responsible for sealing the boxes with sealing tape and signing his/her name over the tape. If there are multiple boxes, the boxes shall be numbered (i.e. 1 of 2, 2 of 2, etc.) and include the inmate's name and number.

Through my investigation I have determined that your grievance is Frivolous. Your grievance is cluttered going in different directions. I find the Officers creditable. You were afforded the opportunity to inventory your property COIII

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 1 - Grievances & Initial Review, Attachment 1-D**

Issued: 1/26/2016  Effective: 2/16/2016

GP6788    Grievance #:923966

TUCKER, HASSAN



## Initial Review Response

SCI Rockview
1 Rockview Place
Bellefonte, PA, 16823-1664

05/20/2021 08:09

Myers conveys that clearly " you refused to come out of your cell for the inventory and you refused to sign the DC 153". You stated COII Wagner and his officers inventoried your property. That was not correct, The property office inventoried your property. Also the DC 153 A 300634 shows that the DC ADM 815 section 1 C 3. was followed by the officers. I DENY your grievance in FULL. I DENY any restitution.

☑ **Frivolous:**

policy was followed.

| | |
|---|---|
| Signature: | |
| Name: | D. Frank |
| Title: | CHCA |
| Approver: | K. Brubaker |
| Date: | 5/20/21 |

CC:  Facility Grievance Coordinator
DC-15

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 – Grievances & Initial Review, Attachment 1-D          Issued: 1/26/2016  Effective: 2/16/2016

GP6788    Grievance #:923966

TUCKER, HASSAN                                                  Page2 of 2

SCI
INMATE APPEAL TO FACILITY MANAGER
GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| GP6788 | HASSAN TUCKER | SCI Phoenix L-C 1009 | 5-25-21 | 923966 |

I received my initial response from the Grievance Office/Coordinator on  5  25  21
and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

On 4/3/21 I grievanced Sci Rockview RHU staff for violation of DC Adm 815. I submitted various DC-153 forms which apparently evince malfeasance occurring in my involuntary absence between 8/1/19 and 3/29/21 while I had zero control of my property. I refused to sign DC 153 m# A300634 because I was inignitously denied an opportunity to be present during the purported inventory of property being packed and shipped to Sci Phoenix for special transfer. This grievance is meritorious and lacks any frivolity. All DC 153 m forms, commissary reciepts and usps tracking numbers recorded and collected during RHU housing in Sci Rockview from 8/1/19 -3/29/21 lucidly detail continuous violations of DC Adm 815. I am missing different property items each time a new DC 153 m form was filled out because staff were taking items in my absence, desecrating property, and losing items by moving it around for extermination, construction etcetera. I've proven to PRC that RHU staff stole property by producing a tablet charger given to me with filed Id numbers but I was ignored. The exhibits tell the whole story. I could not have any items from my property without PRC approval. DC Adm 815 was violated when staff took and distroyed property, as well as denying me presence during inventory on 3-29-21. My refusal to sign DC 153-m# A300634 was noted, but staff's rationale for denying me the opportunity to be present during the execution of DC 153 m# A300634 wasn't recorded because there was no rational reason for denial, except staff's indolence. I never refused to be present for the inventory and packing and Sgt. Wagner is on camera retrieving my property from B13 cell at approx 0800 hrs on 3-29-21.

INMATE SIGNATURE: Mr Hassan Tucker

**PA**

**Facility Manager's Appeal Response**

SCI Rockview
1 Rockview Place
Bellefonte, PA, 16823-1664

*L-C-1009.01*

06/11/2021 02:16 (7/4/21 [2:40pm] )

| Inmate Name: | TUCKER, HASSAN | DOC #: | GP6788 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | L / C    / |
| Grievance #: | 923966 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

**Decision:Uphold Response**

It is the decision of this Facility Manager to uphold the initial response, uphold the Inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

I have reviewed the initial grievance, the grievance officer response, and the subsequent appeal of your issues relating to your concerns with Property.

Lt. Frank adequately responded to your grievance. Within your grievance appeal, you provide no evidence or information to contradict the information provided by the grievance officer or the officers interviewed during the investigation of this grievance. Your refusal to inventory your own property before transfer resulted in this situation. I find no evidence to support your allegation regarding this grievance matter.

Your grievance appeal is denied and any compensation requested is denied.

☑ **Frivolous:**

Inmate refused to inventory his property prior to transfer.

| Signature: | |
|---|---|
| Name | B. Salamon |
| Title: | Facility Manager |
| Date: | 6/11/21 |

CC: DC-15
File

*Signed by Staff → Recieved and handed out on 7/4/21 SS Shorter*

## INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| GP6788 | HASSAN Tucker | SCI Rockview | 7-4-21 | 923966 |

I received my appeal from the Superintendent on 7 - 4 - 21 and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

The issues I have raised in grievance #923966 are absolutely meritorious. And involve no frivolity. C/o III DJ Frank was not present on the G block Rku on 3-29-21. C/o II Wagner and c/o III Myers were supervising under unit manager R Knapp on 6-2 shift on 3-29-21. C/o II Wagner is on camera collecting inmate (from G block, B range, cell #13 at approximately 8am on 3-29-21) property for special transport of Restricted Release List transfers to Sci Phoenix. Several RRL transfers took place on March 31, 2021, giving G Block staff one day to inventory the property. Rather than properly inventory all of the property for the mass special transfer to Sci Phoenix, Sci Rockview's G Block 6-2 shift staff denied the right to be present for inventory so they could curtail the process. It is evident through my due diligence regarding this matter that I wanted to be present for the inventory of my property. There in initial response by DJ Frank c/o III was citation of DC adm 815 which G block staff violated by denying me the opportunity to be present for inventory. Nothing was preventing me from being present. I posed no threat and no notation was made on the DC 153 m #A300634, indicating a purported refusing to come-

INMATE SIGNATURE: _Hassan Tucker_

**DC-ADM 804, Inmate Grievance System Procedures Manual**
**Section 2 – Appeals**
Issued: 1/26/2016
Effective: 2/16/2016

**Attachment 2-E**

Inmate Appeal TO FINAL
Review Grievance

I received my appeal from Superintendent B. Salamon
on 7-4-21, and I have the following issues

... out of my cell (B-13). When I submitted grievance #923
966 I included several DC 153 m forms, commissary receipts, and
uspo tracking info to substantiate my claims. There is no-
thing erratic or unsubstantial about my claims. I sub-
mitted all relevant DC 153 m forms, receipts, and tracking
for appeal to Facility Manager of Sci Rockview. The facts
remain the same. Sci Rockview staff improperly processed
my property in my absence without justification, which
resulted in loss and damages which are corrobor-
ated by Sci Phoenix initial DC 153 m forms # A066967
and # A300634 (signed with noted discrepancies by inven-
torying CO II Gordon on April 2, 2021). There have been
consistent ploys to sabotage my grievance process amidst
apparent malfeasance by Sci Rockview; Facility Manager's
Response to appeal of grievance #923966 was not received by
me (as noted by staff) until 7-4-21, over 3 weeks beyond
the date of transmittal. The DC 153 m forms attached to
this grievance from 804 Part 1- Final Review appeal (dated
8-6-19 to 4-2-21) make the discrepancies apparent. I've
had zero control of my property since 8-1-19. Any items received
from my property must be P RC approved and the only approval
granted was my television and tablet. There's no justification
for the damages and losses of property exclusively control-
led by Rockview's Rhu/SL5 staff from 8-1-19 to 3-31-21.
My relief sought is consistent with grievance #923966.

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | **RECEIVED**<br>JUN 1 4 2021<br><br>**INMATE ACCOUNTS** | Commonwealth of Pennsylvania<br>Department of Corrections |
|---|---|---|

**RECEIVED** JUN 1 4 2021 INMATE ACCOUNTS

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in completing your request, it can be responded to more promptly and intelligently.

| | |
|---|---|
| 1. To: (Name and Title of Officer)<br>Inmate accounting | 2. Date: 6-9-21 |
| 3. By: (Print Inmate Name and Number)<br>Hasson Tucker GP6788<br>~~Has      ~~<br>Inmate Signature | 4. Counselor's Name: Smith |
| | 5. Unit Manager's Name: Grenevich |
| 6. Work Assignment: NO | 7. Housing Assignment: LC/009 |

8. Subject: State your request completely but briefly. Give details.

I need a copy of all of my cash slips (DC 138 A) from June 2021. I sent 2 DC 138A so that my receipts will be returned when I send mail outgoing (per DC 138(A)) I'm not receiving my receipts. Especially for a grievance appeal sent to SCI Dallas Super Int Salamon in June of 2021

9. Response: (This Section for Staff Response Only)

Search and Retrieval fee $15.00 requires a cash slip
Copy fee $0.10/page requires separate cash slip

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME ___R. Koehler___ ___RK___ DATE 6/14/21
Print            Signature

