# EXHIBIT Q

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASSAN A. TUCKER, | : | |
| Plaintiff | : | No. 1:22-CV-0631 |
| | : | |
| v. | : | Judge Conner |
| | : | |
| JOHN E WETZEL, GEORGE LITTLE, CORRECTIONAL *and* OFFICER KIMBERLEY, | : | Electronically Filed Document |
| | : | *Complaint Filed 04/29/22* |
| | : | |
| Defendants | : | |

## **DECLARATION OF ZACHARY MOSLAK**

1. I, Zachary Molsak, am an employee of the Commonwealth of Pennsylvania, Department of Corrections ("DOC") at Central Office.

2. I am the Chief Hearing Examiner.

3. As Chief Hearing Examiner, it is within my position to have access to inmate records regarding Administrative Custody Appeals.

4. I have reviewed the relevant records concerning Inmate Tucker's administrative custody appeals pursuant to DC-ADM 802.

5. No administrative custody appeals have been received from Inmate Tucker by the Chief Hearing Examiner's Office.

I, Zachary Moslak, hereby verify under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing Declaration is true and correct to the best of my knowledge, information and belief.

02/16/2024
Date

*Zachary Moslak*

**Zachary Moslak**
Chief Hearing Examiner
Department of Corrections