

COMMONWEALTH OF PENNSYLVANIA
### OFFICE OF ATTORNEY GENERAL

MICHELLE A. HENRY
ATTORNEY GENERAL

August 5, 2024

**Civil Litigation Section**
**Strawberry Square, 15th Floor**
**Harrisburg, PA 17120**
**717-775-5161**
**tjefferies@attorneygeneral.gov**

**HONORABLE CHRISTOPHER C. CONNER**
<u>**VIA ECF**</u>

Re:   *Tucker v. Wetzel, et al.* **[22-631]**
         *Defendants' Position on Mediation*

Judge Conner:

    Pursuant to the July 15, 2024, Order, Defendants submit this letter to indicate they wish to have to this case referred to mediation with this district's Prisoner Litigation Settlement Program.

    Counsel is available to discuss scheduling if needed.

Sincerely,

*/s/ Tyler Jefferies, Esq.*

TYLER JEFFERIES
Deputy Attorney General