In The United States District Court
For The Middle District Of Pennsylvania

—

Hassan A. Tucker, plaintiff

v.

John E. Wetzel; et. al., defendants.

—

Case Number: 1:22-CV-0631
(Honorable Judge Christopher C. Conner)

—

Jury Trial Demanded
**Supplemental Jurisdiction Evoked**

—

**Joint Status Report Indicating Agreement To Have The Above Captioned Case Referred To This District's Prisoner Litigation Settlement Program**

In accordance with the July 15, 2024 Order of the Honorable Judge Christopher C. Conner, GRANTING in part and DENYING in all other respects the defendants' Motion For Summary Judgment, plaintiff Hassan A. Tucker, on this 29th day of July, 2024, venerably files with this Court this Joint Status Report indicating wishes to have the above captioned case referred to this District's Prisoner Litigation Settlement Program.

Venerably Propound,

Hassan A. Tucker

Date: July 29, 2024

*[Signature]* Hassan A. Tucker
#JP6788 @ Sci Mahanoy
301 Greyline Dr.
Frackville, PA. 17931

FILED
HARRISBURG, PA
AUG 05 2024
PER _____
DEPUTY CLERK

Mr. Hassand Tucker
#JP6788 @ Aci Mahanoy
301 Greyline Dr.
Frackville, Pa. 17931

RECEIVED
HARRISBURG, PA
AUG 05 2024
PER _____
DEPUTY CLERK

INMATE MAIL
PA DEPT OF
CORRECTIONS

quadient
FIRST-CLASS MAIL
IMI
$000.69
07/31/2024 ZIP 17932
043M31230995
US POSTAGE

Office Of The Clerk
United States District Court
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, Pennsylvania 17102

17102$1104 C028