IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASSAN A. TUCKER, | : | CIVIL ACTION NO. 1:22-CV-631 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| JOHN E. WETZEL, *et al.*, | : | |
| Defendants | : | |

# **ORDER**

AND NOW, this 12th day of August, 2024, upon consideration of the court's July 15, 2024, memorandum and order granting defendants summary judgment as to all remaining claims except plaintiff's Eighth Amendment claim against defendants Wetzel and Little and directing the parties to file a joint status report indicating whether they wish to have this case referred to mediation in this district's Prisoner Litigation Settlement Program, (Docs. 49-50), and further upon consideration of the parties' letters stating that they wish to have the case referred to mediation, (Docs. 51-52), it is hereby ORDERED that:

1. This case **REFERRED** to the court's Prisoner Litigation Settlement Program.

2. Joseph Barrett, Esq., the ADR Coordinator for the Middle District of Pennsylvania, is **APPOINTED** to serve as mediator.

3. All settlement discussions are confidential and may not be utilized by any party if settlement is not reached.

4. In order to reduce cost, time, expense, and inconvenience, and to suitably address institutional security concerns, mediation may be completed via videoconference at the discretion of the parties and the appointed mediator. If the parties and the mediator wish to complete the mediation via videoconference, counsel for defendants and the

      mediator shall coordinate with the Pennsylvania Department of Corrections to schedule video-conference mediation sessions with plaintiff at mutually convenient times, and in a manner that comports with the needs and concerns of prison officials.

5.     The parties shall complete mediation within sixty (60) days of the date of this order.

6.     The parties and the mediator shall promptly notify the court in writing if this case is resolved through mediation.

                                                  /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner
                                                United States District Judge
                                                Middle District of Pennsylvania