# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASSAN A. TUCKER | : | CIVIL ACTION NO. 1:22-CV-631 |
| | : | |
| -V- | : | ELECTRONICALLY FILED |
| | : | |
| JOHN E. WETZEL, *et al.,* | : | |

## NOTICE OF APPEARANCE

Counsel, Nia Holston, Esq., hereby enters her appearance on behalf of Mr. Tucker in the above-captioned case.

          Respectfully submitted,

          */S/ Nia Holston*
          Nia Holston
          Abolitionist Law Center
          PA I.D. No. 327384
          990 Spring Garden Street
          Philadelphia, PA 19123
          (267) 357-0948
          Nia@alcenter.org

          Dated:  September 3, 2024