## <u>CERTIFICATE OF SERVICE</u>

I, Nia O. Holston, hereby certify that a copy of the Unopposed Motion for Extension of Time to Complete Mediation (ECF No. 55) was served on October 9, 2024 on all parties via ECF.


Dated: October 10, 2024                                        /s/ Nia O. Holston
                                                                          _____

                                                                          Nia O. Holston