IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HASSAN A. TUCKER,                        :
                        Plaintiff  :        No.  1:22-CV-0631
                                         :
          v.                             :        Judge Mannion
                                         :
JOHN E WETZEL *and* GEORGE          :        Electronically Filed Document
LITTLE,                                  :
                                         :        *Complaint Filed 04/29/22*
                                         :
                        Defendants  :

**MOTION FOR LEAVE TO FILE SECOND SUMMARY JUDGMENT**

AND NOW come Defendants, through counsel, and submit the following in support of their herein requested relief:

1. This is a § 1983 action.

2. On July 15, 2024, this Honorable Court granted and denied in part Defendants' motion for summary judgment. Doc. 50.

3. The only remaining claim is an Eighth Amendment claim against Defendants Wetzel and Little. Id.

4. On September 3, 2024, Plaintiff's counsel entered her appearance. Doc. 54.

5. On January 17, 2025, Plaintiff moved to reopen discovery. Doc. 60.

6. Over Defendants' objections, this Honorable Court granted Plaintiff's request and re-opened discovery. Doc. 64.

7. Discovery is now completed in this matter following depositions, discovery requests, and subpoenas.

8. During this re-opened discovery period, new facts have been revealed regarding Plaintiff's remaining claims.

9. As such, Defendants seek leave to file a second summary judgment.

10. Attached to this motion is Defendants' Motion for Summary Judgment, Statement of Material Facts, and Brief in Support of the Motion for Summary Judgment.

11. Plaintiff will not be prejudiced by this request as no further hearings have been scheduled nor has a trial schedule been implemented.

WHEREFORE, Defendants respectfully request this Court allow Defendants to file a second motion for summary judgment.

Respectfully submitted,

**DAVID W. SUNDAY, JR.**
Attorney General

By:  *s/ Tyler Jefferies*

**TYLER JEFFERIES**
Deputy Attorney General
Attorney ID PA 330225

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 941-0376

tjefferies@attorneygeneral.gov

Date:  November 18, 2025

**NICOLE R. DITOMO**
Chief Deputy Attorney General
Civil Litigation Section

*Counsel for Defendants*

3

## <u>CERTIFICATE OF CONCURRENCE</u>

I, Tyler Jefferies, Deputy Attorney General, hereby certify that I have sought concurrence from Plaintiff's counsel, Nia Holston and Brete Grote, and they did not respond to the concurrence request.

 *s/ Tyler Jefferies*
**TYLER JEFFERIES**
Deputy Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASSAN A. TUCKER, | : | |
| Plaintiff | : | No.  1:22-CV-0631 |
| | : | |
| v. | : | Judge Mannion |
| | : | |
| JOHN E WETZEL, GEORGE | : | Electronically Filed Document |
| LITTLE, CORRECTIONAL *and* | : | |
| OFFICER KIMBERLEY, | : | *Complaint Filed 04/29/22* |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Tyler Jefferies, Deputy Attorney General for the Commonwealth of

Pennsylvania, Office of Attorney General, hereby certify that on November 18,

2025, I caused to be served a true and correct copy of the foregoing document

titled Motion for Leave to File Second Summary Judgment to the following:


**VIA ECF**


Nia Holston, Esq.
Abolitionist Law Center
990 Spring Garden Street
Philadelphia, PA 19123
Nia@alcenter.org
*Counsel for Plaintiff*


*s/ Tyler Jefferies*
**TYLER JEFFERIES**
Deputy Attorney General