**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HASSAN A. TUCKER,** | : | |
| **Plaintiff** | : | **CIV. ACTION NO. 1:22-CV-631** |
| **v.** | : | **(JUDGE MANNION)** |
| **JOHN E. WETZEL,** *et al.*, | : | |
| **Defendants** | : | |

## O R D E R

Presently before the court is a concurred-in letter from counsel seeking a continuance of the evidentiary hearing scheduled on February 12, 2026. (Doc. 77). **IT IS ORDERED THAT** the continuance is **GRANTED** and the evidentiary hearing on the issue of exhaustion of administrative remedies is rescheduled to occur on **Thursday, April 9, 2026 at 9:30 a.m.** in Courtroom #3 of the William J. Nealon Federal Building and U.S. Courthouse, 235 North Washington Avenue, Scranton, PA. On or before **April 2, 2026**, the parties may submit any additional materials that are not presently before the court that are relevant to the issue of administrative exhaustion.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**DATED: January 20, 2026**

22-631-06