IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASSAN A. TUCKER, | : | |
| Plaintiff | : | No. 1:22-CV-0631 |
| | : | |
| v. | : | Judge Mannion |
| | : | |
| JOHN E WETZEL, GEORGE | : | Electronically Filed Document |
| LITTLE, CORRECTIONAL *and* | : | |
| OFFICER KIMBERLEY, | : | *Complaint Filed 04/29/22* |
| | : | |
| Defendants | : | |

## **SUBSTITUTION OF APPEARANCE**

Please withdraw the appearance of Tyler Jefferies and enter the appearance

of Nicole R. DiTomo on behalf of Defendants John E. Wetzel, George Little and

Correctional Officer Kimberley in the above-captioned matter.

Respectfully submitted,

**DAVID W. SUNDAY, JR.**
Attorney General

By:    *s/ Nicole R. DiTomo*
NICOLE R. DITOMO

Office of Attorney General              Chief Deputy Attorney General
15th Floor, Strawberry Square        Civil Litigation Section
Harrisburg, PA 17120                     Attorney ID: 315325
Phone: (717) 787-2717

nditomo@attorneygeneral.gov        *Counsel for Defendants*

Date:  March 26, 2026

## CERTIFICATE OF SERVICE

I, Nicole R. DiTomo, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on March 26, 2026, I caused to be served a true and correct copy of the foregoing document titled *Substitution of Appearance* to the following:

**VIA ECF**

Nia Holston, Esq.
Bret D. Grote, Esq.
Lolo Salsbury Serrano, Esq.
Abolitionist Law Center
990 Spring Garden Street
Philadelphia, PA 19123
Nia@alcenter.org
bretgrote@abolitionistlawcenter.org
lolo@alcenter.org
*Counsel for Plaintiff*

           *s/ Nicole R. DiTomo*
           NICOLE R. DITOMO
           Chief Deputy Attorney General