

COMMONWEALTH OF PENNSYLVANIA
## OFFICE OF ATTORNEY GENERAL

DAVID W. SUNDAY
ATTORNEY GENERAL

April 3, 2026

**Civil Litigation Section**
**417 Lackawanna Ave**
**Scranton, PA 18503**
**717-418-6843**
**swhipple@attorneygeneral.gov**

**Honorable Judge Mannion**
**William J. Nealon Federal Building & U.S. Courthouse**
**235 N. Washington Ave**
**Scranton, PA 18503**

**Re:**       ***Tucker v. Wetzel, et al.* [22-631]**
          *Exhaustion Hearing Materials*

Dear Judge Mannion

       In accordance with this Court's January 20, 2026 scheduling order (Doc. 78), Defendants are providing as attachments their exhibit and witness list. Due to the volume of exhibits, the exhibits were not filed as attachments. Instead, a binder will be provided to the Court and opposing counsel on the day of the hearing.

Sincerely,

*/s/ Samantha C. Whipple*

SAMANTHA C. WHIPPLE
Deputy Attorney General

## CERTIFICATE OF SERVICE

I, Samantha C. Whipple, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on April 3, 2026, I caused to be served a true and correct copy of the foregoing document titled *Defendants' Letter to Court* to the following:

**VIA ECF**

Nia Holston, Esq.
Bret D. Grote, Esq.
Lolo Salsbury Serrano, Esq.
Abolitionist Law Center
990 Spring Garden Street
Philadelphia, PA 19123
Nia@alcenter.org
bretgrote@abolitionistlawcenter.org
lolo@alcenter.org
*Counsel for Plaintiff*

 *s/ Samantha C. Whipple*
SAMANTHA C. WHIPPLE
Deputy Attorney General