Caption: *Tucker v. Wetzel & Little*

Case No: 22-631

Judge: Mannion

Date: April 9, 2026

## EXHIBIT LIST

| Completed by Counsel | | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| Exhibit No. (P/D-#) | Exhibit Description | Date Identified | Date Admitted | Witness |
| D-1 | DC-ADM 804 | | | |
| D-2 | Tucker's Grievance History | | | |
| D-3 | Grievance 835630 | | | |
| D-4 | Grievance 839034 | | | |
| D-5 | Grievance 840267 | | | |
| D-6 | Grievance 862524 | | | |
| D-7 | Grievance 864580 | | | |
| D-8 | Grievance 880469 | | | |
| D-9 | Grievance 882668 | | | |
| D-10 | Grievance 891187 | | | |
| D-11 | Grievance 896290 | | | |
| D-12 | Grievance 896294 | | | |
| D-13 | Grievance 899136 | | | |
| D-14 | Grievance 899235 | | | |
| D-15 | Grievance 901810 | | | |
| D-16 | Grievance 904366 | | | |
| D-17 | Grievance 907312 | | | |
| D-18 | Grievance 909172 | | | |
| D-19 | Grievance 910936 | | | |
| D-20 | Grievance 916474 | | | |
| D-21 | Grievance 923239 | | | |
| D-22 | Grievance 923966 | | | |
| D-23 | Grievance 924302 | | | |
| D-24 | Grievance 924321 | | | |
| D-25 | Grievance 927915 | | | |
| D-26 | Grievance 929752 | | | |
| D-27 | Grievance 932347 | | | |
| D-28 | Grievance 933959 | | | |
| D-29 | Grievance 934442 | | | |
| D-30 | Grievance 935578 | | | |

**Caption:** *Tucker v. Wetzel & Little*

**Case No: 22-631**

**Judge: Mannion**

**Date: April 9, 2026**

| | | | | |
|---|---|---|---|---|
| **D-31** | **Grievance 936438** | | | |
| **D-32** | **Grievance 939089** | | | |
| **D-33** | **Grievance 949016** | | | |
| **D-34** | **Grievance 949017** | | | |
| **D-35** | **Grievance 960105** | | | |
| **D-36** | **Grievance 960106** | | | |
| **D-37** | **Grievance 964067** | | | |
| **D-38** | **Grievance 964425** | | | |
| **D-39** | **Grievance 966128** | | | |
| **D-40** | **Grievance 966280** | | | |
| **D-41** | **Grievance 967369** | | | |
| **D-42** | **Grievance 967622** | | | |
| **D-43** | **Grievance 967623** | | | |
| **D-44** | **Grievance 980276** | | | |
| **D-45** | **Grievance 994662** | | | |
| **D-46** | **Grievance 1006261** | | | |
| **D-47** | **Grievance 1006265** | | | |
| **D-48** | **Grievance 1006268** | | | |
| **D-49** | **Grievance 1006294** | | | |
| **D-50** | **Grievance 1006949** | | | |
| **D-51** | **Grievance 1007145** | | | |
| **D-52** | **Grievance 1007583** | | | |
| **D-53** | **Grievance 1012004** | | | |
| **D-54** | **Tucker Deposition Transcript** | | | |
| **D-55** | **Little Deposition Transcript** | | | |
| **D-56** | **Wetzel Deposition Transcript** | | | |