**Caption:** *Tucker v. Wetzel & Little*

**Case No: 22-631**

**Judge: Mannion**

**Date: April 9, 2026**

## EXHIBIT LIST

| Witness No. (P/D-#) | Witness |
|---|---|
| Completed by Counsel | |
| D-1 | Nicki Paul- SCI Benner Township |
| D-2 | Michael "Skip" Bell- SOIGA |
| | |
| | |
| | |
| | |