**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HASSAN A. TUCKER,** | : | |
| **Plaintiff** | : | **CIV. ACTION NO. 1:22-CV-631** |
| **v.** | : | **(JUDGE MANNION)** |
| **JOHN E. WETZEL,** *et al.,* | : | |
| **Defendants** | : | |

### O R D E R

In accordance with the memorandum issued this date, **IT IS HEREBY**

**ORDERED THAT**:

1. Defendants' request for judgment on the basis of failure to exhaust administrative remedies is **DENIED**.

2. A jury trial is scheduled for **Monday, September 28, 2026 at 9:30 a.m.** in Courtroom #3 of the William J. Nealon Federal Building and U.S. Courthouse, 235 North Washington Avenue, Scranton, PA. Counsel are attached for trial. Trial will commence immediately following the completion of jury selection.

3. All motions *in limine* shall be filed no later than **August 21, 2026.**

4.    A final pretrial conference is scheduled for **Wednesday, September 9, 2026 at 2:00 p.m.** in Courtroom #3 of the William J. Nealon Federal Building and U.S. Courthouse, 235 North Washington Avenue, Scranton, PA.

*s/ Malachy E. Mannion*
**Malachy E. Mannion**
**United States District Judge**

**Dated:    June 4, 2026**
22-631-01-order