IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASSAN A. TUCKER,<br>Plaintiff, | : | No. 1:22-cv-0631 |
| | : | |
| v. | : | (Honorable Malachy E. Mannion) |
| | : | |
| JOHN WETZEL and GEORGE LITTLE,<br>Defendants. | : | Electronically Filed Document |

DEFENDANTS' PROPOSED VERDICT FORM

Defendants, through counsel, submit this proposed verdict form with special verdict questions as part of the final pretrial memo.

Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General

Date: September 8, 2026

By: *s/ Nicole R. DiTomo*
NICOLE R. DITOMO
Chief Deputy Attorney General
Civil Litigation Section
Attorney ID: 315325

*Counsel for Defendants*

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 317-0112
Email: nditomo@attorneygeneral.gov

# VERDICT FORM

We, the jury, unanimously find the following by a preponderance of the evidence:

**Question 1**: At the time Tucker was placed (or his placement was continued) on the Restricted Release List (RRL) and housed in the Intensive Management Unit (IMU), did Tucker have a serious mental illness?

*[Mark the appropriate area]*

Yes ______ No _______

*[If you marked "No" to Question No. 1 your deliberations have concluded. Please have the Foreperson sign and date the last page and alert the Courtroom Deputy to enter judgment in favor of the Defendants.]*

*[If you answered "Yes" to Question No. 1 please proceed to Question No. 2.]*

**Question 2**: Did the conditions of Tucker's placement in the IMU expose him to a substantial risk of serious physical or psychological harm?

*[Mark the appropriate area]*

Yes ______ No _______

*[If you marked "No" to Question No. 2 your deliberations have concluded. Please have the Foreperson sign and date the last page and alert the Courtroom Deputy to enter judgment in favor of the Defendants.]*

*[If you answered "Yes" to Question No. 2 please proceed to Question No. 3.]*

**Question 3A**: Did John Wetzel cause, authorize, or continue Tucker's placement on the RRL and housing in the IMU for a prolonged or indefinite period of time?

*[Mark the appropriate area]*

Yes ______ No _______

*[If you marked "No" to Question No. 3A your deliberations have concluded as to Defendant Wetzel. Please proceed to Question 3B but disregard subsequent questions related to Defendant Wetzel.]*

**Question 3B**: Did George Little cause, authorize, or continue Tucker's placement on the RRL and housing in the IMU for a prolonged or indefinite period of time?

*[Mark the appropriate area]*

Yes ______ No _______

*[If you marked "No" to Question No. 3B your deliberations have concluded as to Defendant Little. You should disregard subsequent questions related to Defendant Little.]*

*[If you marked "No" to both Questions No. 3A and 3B please have the Foreperson sign and date the last page and alert the Courtroom Deputy to enter judgment in favor of the Defendants.]*

*[If you marked "Yes" to either Question No. 3A or 3B, please proceed to Question 4 with respect to any remaining Defendant.]*

**Question 4A**: If you answered YES to Question 3A, for approximately how long was Tucker continuously placed on the RRL and housed in the IMU by Defendant Wetzel?

______days/_______months/_______years

**Question 4B**: If you answered YES to Question 4B, for approximately how long was Tucker continuously placed on the RRL and housed in the IMU by Defendant Little?

______days/_______months/_______years

*[Proceed to Question 5]*

**Question 5A**: Did John Wetzel know that Tucker had a serious mental illness at the time of placement or continued placement on the RRL?

*[Mark the appropriate area]*

Yes ______ No _______

*[If you marked "No" to Question No. 5A your deliberations have concluded as to Defendant Wetzel. Please proceed to Question 5B, if applicable, but disregard subsequent questions related to Defendant Wetzel.]*

**Question 5B**: Did George Little know that Tucker had a serious mental illness at the time of placement or continued placement on the RRL?

*[Mark the appropriate area]*

Yes ______ No _______

*[If you marked "No" to Question No. 5B your deliberations have concluded as to Defendant Little. You should disregard subsequent questions related to Defendant Little.]*

*[If you marked "No" to what remains of Question No. 5 please have the Foreperson sign and date the last page and alert the Courtroom Deputy to enter judgment in favor of the Defendants.]*

*[If you marked "Yes" to what remains of Question No. 5, please proceed to Question 6 with respect to any remaining Defendant.]*

**Question 6A**: Did John Wetzel know, or have reason to know, at the time of placement or continued placement on the RRL that prolonged restrictive confinement posed a substantial risk or serious psychological harm to Tucker in light of his mental illness?