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*          *Attachment 3-A*

Pennsylvania Correctional Industries
Offender Receipt — Commissary

Date Report Generated: 03/19/2021   12:26:36   000014290317

Inst.: ROC                Case ID: GP6788        Name: TUCKER, HASSAN
Order: 000014290317       Date: 03/18/2021       Housing Unit: G-B-1-013    Batch: 090

| No. | Item # | Description | Qty | Item Price | Item Total |
|-----|--------|-------------|-----|-----------|-----------|
| 1 | 00004 | RAMEN NOODLES CHILI FLVR 3OZ | 10 | 0.28 | 2.80 |
| 2 | 00007 | RAMEN NOODLES HOT/SPICY VEG FLVR 3OZ | 10 | 0.28 | 2.80 |
| 3 | 04000 | GRANULATED SUGAR 12OZ ****K,H | 1 | 1.00 | 1.00 |
| 4 | 05604 | ICED CINNAMON ROLL 4OZ ****K | 5 | 0.62 | 3.10 |
| 5 | 14421 | STRAWBERRY SHORTBREAD COOKIES 8OZ *** | 1 | 1.49 | 1.49 |
| 6 | 13401 | CHEESE CRACKERS 9OZ ****K | 1 | 1.75 | 1.75 |
| 7 | 09207 | MKREL FLTS IN BRINE 3.53OZ ****K,H,H/A | 5 | 0.78 | 3.90 |
| 8 | 02614 | 100% COLUMBIAN COFFEE 5OZ ****K,H | 1 | 2.61 | 2.61 |

Total Cost of Issued Items:      19.45   (Commissary - pre-tax)
Out of Stock/Auto Refund:         0.00   (Commissary - pre-tax)
Overall Order Total:             19.45
No. Serial Number(s)

Received by Offender: _____        Date: 4-5-21
Witnessed By: C/O M. Young                          Date: 4-5-21

Pennsylvania Correctional Industries
Offender Receipt — Commissary

Date Report Generated: 03/15/2021   11:29:59   0000014264099

Inst.: ROC                    Case ID: 5P6788      Name: TUCKER, HASSAN
Order: 0000014264099          Date: 03/12/2021     Housing Unit: G-B-1-013      Batch: 078

| No. | Item # | Description | Qty | Item Price | Item Total (*=Taxed item) | |
|-----|--------|-------------|-----|-----------|---------------------------|---|
| 1 | 34530 | HAND AND BODY SKIN CARE LOTION 4OZ | 1 | 0.56 | 0.56 | * |
| 2 | 42381 | SECURITY PEN BLACK | 2 | 0.26 | 0.52 | * |
| 3 | 18603 | PROVOLONE CHEESE STICK 4OZ ****GF | 1 | 1.19 | 1.19 | |
| 4 | 13409 | SNACK CRACKERS 13.7OZ ****K | 1 | 1.70 | 1.70 | |
| 5 | 09200 | CHUNK LIGHT TUNA 4.23OZ ****K,H | 5 | 1.21 | 6.05 | |
| 6 | 34972 | SECURITY ORANGE NO SHANK RAZOR | 1 | 0.16 | 0.16 | * |
| 7 | 00007 | RAMEN NOODLES HOT/SPICY VEG FLVR 3OZ | 10 | 0.28 | 2.80 | |

|                                        |       |                        |
|----------------------------------------|-------|------------------------|
| Total Cost of Issued Items:            | 12.98 | (Commissary - pre-tax) |
| Out of Stock/Auto Refund:              | 0.00  | (Commissary - pre-tax) |
| Overall Order Subtotal:                | 12.98 |                        |
| Tax:                                   | 0.08  | (6PCTPA: 0.08)         |
| Overall Order Total:                   | 13.06 |                        |

No. Serial Number(s)

Received by Offender: _____      Date: 3-23-2_
Witnessed By: _____              Date: 3/23/24

Pennsylvania Correctional Industries
Offender Receipt - Commissary

Date Report Generated: 03/06/2021  11:36:46   000014235624

Inst.: ROC          Case ID: 646788        Name: TUCKER, HASSAN
Order: 000014235624   Date: 03/05/2021     Housing Unit: B-B-1-013    Batch: 077

| No. | Item # | Description | Qty | Item Price | Item Total (*=taxed item) |
|---|---|---|---|---|---|
| 1 | 94936 | MEDIA-1 INKUNITS (500 1 inkUnits) | 5 | 5.00 | 25.00 |
| 2 | 32513 | FLOSS, MINI, INDIV 20" 5PK | 3 | 0.50 | 1.50 |
| 3 | 30006 | SENSODYNE WHITENING TOOTHPASTE .8OZ | 6 | 1.36 | 8.16 |
| 4 | 34530 | HAND AND BODY SKIN CARE LOTION 4OZ | 1 | 0.56 | 0.56 * |
| 5 | 25906 | IRISH SPRING SOAP 3.7OZ | 2 | 0.85 | 1.70 * |
| 6 | 25907 | HYPOALLERGENIC DOVE SOAP 4OZ | 1 | 2.03 | 2.03 * |
| 7 | 17047 | BUTILN INGER RTLS 20Z *** | 2 | 1.30 | 2.60 |
| 8 | 13000 | DORITOS FLAMIN HOT NACHO 7.5OZ *** | 2 | 2.40 | 4.80 |
| 9 | 17119 | TUNYUNG 1.25OZ *** | 8 | 0.65 | 5.20 |
| 10 | 17101 | THE WHOLE SHABANG CHIPS 8OZ ****K,H | 1 | 1.13 | 1.13 |
| 11 | 17007 | MILKY WAY 1.84OZ ****K | 3 | 0.85 | 2.55 |
| 12 | 17024 | TWIX 1.79OZ ****K | 3 | 0.77 | 2.31 |
| 13 | 62614 | 100% COLUMBIAN COFFEE 16Z ****K,H | 1 | 2.63 | 2.63 |
| 14 | 04000 | GRANULATED SUGAR 12OZ ****K,H | 1 | 1.00 | 1.00 |
| 15 | 00007 | RAMEN NOODLES HOT/SPICY VEG 11 VR 3OZ | 10 | 0.28 | 2.80 |
| 17 | 11412 | GRAPE JELLY 12OZ | 2 | 1.46 | 2.92 |
| 18 | 07004 | CREAMY PEANUT BUTTER PWTRT 7OZ | 10 | 0.27 | 2.70 |

Total Cost of Issued Items:      69.62   (Commissary - pre-tax)
Out of Stock/Auto Refund:        0.00    (Commissary - pre-tax)
Overall Order Subtotal:          69.62
Tax:                             0.26    (GPCPPA: 0.35)
Overall Order Total:             69.88

No. Serial Number(s)

REJECTED ITEMS

Item #   Description                                 Qty.  Reason
05627    CARAMEL CHOCO CHUNK RK TREAT 1.48OZ ***      0    FULL REJECT-INVALID LINE ITEM QUANTITY

Received by Offender: _____    Date: _____    3-16-2

Witnessed By: _____            Date: _____    3/16/2,

Two grievances for Niki Paul at sci Rockview
given to COI at 8:20P 4-11-21

R.Bett COF Betton

Thous One grievance for Niki Paul at sci
Rockview given to COI Kalb at
1641 hson 4-12-21 wit 2 cash slips
(D.C 138A)

COI R.Kalb

Ref: 26001155 pg 6 of 9 for BRIAN TUCKER



## Integrated Offender Case Management System
7/1/2021 7:16:38 AM

## Monthly Account Statement

**From Date:**   06/01/2021        **To Date:**   07/01/2021

| Housing | Case ID | Offender Name | | Location |
|---|---|---|---|---|
| L-C-1009-01 | GP6788 | TUCKER,HASSAN | | PHOENIX |

| Batch# | Txn Date | Txn Description | Txn Amount($) | Balance After Transaction($) |
|---|---|---|---|---|
| PHX-011845 | 06/04/2021 | 37 - Postage  (05/28/21 FACILITY MGR SCI ROCKVIEW) | -0.36 | 4874.86 |
| PHX-011875 | 06/07/2021 | 36 - Copies (XEROX COPY(S) 5-4-21 - 6-6-21) | -0.20 | 4874.66 |
| PHX-011881 | 06/08/2021 | 32 - Commissary (PHX COMMISSARY FOR 06/08/2021) | -93.43 | 4781.23 |
| PHX-011889 | 06/08/2021 | 37 - Postage  (06/07/21 D TUCKER) | -0.51 | 4780.72 |
| PHX-011929 | 06/11/2021 | 32 - Commissary (PHX COMMISSARY CR FOR 06/11/2021) | +1.20 | 4781.92 |
| PHX-011938 | 06/11/2021 | 32 - Commissary (PHX COMMISSARY FOR 06/11/2021) | -93.43 | 4688.49 |
| PHX-011929 | 06/11/2021 | 32 - Commissary (PHX COMMISSARY CR FOR 06/11/2021) | +40.43 | 4728.92 |
| PHX-011971 | 06/15/2021 | 32 - Commissary (PHX COMMISSARY FOR 06/15/2021) | -11.89 | 4717.03 |
| PHX-011979 | 06/16/2021 | 32 - Commissary (PHX COMMISSARY CR FOR 06/16/2021) | +4.40 | 4721.43 |
| PHX-012057 | 06/23/2021 | 10 - Maintenance Payroll (GRP 4 - 21st -20th) | +13.68 | 4735.11 |
| PHX-012129 | 06/29/2021 | 32 - Commissary (PHX COMMISSARY FOR 06/29/2021) | -38.42 | 4696.69 |

### Current, Escrow, & Available Balances are as  of 7/1/2021 7:16:38 AM

| Current Balance | 4696.69 |
|---|---|
| Escrow Balance | 0.00 |
| Available Balance | 4696.69 |