*[Mark the appropriate area]*

Yes ______ No _______

*[If you marked "No" to Question No. 6A your deliberations have concluded as to Defendant Wetzel. Please proceed to Question 6B, if applicable, but disregard subsequent questions related to Defendant Wetzel.]*

**Question 6B**: Did George Little know, or have reason to know, at the time of placement or continued placement on the RRL that prolonged restrictive confinement posed a substantial risk or serious psychological harm to Tucker in light of his mental illness?

*[Mark the appropriate area]*

Yes ______ No _______

*[If you marked "No" to Question No. 6B your deliberations have concluded as to Defendant Little. You should disregard subsequent questions related to Defendant Little.]*

*[If you marked "No" to what remains of Question No. 6 please have the Foreperson sign and date the last page and alert the Courtroom Deputy to enter judgment in favor of the Defendants.]*

*[If you marked "Yes" to what remains of Question No. 6, please proceed to Question 7 with respect to any remaining Defendant.]*

**Question 7A**: Did John Wetzel know of **and** disregard a substantial risk that Tucker would suffer serious physical or psychological harm from placement on the RRL and housing in the IMU?

*[Mark the appropriate area]*

Yes ______ No _______

*[If you marked "No" to Question No. 7A your deliberations have concluded as to Defendant Wetzel. Please proceed to Question 7B, if applicable, but disregard subsequent questions related to Defendant Wetzel.]*

**Question 7B**: Did George Little know of **and** disregard a substantial risk that Tucker would suffer serious physical or psychological harm from placement on the RRL and housing in the IMU?

*[Mark the appropriate area]*

Yes ______ No _______

*[If you marked "No" to Question No. 7B your deliberations have concluded as to Defendant Little. You should disregard subsequent questions related to Defendant Little.]*

*[If you marked "No" to what remains of Question No. 7 please have the Foreperson sign and date the last page and alert the Courtroom Deputy to enter judgment in favor of the Defendants.]*

*[If you marked "Yes" to what remains of Question No. 7, please proceed to Question 8 with respect to any remaining Defendant.]*

**Question 8A**: Did John Wetzel have a legitimate penological justification for placing or continuing to place Tucker on the RRL for the duration identified in response to Question 4?

*[Mark the appropriate area]*

Yes ______ No _______

*[If you marked "Yes" to Question No. 8A your deliberations have concluded as to Defendant Wetzel. Please proceed to Question 8B, if applicable, but disregard subsequent questions related to Defendant Wetzel.]*

**Question 8B**: Did George Little have a legitimate penological justification for placing or continuing to place Tucker on the RRL for the duration identified in response to Question 4?

*[Mark the appropriate area]*

Yes ______ No _______

*[If you marked "Yes" to Question No. 8B your deliberations have concluded as to Defendant Little. You should disregard subsequent questions related to Defendant Little.]*

*[If you marked "Yes" to what remains of Question No. 8 please have the Foreperson sign and date the last page and alert the Courtroom Deputy to enter judgment in favor of the Defendants.]*

*[If you marked "No" to what remains of Question No. 8, please proceed to Question 9 with respect to any remaining Defendant.]*

**Question 9A:** Did Tucker prove that he suffered physical injuries due to placement on the RRL and housing within the IMU?

*[Mark the appropriate area]*

Yes ______ No _______

*[If you marked "Yes" to Question No. 9 please proceed to Question 9B.]*

**Question 9B:** If you answered Yes to Question No. 9A, please describe the physical injuries suffered by Tucker.

Answer: ______________________________________________

*[Please proceed to Question 10.]*

If you marked "No" to Question No. 9A, no compensatory damages will be awarded; however, Tucker will be entitled to an award of $1.00 for nominal damages. Please place $1.00 on the nominal damages line below.

Answer: $________________ (nominal) ($1.00)

*[Your deliberations have concluded. Please have the Foreperson sign and date the last page and alert the Courtroom Deputy].*

**Question 10**: If you answered "Yes" to Question No. 9, for the Defendants that remain following your responses to earlier questions, what amount for compensatory damages, if any, has Tucker proven will compensate him fairly for his injuries?

As against John Wetzel: $________________ (compensatory)

As against George Little: $________________ (compensatory)

*[Your deliberations have concluded. Please have the Foreperson sign and date the last page and alert the Courtroom Deputy].*

After you have completed this Verdict Form, sign and date below.

Date: _____________ ____________________

Foreperson