**Integrated Offender Case Management System**          5/3/2021 7:30:23 AM

# Monthly Account Statement

**From Date:**  04/01/2021          **To Date:**  05/01/2021

| Housing | Case ID | Offender Name | | Location |
|---|---|---|---|---|
| L-C-1009-01 | GP6788 | TUCKER,HASSAN | | PHOENIX |

| Batch# | Txn Date | Txn Description | Txn Amount($) | Balance After Transaction($) |
|---|---|---|---|---|
| | 04/05/2021 | Transfer Out (PHOENIX) | | 4979.50 |
| | 04/05/2021 | Transfer In (Rockview) | | 4979.50 |
| ROC-043400 | 04/05/2021 | 10 - Maintenance Payroll (GRP 1 - 1st - End of Month) | +11.00 | 4990.50 |
| ROC-043430 | 04/07/2021 | 27 - Religious Feasts (EID AL-FITR FEAST) | -5.66 | 4984.84 |
| ROC-043488 | 04/13/2021 | 27 - Religious Feasts (NOT AT ROCKVIEW) | +5.66 | 4990.50 |
| | 04/13/2021 | 37 - Postage  (Release Escrow) | +16.04 | 5006.54 |
| ROC-043489 | 04/13/2021 | 37 - Postage | -16.04 | 4990.50 |
| | 04/13/2021 | Transfer Out (Rockview) | | 4990.50 |
| | 04/13/2021 | Transfer In (PHOENIX) | | 4990.50 |
| PHX-011278 | 04/20/2021 | 32 - Commissary (PHX COMMISSARY FOR 04/20/2021) | -90.35 | 4900.15 |
| PHX-011305 | 04/22/2021 | 32 - Commissary (PHX COMMISSARY CR FOR 04/22/2021) | +3.93 | 4904.08 |
| PHX-011330 | 04/23/2021 | 37 - Postage  (04/14/21 N PAUL) | -0.91 | 4903.17 |
| PHX-011338 | 04/23/2021 | 36 - Copies (XEROX COPY(S) 3-8-21 - 4-15-21) | -1.10 | 4902.07 |
| PHX-011349 | 04/26/2021 | 10 - Maintenance Payroll (GRP 4 - 21st -20th) | +10.80 | 4912.87 |
| PHX-011375 | 04/27/2021 | 27 - Religious Feasts (EIDUL FITR) | -7.00 | 4905.87 |
| PHX-011373 | 04/27/2021 | 32 - Commissary (PHX COMMISSARY FOR 04/27/2021) | -43.84 | 4862.03 |
| PHX-011423 | 04/29/2021 | 37 - Postage  (04/26/21 SCI ROCKVIEW) | -0.71 | 4861.32 |
| PHX-011413 | 04/29/2021 | 32 - Commissary (PHX COMMISSARY CR FOR 04/29/2021) | +5.30 | 4866.62 |

**Current, Escrow, & Available Balances are as  of 5/3/2021 7:30:23 AM**

| | |
|---|---|
| **Current Balance** | 4866.62 |
| **Escrow Balance** | 0.00 |
| **Available Balance** | 4866.62 |



**Integrated Offender Case Management System**                    4/1/2021 7:31:00 AM

## Monthly Account Statement

**From Date:**  03/01/2021          **To Date:**  04/01/2021

| Housing | Case ID | Offender Name | | Location | |
|---|---|---|---|---|---|
| L-C-1009-01 | GP6788 | TUCKER,HASSAN | | PHOENIX | |
| **Batch#** | **Txn Date** | **Txn Description** | | **Txn Amount($)** | **Balance After Transaction($)** |
| ROC-043134 | 03/03/2021 | 10 - Maintenance Payroll (GRP 1 - 1st - End of Month) | | +9.50 | 3702.78 |
| ROC-043143 | 03/04/2021 | 37 - Postage  (First Class Mail) | | -4.85 | 3697.93 |
| ROC-043158 | 03/05/2021 | 32 - Commissary (ROC COMMISSARY FOR 03/05/2021) | | -69.88 | 3628.05 |
| ROC-043211 | 03/12/2021 | 32 - Commissary (ROC COMMISSARY FOR 03/12/2021) | | -13.06 | 3614.99 |
| ROC-043263 | 03/18/2021 | 32 - Commissary (ROC COMMISSARY FOR 03/18/2021) | | -19.45 | 3595.54 |
| | 03/30/2021 | 37 - Postage  (UPS CHARGES 3/30/2021) | | -16.04 | 3579.50 |
| ROC-043358 | 03/31/2021 | 13 - Gov Checks/IRS (US TREASURY-ECONOMIC IMPACT PAYMENT) | | +1400.00 | 4979.50 |
| | 03/31/2021 | Transfer Out (Rockview) | | | 4979.50 |
| | 03/31/2021 | Transfer In (PHOENIX) | | | 4979.50 |

**Current, Escrow, & Available Balances are as  of 4/1/2021 7:31:00 AM**

| | |
|---|---|
| **Current Balance** | 4995.54 |
| **Escrow Balance** | 16.04 |
| **Available Balance** | 4979.50 |



## Integrated Offender Case Management System

3/1/2021 9:28:52 AM

## Monthly Account Statement

**From Date:** 02/01/2021      **To Date:** 03/01/2021

| Housing | Case ID | Offender Name | | Location |
|---|---|---|---|---|
| G-B-1014-01 | GP6788 | TUCKER,HASSAN | | Rockview |

| Batch# | Txn Date | Txn Description | Txn Amount($) | Balance After Transaction($) |
|---|---|---|---|---|
| ROC-042915 | 02/04/2021 | 10 - Maintenance Payroll (GRP 1 - 1st - End of Month) | +9.50 | 3777.28 |
| ROC-042934 | 02/05/2021 | 32 - Commissary (ROC COMMISSARY FOR 02/05/2021) | -73.54 | 3703.74 |
| ROC-043041 | 02/19/2021 | 32 - Commissary (ROC COMMISSARY FOR 02/19/2021) | -10.46 | 3693.28 |

**Current, Escrow, & Available Balances are as of 3/1/2021 9:28:52 AM**

| | |
|---|---|
| Current Balance | 3693.28 |
| Escrow Balance | 0.00 |
| Available Balance | 3693.28 |



## Integrated Offender Case Management System

2/3/2021 11:06:23 AM

## Monthly Account Statement

**From Date:** 01/01/2021     **To Date:** 02/03/2021

| Housing | Case ID | Offender Name | | Location |
|---|---|---|---|---|
| G-B-1014-01 | GP6788 | TUCKER,HASSAN | | Rockview |

| Batch# | Txn Date | Txn Description | Txn Amount($) | Balance After Transaction($) |
|---|---|---|---|---|
| ROC-042678 | 01/07/2021 | 10 - Maintenance Payroll (GRP 1 - 1st - End of Month) | +11.00 | 3231.70 |
| ROC-042696 | 01/08/2021 | 32 - Commissary (ROC COMMISSARY FOR 01/08/2021) | -16.18 | 3215.52 |
| ROC-042755 | 01/15/2021 | 32 - Commissary (ROC COMMISSARY FOR 01/15/2021) | -14.50 | 3201.02 |
| ROC-042824 | 01/22/2021 | 14 - Gov Checks/VA (UNITED STATES TREASURY) | +600.00 | 3801.02 |
| ROC-042825 | 01/22/2021 | 32 - Commissary (ROC COMMISSARY FOR 01/22/2021) | -33.24 | 3767.78 |

**Current, Escrow, & Available Balances are as of 2/3/2021 11:06:23 AM**

| | |
|---|---|
| **Current Balance** | 3767.78 |
| **Escrow Balance** | 0.00 |
| **Available Balance** | 3767.78 |

**DC-153M Rev 1/2012**
**INMATE PERSONAL PROPERTY INVENTORY**
☐ Transfer  ☑ Hold  ☐ Initial Disposition  ☐ Other

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
Facility: _____

| DC Number | Name | J - k ~ |
|---|---|---|

Method of Disposition
S – Ship    R – Return to Inmate    D – Destroy    H – Hold for Inmate

**A 295205**

| CLOTHING & ACCESSORIES | NO. METH | FOOD (Continued) ITEM | NO. METH | GROOMING/HEALTH (Continued) ITEM | NO. METH | MISCELLANEOUS (Continued) ITEM | NO. METH | FEMALES ONLY ITEM | NO. METH |
|---|---|---|---|---|---|---|---|---|---|
| **State Issued** | | Coffee | 2  H | Eyeglasses | 3  H | Dictionary | | Bra | |
| Belt | | Cookie | | Eyeglass Case | | DOC Handbook | | Bleach Cream | |
| Boxers | 3  H | **Condiments** | | Eyeglasses – Sun | | Ear Buds | | Body Wash | 1  H |
| Comm/Laundry Bag | 2  H | BBQ Sauce | | Face Cream | | Envelopes | | Crochet Hooks | |
| ID Card | | Grape Jelly | | Foot Powder | 1  H | Extension Cord | 2  H | Crochet Items | |
| Jacket (lightweight) | | Honey | 3  H | Hair Dressing | 1  H | File Folder | | Cross Stitch Thread | |
| Pants | 3  H | Ketchup | | Hemorrhoid Cream | | Games | | Emory Board | |
| Shirts | 4  H | Mustard | | Hydrocortisone | | Greeting Cards | | Eye Makeup | |
| Socks | 2  H | Mayo | | Laxative | | Headphones | 2  H | Hair Picks/Pins | |
| Summer Hat (cap) | | Salsa | | Lotion | 2  H | Headphone Ext | | Hair Removal Cream | |
| T-Shirt | 3  H | Crackers | | Medical Bracelet | | Headphone Split | | Lipstick | |
| Towels | 1  H | Drink Mix | | Nail Clippers | | ID Holder | | Miconazole Cream | |
| Washcloths | 2  H | Milk (powdered) | | Mouth Wash | 2  H | Keys | | Pajamas (top) | |
| Winter Coat | 1  H | Nuts | | Muscle Rub | | Laundry Detergent | 1  H | Panty Liners | |
| Winter Hat (knit hat) | 1  H | Oatmeal | | Nail Trimmers | 1  H | Legal Mail | | Rollers | |
| **Footwear** | | **Packaged Meats** | | Pain Relief | | Letters/Mail | | Sanitary Napkins | |
| Boots/Shoes | | Beef | | Petroleum Jelly | 1  H | Light Bulb | 1  H | Scarf | |
| (1) | 1  H | Chicken | | Ponytail Holder | | Lock | 1  H | Scissors | |
| (2) | | Fish | 14  H | Q-Tips | 3  H | Magazines | | Shower Cap | |
| Sneakers | 1  H | Meat Stick | | Razors | | Mono Jack | | Side Combs | |
| (1) | 1  H | Pork | | Saline | | Notebook | | Tampons | |
| (2) | 1  H | Sausage | 12  H | Shampoo | 2  H | **Paper** | | Tweezers | |
| (3) Flk - No | 1  H | Mrs. Dash | 5  H | Shaving Cream | | Carbon | | Yarn | |
| Shoe (medical) | | Pasta Sauce | | Soap | 5  H | Notebook | | | |
| Shower Shoes | 1  H | Pastries | | Soap Dish | | Typing | | | |
| **Non-State Issued** | | Peanut Butter | 2  H | Toluaflate Cream | | Paperwork | 1  H | | |
| Athletic Shirt | | Pickles | | Toothbrush | 1  H | Photo Album | | | |
| Gloves | | Popcorn | | Toothbrush Case | 1  H | Photographs | | | |
| Handkerchief | | Pretzels | | Toothpaste | 1  H | Playing Cards | | | |
| Headband | | Rice | | Towel | 1  H | Prayer Rug | 1  H | | |
| Laundry Bag | 2  H | Sugar/Substitute | | Vitamins | | Rug | | | |
| Rain Poncho | | Soup | | Washcloth | 1  H | Ruler | | | |
| Religious Headgear | | Tea | 1  H | | H | Scotch Tape | | | |
| Robe | | Tortillas | | | | Sewing Kit | | | |
| Shoe Brush | | | 1  H | **MISCELLANEOUS** | | Tablet (Legal) | | **OTHER APPROVED ITEMS** | |
| Shoe Polish | | | 1  H | | | Tissues | | **(grandfathered items, etc)** | |
| Socks | | | | ITEM | NO. METH | Venda Card | | | 1  H |
| Sweat Pants | 2  H | | | Address Book | | Wash Tub | 1  H | | 1  H |
| Sweat Shirts | 1  H | **GROOMING/HEALTH** | | **Art Supplies:** | | Waste Basket | | | |
| Sweat Shorts | 1  H | ITEM | NO. METH | Canvas Board | | Y-Adaptor | | | |
| T-Shirt | | Acne Cream | | Drawing Pad | | | | | |
| Thermal Bottom | | Allergy Tablets | | Erasers | | **TOBACCO** | | | |
| Thermal Top | 3  H | Antacid | | Highlighters | | | | | |
| Underwear | | Antibiotic Cream | | Markers | | ITEM | NO. METH | | |
| Wristbands | | Band Aids | | Paint | | Clg Papers | | | |
| | | Brush | | Paint Brush | | Clg Roller | | | |
| **FOOD** | | Chap Stick | 1  H | Paint Case | | Clg Carton | | | |
| | | Chest Rub | | Pen | | Clg Package | | | |
| ITEM | NO. METH | Cocoa Butter | | Pencil | | Cigars | | | |
| Bagel | | Comb | | Pencil – Colored | | Lighter | | | |
| Breakfast Food | | Conditioner | 2  H | Batteries | | Pipe | | | |
| Candy Bag | | Contact Lenses | | Binder | | Pipe Cleaners | | | |
| Candy Bar | | Cough Drop/Syrup | 1  H | **Books:** | | Pipe Filters | | | |
| Cereal Bag | | Dental Floss | | Legal | | Tobacco Chew | | | |
| Cereal Bar | | Dentures | | Personal | 14  H | Tobacco Clg | | | |
| Cheese | 2  H | Denture Brush | | Religious | | Tobacco Pipe | | | |
| Cheese Puffs | | Denture Cleaner | | Book Light | | Tobacco Pouch | | | |
| Chili Beans | 4  H | Denture Cream | | Bowl w/Lid | 1  H | Tobacco Snuff | | | |
| Chips | | Deodorant | | Cup | 2  H | | | | |

| ITEM | DESCRIPTION OR SERIAL NO. | NO | METH | OPERATIONAL YES | NO | COMMENTS |
|---|---|---|---|---|---|---|
| AC Adapter | | | | | | |
| Calculator | | | | | | |
| Converter Box | | | | | | |
| Drum Set | | | | | | |
| Earrings | | | | | | |
| Fan | | | | | | |
| Foot Locker | Blk | 1 | H | ✓ | | |
| Glg Bag | | | | | | |
| Guitar | T A t w/no 4  TJ8651976.276 | 1 | H | ✓ | | |
| Guitar Strings | | | | | | |
| Instrument Case | | | | | | |
| Keyboard | | | | | | |
| MP3 Player | | | | | | |
| Necklace (female only) | | | | | | |
| Necklace – Religious | | | | | | |
| Radio | | | | | | |
| Radio-Cassette/Walkman | | | | | | |
| Ring | | | | | | |
| Surge Protector – 5 Outlet | | | | | | |
| TV | EDEN TV (1 m) HS15501936185207.9 | (1) | H | ✓ | | |
| TV-Antenna | | | | | | |
| TV-Remote | EDEN TV (1 m) | | | | | |
| Typewriter | | | | | | |
| Typewriter Ribbon | | | | | | |
| Watch | | | | | | |

Mail To: _____ | Articles marked "S" mailed (Signature and title) | Date Mailed

| The property described above was inventoried and processed as indicated | The property above was received and processed |
|---|---|
| Signature of Property Officer (print last name)    Signature of Inmate | Signature of Property Officer (print last name)    Signature of Inmate |
| 301 Ko          8-6-19 | |

All property is/was present and accounted for.  No property was missing and/or damaged.  Property exceeding the allowable property limit has been addressed per the applicable policy.  Excess property in the form of legal property (active cases only) is in accordance with Department policy 6.3.1 Section 20.  The inmate has been informed that allowable property must be contained in the containers permitted by the applicable policy.  Inmate's signature above acknowledges accuracy.

# of Boxes: _____

WHITE – DC-15 AFTER PROCESSING COMPLETED
CANARY – INMATE COPY AFTER ALL PROCESSING COMPLETED

PINK – SENDING FACILITY COPY OR MAILROOM, IF APPLICABLE
GOLDENROD – INMATE COPY WHEN ITEMS ARE INVENTORIED

# DC-153M Rev 1/2012
## INMATE PERSONAL PROPERTY INVENTORY

**DEPARTMENT OF CORRECTIONS**

Facility: _____

☐ Transfer ☐ Hold ☐ Initial Disposition ☐ Other

| DC Number | Name |
|---|---|

Method of Disposition
S – Ship   R – Return to Inmate   D – Destroy   H – Hold for Inmate

**A 295206**

| CLOTHING & ACCESSORIES | NO. | METH | FOOD (Continued) | NO. | METH | GROOMING/HEALTH (Continued) | NO. | METH | MISCELLANEOUS (Continued) | NO. | METH | FEMALES ONLY | NO. | METH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **State Issued** | | | Coffee | | | Eyeglasses | | | Dictionary | | | Bra | | |
| | | | Cookie | | | Eyeglass Case | | | DOC Handbook | | | Bleach Cream | | |
| Belt | | | **Condiments:** | | | Eyeglasses – Sun | | | Ear Buds | | | Body Wash | | |
| Boxers | | | BBQ Sauce | | | Face Cream | | | Envelopes | | | Crochet Hooks | | |
| Comm/Laundry Bag | | | Grape Jelly | | | Foot Powder | | | Extension Cord | | | Crochet Items | | |
| ID Card | | | Honey | | | Hair Dressing | | | File Folder | | | Cross Stitch Thread | | |
| Jacket (lightweight) | | | Ketchup | | | Hemorrhoid Cream | | | Games | | | Emory Board | | |
| Pants | | | Mustard | | | Hydrocortisone | | | Greeting Cards | | | Eye Makeup | | |
| Shirts | | | Mayo | | | Laxative | | | Headphones | | | Hair Picks/Pins | | |
| Socks | | | Salsa | | | Lotion | | | Headphone Ext | | | Hair Removal Cream | | |
| Summer Hat (cap) | | | Crackers | | | Medical Bracelet | | | Headphone Split | | | Lipstick | | |
| T-Shirt | | | Drink Mix | | | Mirror | | | ID Holder | | | Miconazole Cream | | |
| Towels | | | Milk (powdered) | | | Mouth Wash | | | Keys | | | Pajamas (top) | | |
| Washcloths | | | Nuts | | | Muscle Rub | | | Laundry Detergent | | | Panty Liners | | |
| Winter Coat | | | Oatmeal | | | Nail Trimmers | | | Legal Mail | | | Rollers | | |
| Winter Hat (knit hat) | | | **Packaged Meats:** | | | Pain Relief | | | Letters/Mail | | | Sanitary Napkins | | |
| **Footwear:** | | | Beef | | | Permanent Jelly | | | Light Bulb | | | Scarf | | |
| Boots/Shoes | | | Chicken | | | Ponytail Holder | | | Lock | | | Scissors | | |
| (1) | | | Fish | | | Q-Tips | | | Magazines | | | Shower Cap | | |
| (2) | | | Meat Stick | | | Razors | | | Mono Jack | | | Side Combs | | |
| Sneakers | | | Pork | | | Saline | | | Notebook | | | Tampons | | |
| (1) | | | Sausage | | | Shampoo | | | **Paper:** | | | Tweezers | | |
| (2) | | | Mrs. Dash | | | Shaving Cream | | | Carbon | | | Yarn | | |
| (3) | | | Pasta Sauce | | | Soap | | | Notebook | | | | | |
| Shoe (medical) | | | Pastries | | | Soap Dish | | | Typing | | | | | |
| Shower Shoes | | | Peanut Butter | | | Tolnaftate Cream | | | Paperwork | | | | | |
| **Non-State Issued** | | | Pickles | | | Toothbrush | | | Photo Album | | | | | |
| Athletic Shirt | | | Popcorn | | | Toothbrush Case | | | Photographs | | | | | |
| Gloves | | | Pretzels | | | Toothpaste | | | Playing Cards | | | | | |
| Handkerchief | | | Rice | | | Towel | | | Prayer Rug | | | | | |
| Headband | | | Sugar/Substitute | | | Vitamins | | | Rug | | | | | |
| Laundry Bag | | | Soup | | | Washcloth | | | Ruler | | | | | |
| Rain Poncho | | | Tea | | | | | | Scotch Tape | | | | | |
| Religious Headgear | | | Tortillas | | | | | | Sewing Kit | | | | | |
| Robe | | | | | | | | | Tablet (Legal) | | | **OTHER APPROVED ITEMS** (grandfathered items, etc.) | | |
| Shoe Brush | | | | | | **MISCELLANEOUS** | | | Tissues | | | | | |
| Shoe Polish | | | | | | | | | Venda Card | | | | | |
| Socks | | | | | | ITEM | NO. | METH | Wash Tub | | | | | |
| Sweat Pants | | | | | | Address Book | | | Waste Basket | | | | | |
| Sweat Shirts | | | **GROOMING/HEALTH** | | | **Art Supplies:** | | | Y-Adaptor | | | | | |
| Sweat Shorts | | | ITEM | NO. | METH | Canvas Board | | | | | | | | |
| T-Shirt | | | Acne Cream | | | Drawing Pad | | | | | | | | |
| Thermal Bottom | | | Allergy Tablets | | | Erasers | | | **TOBACCO** | | | | | |
| Thermal Top | | | Antacid | | | Highlighters | | | | | | | | |
| Underwear | | | Antibiotic Cream | | | Markers | | | ITEM | NO. | METH | | | |
| Wristbands | | | Band Aids | | | Paint | | | Cig Papers | | | | | |
| | | | Brush | | | Paint Brush | | | Cig Roller | | | | | |
| **FOOD** | | | Chap Stick | | | Paint Case | | | Cig Carton | | | | | |
| | | | Chest Rub | | | Pen | | | Cig Package | | | | | |
| ITEM | NO. | METH | Cocoa Butter | | | Pencil | | | Cigars | | | | | |
| Bagel | | | Comb | | | Pencil – Colored | | | Lighter | | | | | |
| Breakfast Food | | | Conditioner | | | Batteries | | | Pipe | | | | | |
| Candy Bag | | | Contact Lenses | | | Binder | | | Pipe Cleaners | | | | | |
| Candy Bar | | | Cough Drop/Syrup | | | **Books:** | | | Pipe Filters | | | | | |
| Cereal Bag | | | Dental Floss | | | Legal | | | Tobacco Chew | | | | | |
| Cereal Bar | | | Dentures | | | Personal | | | Tobacco Cig | | | | | |
| Cheese | | | Denture Brush | | | Religious | | | Tobacco Pipe | | | | | |
| Cheese Puffs | | | Denture Cleaner | | | Book Light | | | Tobacco Pouch | | | | | |
| Chili Beans | | | Denture Cream | | | Bowl w/Lid | | | Tobacco Snuff | | | | | |
| Chips | | | Deodorant | | | Cup | | | | | | | | |

| ITEM | DESCRIPTION OR SERIAL NO. | NO. | METH | OPERATIONAL | | COMMENTS |
|---|---|---|---|---|---|---|
| | | | | YES | NO | |
| AC Adapter | | | | | | |
| Calculator | | | | | | |
| Converter Box | | | | | | |
| Drum Set | | | | | | |
| Earrings | | | | | | |
| Fan | | | | | | |
| Foot Locker | | | | | | |
| Gig Bag | | | | | | |
| Guitar | | | | | | |
| Guitar Strings | | | | | | |
| Instrument Case | | | | | | |
| Keyboard | | | | | | |
| MP3 Player | | | | | | |
| Necklace (female only) | | | | | | |
| Necklace – Religious | | | | | | |
| Radio | | | | | | |
| Radio-Cassette/Walkman | | | | | | |
| Ring | | | | | | |
| Surge Protector – 5 Outlet | | | | | | |
| TV | | | | | | |
| TV-Antenna | | | | | | |
| TV-Remote | | | | | | |
| Typewriter | | | | | | |
| Typewriter Ribbon | | | | | | |
| Watch | | | | | | |

Mail To: _____    Articles marked "S" mailed (Signature and title) _____    Date Mailed _____

| The property described above was inventoried and processed as indicated | The property above was received and processed |
|---|---|
| Signature of Property Officer **(print last name)**   Signature of Inmate | Signature of Property Officer **(print last name)**   Signature of Inmate |
| Facility                    Date | Facility                    Date |

All property is/was present and accounted for.  No property was missing and/or damaged.  Property exceeding the allowable property limit has been addressed per the applicable policy.  Excess property in the form of legal property (active cases only) is in accordance with Department policy 6.3.1 Section 20.  The inmate has been informed that allowable property must be contained in the containers permitted by the applicable policy.  Inmate's signature above acknowledges accuracy.

# of Boxes: ____

WHITE – DC-15 AFTER PROCESSING COMPLETED
CANARY– INMATE COPY AFTER ALL PROCESSING COMPLETED
PINK – SENDING FACILITY COPY OR MAILROOM, IF APPLICABLE
GOLDENROD – INMATE COPY WHEN ITEMS ARE INVENTORIED

**DC-153M Rev 1/2012** — **DEPARTMENT OF CORRECTIONS**
**INMATE PERSONAL PROPERTY INVENTORY**

☑ Transfer ☐ Hold ☐ Initial Disposition ☐ Other    Facility: _SCI_

| DC Number | Name | Method of Disposition | A 300634 |
|---|---|---|---|
| SP4735 | Tucker | S – Ship   R – Return to Inmate   D – Destroy   H – Hold for Inmate | |

| CLOTHING & ACCESSORIES | | FOOD (Continued) | | GROOMING/HEALTH (Continued) | | MISCELLANEOUS (Continued) | | FEMALES ONLY |
|---|---|---|---|---|---|---|---|---|
| ITEM | NO. METH | ITEM | NO. METH | ITEM | NO. METH | ITEM | NO. METH | ITEM | NO. METH |

*State Issued*

| ITEM | NO. | | FOOD | | GROOMING/HEALTH | | MISCELLANEOUS | | FEMALES ONLY |
|---|---|---|---|---|---|---|---|---|---|
| Belt | | Coffee | | Eyeglasses | | Dictionary | | Bra | |
| Boxers | | Cookie | | Eyeglass Case | | DOC Handbook | | Bleach Cream | |
| Comm/Laundry Bag | | *Condiments:* | | Eyeglasses – Sun | | Ear Buds | | Body Wash | |
| ID Card | | BBQ Sauce | | Face Cream | | Envelopes | | Crochet Hooks | |
| Jacket (lightweight) | | Grape Jelly | | Foot Powder | | Extension Cord | | Crochet Items | |
| Pants | | Honey | | Hair Dressing | | File Folder | | Cross Stitch Thread | |
| Shirts | | Ketchup | | Hemorrhoid Cream | | Games | | Emory Board | |
| Socks | | Mustard | | Hydrocortisone | | Greeting Cards | | Eye Makeup | |
| Summer Hat (cap) | | Mayo | | Laxative | | Headphones | | Hair Picks/Pins | |
| T-Shirt | | Salsa | | Lotion | | Headphone Ext | | Hair Removal Cream | |
| Towels | | Crackers | | Medical Bracelet | | Headphone Split | | Lipstick | |
| Washcloths | | Drink Mix | | Mirror | | ID Holder | | Miconazole Cream | |
| Winter Coat | | Milk (powdered) | | Mouth Wash | | Keys | | Pajamas (top) | |
| Winter Hat (knit hat) | | Nuts | | Muscle Rub | | Laundry Detergent | | Panty Liners | |
| *Footwear* | | Oatmeal | | Nail Trimmers | | Legal Mail | | Rollers | |
| Boots/Shoes | | *Packaged Meats:* | | Pain Relief | | Letters/Mail | | Sanitary Napkins | |
| (1) | | Beef | | Petroleum Jelly | | Light Bulb | | Scarf | |
| Chicken | | Ponytail Holder | | Lock | | Scissors | |
| (2) | | Fish | | Q-Tips | | Magazines | | Shower Cap | |
| Sneakers | | Meat Stick | | Razors | | Mono Jack | | Side Combs | |
| (1) | | Pork | | Saline | | Notebook | | Tampons | |
| (2) | | Sausage | | Shampoo | | *Paper:* | | Tweezers | |
| (3) | | Mrs. Dash | | Shaving Cream | | Carbon | | Yarn | |
| Shoe (medical) | | Pasta Sauce | | Soap | | Notebook | | | |
| Shower Shoes | | Pastries | | Soap Dish | | Typing | | | |
| *Non-State Issued* | | Peanut Butter | | Toiletflate Cream | | Paperwork | | | |
| Athletic Shirt | | Pickles | | Toothbrush | | Photo Album | | | |
| Gloves | | Popcorn | | Toothbrush Case | | Photographs | | | |
| Handkerchief | | Pretzels | | Toothpaste | | Playing Cards | | | |
| Headband | | Rice | | Towel | | Prayer Rug | | | |
| Laundry Bag | | Sugar/Substitute | | Vitamins | | Rug | | | |
| Rain Poncho | | Soup | | Washcloth | | Ruler | | | |
| Religious Headgear | | Tea | | | | Scotch Tape | | | |
| Robe | | Tortillas | | | | Sewing Kit | | | |
| Shoe Brush | | | | *MISCELLANEOUS* | | Tablet (Legal) | | | |
| Shoe Polish | | | | ITEM | NO. METH | Tissues | | *OTHER APPROVED ITEMS* | |
| Socks | | | | | | Venda Card | | *(grandfathered items, etc.)* | |
| Sweat Pants | | | | Address Book | | Wash Tub | | | |
| Sweat Shirts | | *GROOMING/HEALTH* | | Art Supplies | | Waste Basket | | | |
| Sweat Shorts | | ITEM | NO. METH | Canvas Board | | Y-Adaptor | | | |
| T-Shirt | | Acne Cream | | Drawing Pad | | | | | |
| Thermal Bottom | | Allergy Tablets | | Erasers | | *TOBACCO* | | | |
| Thermal Top | | Antacid | | Highlighters | | ITEM | NO. METH | | |
| Underwear | | Antibiotic Cream | | Markers | | Cig Papers | | | |
| Wristbands | | Band Aids | | Paint | | Cig Roller | | | |
| | | Brush | | Paint Brush | | Cig Carton | | | |
| | | Chap Stick | | Paint Case | | Cig Package | | | |
| *FOOD* | | Chest Rub | | Pen | | Cigars | | | |
| ITEM | NO. METH | Cocoa Butter | | Pencil | | Lighter | | | |
| Bagel | | Comb | | Pencil – Colored | | Pipe | | | |
| Breakfast Food | | Conditioner | | Batteries | | Pipe Cleaners | | | |
| Candy Bag | | Contact Lenses | | Binder | | Pipe Filters | | | |
| Candy Bar | | Cough Drop/Syrup | | *Books* | | Tobacco Chew | | | |
| Cereal Bag | | Dental Floss | | Legal | | Tobacco Cig | | | |
| Cereal Bar | | Dentures | | Personal | | Tobacco Clg | | | |
| Cheese | | Denture Brush | | Religious | | Tobacco Pipe | | | |
| Cheese Puffs | | Denture Cleaner | | Book-Light | | Tobacco Pouch | | | |
| Chili Beans | | Denture Cream | | Bowl w/Lid | | Tobacco Snuff | | | |
| Chips | | Deodorant | | Cup | | | | | |

| ITEM | DESCRIPTION OR SERIAL NO. | METH | OPERATIONAL | COMMENTS |
|---|---|---|---|---|
| | | | YES | NO | |
| AC Adapter | | | | | |
| Calculator | | | | | |
| Converter-Box | | | | | |
| Drum Set | | | | | |
| Earrings | | | | | |
| Fan | | | | | |
| Foot Locker | | | | | |
| Gig Bag | | | | | |
| Guitar | | | | | |
| Guitar Strings | | | | | |
| Instrument Case | | | | | |
| Keyboard | | | | | |
| MP3 Player | | | | | |
| Necklace (female only) | | | | | |
| Necklace – Religious | | | | | |
| Radio | | | | | |
| Radio-Cassette/Walkman | | | | | |
| Ring | | | | | |
| Surge Protector – 5 Outlet | | | | | |
| TV | | | | | |
| TV-Antenna | | | | | |
| TV-Remote | | | | | |
| Typewriter | | | | | |
| Typewriter Ribbon | | | | | |
| Watch | | | | | |

Mail To: _____    Articles marked "S" mailed (Signature and title) _____ Date Mailed _____

| The property described above was inventoried and processed as indicated | The property above was received and processed |
|---|---|
| Signature of Property Officer (print last name) / Signature of Inmate | Signature of Property Officer (print last name) / Signature of Inmate |
| _SCI2_   Facility | _3-30-21_ Date | Facility | Date |

All property is/was present and accounted for. No property was missing and/or unclaimed. Property exceeding the allowable property limit has been addressed per the applicable policy. Excess property in the form of legal property (active cases only) is in accordance with Department policy 6.3.1 Section 20. The inmate has been informed that allowable property must be contained in the containers permitted by the applicable policy. Inmate's signature above acknowledges accuracy.

# of Boxes: _____

WHITE – DC-15 AFTER PROCESSING COMPLETED.    PINK – SENDING FACILITY COPY OR MAILROOM, IF APPLICABLE
CANARY– INMATE COPY AFTER ALL PROCESSING COMPLETED    GOLDENROD – INMATE COPY WHEN ITEMS ARE INVENTORIED

DC-153M Rev 1/2012
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

**INMATE PERSONAL PROPERTY INVENTORY**

☐ Transfer ☐ Hold ☐ Initial Disposition ☐ Other
Method of Disposition
S – Ship   R – Return to Inmate   D – Destroy   H – Hold for Inmate

Facility: ___

DC Number: GH6783   Name: Tucker

A 066967

| CLOTHING & ACCESSORIES | NO. | METH | FOOD (Continued) | NO. | METH | GROOMING/HEALTH (Continued) | NO. | METH | MISCELLANEOUS (Continued) | NO. | METH | FEMALES ONLY | NO. | METH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **State Issued** | | | Coffee | | | Eyeglasses | 1 3 Cldrm | 2 | R | Dictionary | 1 | R | Bra | | |
| Belt | | | Cookie | | | Eyeglass Case | | | DOC Handbook | | | Bleach Cream | | |
| Boxers | | | **Condiments:** | | | Eyeglasses – Sun | | | Ear Buds | | | Body Wash | | |
| Comm/Laundry Bag | | | BBQ Sauce | | | Face Cream | | | Envelopes | | | Crochet Hooks | | |
| ID Card | | | Grape Jelly | | | Face Powder | | | Extension Cord | | R | Crochet Items | | |
| Jacket (lightweight) | | | Honey | | | Hair Dressing | 3 | R | File Folder | | | Cross Stitch Thread | | |
| Pants | | | Ketchup | | | Hemorrhoid Cream | | | Games | | | Emory Board | | |
| Shirts | | | Mustard | | | Hydrocortisone | | | Greeting Cards | | | Eye Makeup | | |
| Socks | 1M R | | Mayo | | | Laxative | | | Headphones | | | Hair Picks/Pins | | |
| Summer Hat (cap) | | | Salsa | | | Lotion | | | Headphone Ext | | | Hair Removal Cream | | |
| T-Shirt | | | Crackers | | | Medical Bracelet | | | Headphone Split | | | Lipstick | | |
| Towels | | | Drink Mix | | | Mirror | | | ID Holder | | | Miconazole Cream | | |
| Washcloths | | | Milk (powdered) | | | Mouth Wash | | R | Keys | | | Pajamas (top) | | |
| Winter Coat | | | Nuts | | | Muscle Rub | | | Laundry Detergent | | | Panty Liners | | |
| Winter Hat (knit hat) | | | Oatmeal | | | Nail Trimmers | | | Legal Mail | All | R | Rollers | | |
| **Footwear:** | | | **Packaged Meats:** | | | Petroleum Jelly | 1 | R | Letters/Mail | All | R | Sanitary Napkins | | |
| Boots/Shoes | | | Beef | | | Ponytail Holder | | | Light Bulb | | | Scarf | | |
| (1) | | | Chicken | | | Q-Tips | 3 | R | Lock | 1 | H | Scissors | | |
| (2) | | | Fish | 3 | R | Razors | | | Magazines | | | Shower Cap | | |
| Sneakers | | | Meat Stick | | | Saline | | | Mono Jack | | | Side Combs | | |
| (1) New Balance | 1M H | | Pork | | | Shampoo | 2 | R | Notebook | | | Tampons | | |
| (2) New Balance | 1M H | | Sausage | | | Shaving Cream | | | **Paper:** | | | Tweezers | | |
| (3) Nike Black | 1M H | | Mrs. Dash | | | Soap | 3 | R | Carbon | | | Yarn | | |
| Shoe (medical) | | | Pasta Sauce | | | Soap Dish | | | Notebook | | | | | |
| Shower Shoes | | | Pastries | | | Toothache Cream | | | Typing | | | | | |
| **Non-State Issued** | | | Peanut Butter | | | Tolnaftate Cream | | | Paperwork | | | | | |
| Athletic Shirt | | | Pickles | | | Toothbrush | | | Photo Album | 2 | R | | | |
| Gloves | 1M R | | Popcorn | | | Toothbrush Case | | | Photographs | All | R | | | |
| Handkerchief | | | Pretzels | | | Toothpaste Sensodyne | 7 | R | Playing Cards | | | | | |
| Headband | | | Rice | | | Towel | | | Prayer Rug | | | | | |
| Laundry Bag | 2 | R | Sugar/Substitute | | | Vitamins | | | Rug | | | | | |
| Rain Poncho | | | Soup | | | Washcloth | | | Ruler | | | | | |
| Robe | | | Tea | | | | | | Scotch Tape | | | | | |
| Religious Headgear | 1 | R | Tortillas | | | | | | Sewing Kit | | | | | |
| Shoe Brush | | | Beef Stew | 2 | R | **MISCELLANEOUS** | | | Tablet (Legal) | | | **OTHER APPROVED ITEMS** (grandfathered items, etc.) | | |
| Shoe Polish | | | | | | ITEM | NO. | METH | Tissues | | | Knee brace | 1 | H |
| Socks | 2 | R | | | | Address Book | | | Venda Card | | | | | |
| Sweat Pants | 1 | R | | | | | | | Wash Tub | | | | | |
| Sweat Shirts | | | **GROOMING/HEALTH** | | | Canvas Board | | | Waste Basket | | | | | |
| Sweat Shorts | | | ITEM | NO. | METH | Drawing Pad | | | Y-Adaptor | | | | | |
| T-Shirt | | | Acne Cream | | | Erasers | | | | | | | | |
| Thermal Bottom | 2 | R | Allergy Tablets | | | Highlighters | | | **TOBACCO** | | | | | |
| Thermal Top | 3 | R | Antacid | | | Markers | | | ITEM | NO. | METH | | | |
| Underwear | | | Antibiotic Cream | | | Paint | | | Cig Papers | | | | | |
| Wristbands | | | Band Aids | | | Paint Brush | | | Cig Roller | | | | | |
| | | | Brush | | | Paint Case | | | Cig Carton | | | | | |
| **FOOD** | | | Chap Stick | | | Pen | 1 | R | Cig Package | | | | | |
| | | | Chest Rub | | | Pencil | | | Cigars | | | | | |
| ITEM | NO. | METH | Cocoa Butter | | | Pencil – Colored | | | Lighter | | | | | |
| Bagel | | | Comb | | | Batteries | | | Pipe | | | | | |
| Breakfast Food | | | Conditioner | | | Binder | | | Pipe Cleaners | | | | | |
| Candy Bag | | | Contact Lenses | | | **Books:** | | | Pipe Filters | | | | | |
| Candy Bar | | | Cough Drop/Syrup | 1 | | Legal | | | Tobacco Chew | | | | | |
| Cereal Bag | | | Dental Floss | | | Personal | 9 | R | Tobacco Cig | | | | | |
| Cereal Bar | | | Dentures | | | Religious | | | Tobacco Pipe | | | | | |
| Cheese | | | Denture Brush | | | **Book Light** Lamp | 1 | H | Tobacco Pouch | | | | | |
| Cheese Puffs | | | Denture Cleaner | | | Bowl w/Lid | | | Tobacco Snuff | | | | | |
| Chili Beans | | | Denture Cream | | | Cup | 1 | R | | | | | | |
| Chips | | | Deodorant | 1 | R | | | | | | | | | |

| ITEM | DESCRIPTION OR SERIAL NO. | NO. | METH | OPERATIONAL YES | OPERATIONAL NO | COMMENTS |
|---|---|---|---|---|---|---|
| AC Adapter | | | | | | |
| Calculator | | | | | | |
| Converter Box | | | | | | |
| Drum Set | | | | | | |
| Earrings | | | | | | |
| Fan | | | | | | |
| Foot Locker | Black in color / Bottom damaged | 1 | H | | | |
| Gig Bag | | | | | | |
| Guitar | | | | | | |
| Guitar Strings | | | | | | |
| Instrument Case | | | | | | |
| Keyboard | | | | | | |
| MP3 Player Tablet | GTL WEA8425276 w/charger | 1 | R | X | | |
| Necklace (female only) | | | | | | |
| Necklace – Religious | | | | | | |
| Radio | | | | | | |
| Radio-Cassette/Walkman | | | | | | |
| Ring | | | | | | |
| Surge Protector – 5 Outlet | | | | | | |
| TV | Eden HS1850182018053703 | 1 | R | X | | |
| TV-Antenna | | | | | | |
| TV-Remote | Eden | | | | | |
| Typewriter | | | | | | |
| Typewriter Ribbon | | | | | | |
| Watch | | | | | | |

Mail To: ___   Articles marked "S" mailed (Signature and title) ___   Date Mailed ___

The property described above was inventoried and processed as indicated
Signature of Property Officer (print last name) ___ SCIP Facility ___
X (Signature of Inmate)   Date 4/2/21

The property above was received and processed
Signature of Property Officer (print last name) ___ SCIP Facility ___
X (Signature of Inmate)   Date 4/2/21

All property is/was present and accounted for. No property was missing and/or damaged. Property exceeding the allowable property limit has been addressed per the applicable policy. Excess property in the form of legal property (active cases only) is in accordance with Department policy 6.3.1 Section 20. The inmate has been informed that allowable property must be contained in the containers permitted by the applicable policy. Inmate's signature above acknowledges accuracy.

# of Boxes: ___

WHITE – DC-15 AFTER PROCESSING COMPLETED
CANARY– INMATE COPY AFTER ALL PROCESSING COMPLETED
PINK – SENDING FACILITY COPY OR MAILROOM, IF APPLICABLE
GOLDENROD – INMATE COPY WHEN ITEMS ARE INVENTORIED

# ATTACHMENT D



# Final Appeal Decision Dismissal

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

08/24/2021 04:19

| Inmate Name: | TUCKER, HASSAN | DOC #: | GP6788 |
|---|---|---|---|
| SCI Filed: | Phoenix | Current SCI: | Phoenix |
| Grievance #: | 927915 | | |

This serves to acknowledge receipt of your appeal to final review for the grievance identified above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

**Decision:** Dismiss

Your grievance is being dismissed at the final appeal level for the reason(s) outlined below.

**Rationale:**

- You have not provided this Office with required and/or legible documentation for proper review.

**Response:**

You have not provided the required documentation for a proper appeal to final review. Specifically, you have not provided a legible copy of your initial grievance, the initial review response, and your appeal to the facility manager. Therefore, your appeal to this office is dismissed.

| Signature: | *Keri Moore for* |
|---|---|
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 08/24/21 |

cc:   DC-15/Superintendent - Phoenix
Grievance Office

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE

GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR GORLANDO | FACILITY: Phoenix | DATE: 5-17-21 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) Hassan Tucker GP6788 | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: No | HOUSING ASSIGNMENT: LC 1009 | |

*Secretary's Office Inmate Grievances & Appeals*
*JUL 23 2021*

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

My unit management team on L block is violating my due process rights. My unit manager doesn't respond to DC 135 A request forms, my counselor CC 2 Smith does not appear weekly in accordance with DC adm 802. My annual RRI review is not being honored. My time for review in 2021 has overlapped the RRI review from 2020 and no results have been propound despite my exemplary behavior. My unit manager (Drenevich) continues to deny me law library time and no one is pursuing the overdue decision for my annual RRI review which stifles Due process. I was due to see PRC on 5-5-21 and I am being denied program review as well.

B. List actions taken and staff you have contacted, before submitting this grievance.

I've written the Drenevich, unit and supervisor, Gorden CC 2 Smith DC 135 A - requesting that the process stop. No response or help.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                    _____
Signature of Facility Grievance Coordinator                    Date

WHITE Facility Grievance Coordinator Copy        CANARY File Copy        PINK Action Return Copy
GOLDEN ROD Inmate Copy



# Facility Manager's Appeal Response

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

06/30/2021 12:51

| Inmate Name: | TUCKER, HASSAN | DOC #: | GP6788 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | L / C |
| Grievance #: | 927915 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

### Decision:Uphold Response

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

I am in receipt of your grievance in which you claim the Unit Management Team is violating your due process rights. You claim the UM does not respond to DC-135A request forms and your Counselor Smith, does not appear weekly, UM Grenevich continues to deny you law library and you were to see PRC on 5/5/2021.

In my investigation, I find that the response by Major Clark is appropriate. Documentation indicates that Counselor Smith met with you on 3/31/2021, 4/8/2021, 4/20/2021, 4/22/2021, 4/29/2021 and 5/20/2021. The Unit Manager Grenevich has confirmed that both he and Counselor Smith have answered all requests received by you.

If you would like to utilize law library, you must put in a request to your Unit Team.

Additional information will not be addressed as it was not included in the initial grievance.

I must therefore, uphold the decision of the grievance officer and deny your appeal and requested relief.

| Signature: | |
|---|---|
| Name | K. Sorber |
| Title: | Facility Manager |
| Date: | |

CC:  DC-15
     File

## INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| GP6788 | Hassan Tucker | Phoenix | 7-16-21 | 927915 |

I received my appeal from the Superintendent on ___7-14-21___ and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

In the initial response to grievance number 927915 Major Clark acknowledged a purported RRL staffing to review my RRL status on 5/20/21. My staffing was to be conducted in early April of 2021, not 6 weeks later. I have a right to Due process, to diligently pursue removal from RRL. If my counselors and unit management are remiss, the necessary info will not be timely conveyed through the process for RRL removal, or adequately conveyed as it pertains to progress. I seek a review de novo and to have all parts of DC adm pertinent to RRL Removal honored and resubmitted. The remissness has already cost me an entire year in additional solitary confinement. I seek relief from this disproportionate proscription which resulted from these errors.

INMATE SIGNATURE: _Hassan Tucker_

# ATTACHMENT E



# Final Appeal Decision Dismissal

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

10/12/2021 10:02

| Inmate Name: | TUCKER, HASSAN | DOC #: | GP6788 |
|---|---|---|---|
| SCI Filed: | Phoenix | Current SCI: | Phoenix |
| Grievance #: | 936438 | | |

This serves to acknowledge receipt of your appeal to final review for the grievance identified above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, this Office has reviewed all documents provided as part of the grievance record. Upon consideration of the entire record, it is the decision of this office to dismiss your appeal to final review due to a failure to comply with the provisions of the DC-ADM 804, as specified below.

**Decision:** Dismiss

Your grievance is being dismissed at the final appeal level for the reason(s) outlined below.

**Rationale:**

- You have not provided this Office with required and/or legible documentation for proper review.

**Response:**

You have not provided the required documentation for a proper appeal to final review. Specifically, you have not provided a legible copy of your initial grievance or the second page of your appeal to the Facility Manager. Therefore, your appeal to this office is dismissed.

| Signature: | *Keri Moore for* |
|---|---|
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 10/12/21 |

cc:   DC-15/Superintendent - Phoenix
       Grievance Office

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
_____
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |

*Secretary's Office*
*Inmate Grievances & Appeals*

AUG 31 2021

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

B. List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator          Date

WHITE Facility Grievance Coordinator Copy          CANARY File Copy          PINK Action Return Copy
GOLDEN ROD Inmate Copy

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*          **Attachment 1-A**
Issued: 1/26/2016
Effective: 2/16/2016



# Initial Review Response

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

07/23/2021 02:54

| Inmate Name: | TUCKER, HASSAN | DOC #: | GP6788 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | L/C 109 |
| Grievance #: | 936438 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer.  The response is as follows:

**Decision:Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance.  This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

The decision made by the Secretary was in accordance with the DC-ADM 802, Section 4. In addition, the Restricted Release placement process has no provisions for appeals.

This Grievance is denied.

Your request for monetary relief is also denied.

**Signature:**

| Name: | B. Panasiewicz |
|---|---|
| Title: | |
| Approver: | G. Orlando |
| Date: | 7/23/2021 |

CC:  Facility Grievance Coordinator
     DC-15

DC-804

Pg 1 of 2

## Grievance Appeal to Facility Manager

Inmate # Gp6788   HASSAN TUCKER   Hassan Tucker
Grievance #936438   Facility: Sci Phoenix   Date: 7-27-21

I received the initial response denying grievance# 936438 from Deputy Super B. Panasiewicz on 7-27-21. and I have the following appeal issues.

Secretary Wetzel's decision was not substantiated by any logical reason for continuing my RRL status. DC-Adm 802 section 4-A.2, B.1-5 merely address the Secretary's sole [discretion] to end RRL status, PRC puissance to recommend to Facility Manager to seek release from RRL, and the process for making recommendation for RRL Removal. Secretary Wetzel didn't conduct a review based upon recent info because the info was delayed by a transfer (mass transfer) during my annual review time. Wetzel delayed my RRL review for over 17 months and sci Phoenix (L block unit manager team) delayed my 2021 RRL review for over six weeks (5-20-21). Secretary Wetzel continues to extend my status on RRL which is based off of Cpt Robert Vance's prevarication on a misconduct report purporting Stg



# Facility Manager's Appeal Response

SCI Phoenix
1200 Mokychic Drive
Collegeville, PA, 19426

08/17/2021 08:30

| Inmate Name: | TUCKER, HASSAN | DOC #: | GP6788 |
|---|---|---|---|
| Facility: | Phoenix | Unit Location: | L / C |
| Grievance #: | 936438 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

### Decision:Uphold Response

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

I am in receipt of your grievance appeal in which you claim that your equal protection rights and due process rights are being violated by PA DOC Secretary J. Wetzel, resulting in cruel and unusual punishment in the form of indefinite solitary confinement. You claim your misconduct history is not extensive/consistent with criteria for indefinite solitary (aka RRL). You claim that there are less severe punishment programs offered to other prisoners. You also claim that you have not been able to appeal the RRL placement. You are seeking $50,000 and immediate removal from RRL.

In my investigation, I find that the response by Deputy Panasiewicz is appropriate. Documentation indicates on 5/6/2020, 90-Day PRC Review: Continue DC status/RRL Placement/Quarantine. On 5/20/2021, RRL & H code staffing was completed and information was forwarded for institutional review, and then forwarded for the Secretary's final approval. On 7/14/2021, staffing packet returned and inmate was approved for RRL continuation by the Secretary of Corrections. You were informed of this by Deputy Panasiewicz and Counselor Smith.

Additional information will not be addressed as it was not included in the initial grievance.

I must therefore, uphold the decision of the grievance officer and deny your appeal and all requested relief.

| | |
|---|---|
| Signature: | |
| Name | K. Sorber |
| Title: | Facility Manager |
| Date: | |

CC: DC-15
    File

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

**Section 2 - Appeals, Attachment 2-B**                    Issued: 1/26/2016  Effective: 2/16/2016

GP6788    Grievance #:936438

TUCKER, HASSAN                                                          Page1 of 1

## INMATE APPEAL TO FINAL REVIEW
### GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| GP6788 | Hassan Tucker | SCI Phoenix | 8-19-21 | 936438 |

I received my appeal from the Superintendent on ____8-19-21____ and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.
Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

FM Sorber did not conduct a thorough or adequate Review of this grievance. Secretary Wetzel neglected my RRI Review for 2020 and violated my due process rights by depriving me of adequate RRI Review for 2021 by transferring me extemporaneously to Sci Phoenix (as part of a mass transfer of PA RRI) while failing to hold the at the threshold of my annual RRI review and failing to hold Sci Phoenix accountable for my RRI status Review. DC 135 A, dated 12-10-20 evinces that no results were issued for my 2020 RRI review, beyond 8 months after it was initiated, which lucidly contradicts FM sorber's attempt to rely on a May 6, 2020 PRC Hearing rationale that occurred in a separate Sci (Rockview) and proposed nothing about Secretary Wetzel's purported results for my 2020 Review. Furthermore, my RRI Review is established to be initiated in April, annually. However, my counselor Unit manager, captain, and Facility Manager are all on record acknowledging said Review was conducted over 6 weeks later[r] on May 20, 2021. My Counselor at Sci Phoenix (Smith cc2) informed me on DC135A, dated 7-21-21 that Sec. Wetzel continued RRI on 6-16-21 while Sorber purports Staffing was received to continue my RRI status on 7-14-21. The Facility Manager's Response Appeal in this matter is mendacious. Sci Phoenix's delay in initiating my RRI Review prevented John Wetzel from answering my 2021 Review and instead of gathering all relevant info and making a reasonable decision, Sec Wetzel desultorily and extemporaneously continued RRI status for Hassan Tucker # GP6788 despite over a year misconduct-free prior to 2021 review

INMATE SIGNATURE: Mr. Hassan Tucker

# Inmate Grievance Appeal
## For _Final_ Review

# Gp6788

While Wetzel continues to extend my RRL status arbitrarily, I am trapped in an ongoing cycle of unrelenting mental, emotional, psychological, physically damaging conditions, in which I am deprived of any way to appeal the decision because no provisions to appeal RRL exist. Absent due process, Secretary Wetzel will remain able to leave my inside of this container for as many years as he decides, while unchallenged. The secretary of PA DOC John E Wetzel has never responded to any of my writings where I've attempted to inform him of my circumstances or request relief. I am not included in the annual RRL review. I have no due process in this situation. I am forced to wait for years at a time for reviews in which my behavior is truly irrelevant. I seek immediate release from solitary confinement, and $50,000 for irreparable damage

Hanson Tucker

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|

| 1. To: (Name and Title of Officer)<br>CC2 Smith | 2. Date: 7-21-21 |
|---|---|
| 3. By: (Print Inmate Name and Number) GP6285<br>Hassan Tucker<br>_____<br>Inmate Signature | 4. Counselor's Name:<br>Smith |
| | 5. Unit Manager's Name:<br>Grenevich |
| 6. Work Assignment: None | 7. Housing Assignment: Le1009 |

8. Subject: State your request completely but briefly. Give details.

What date did Secretary Wetzel extend/continue my RRL status?

9. Response: (This Section for Staff Response Only)

6-16-21

Approved for RRL Continuation

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

STAFF MEMBER NAME _____CC2_____      JA _____      DATE 7-22-21
                        Print                    Signature

*7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips*          *Attachment 3-A*