# LIST OF EXHIBITS

CASE CAPTION: *Hassan Tucker v. Wetzel*
MIDDLE DISTRICT OF PENNSYLVANIA

CASE NUMBER: 1:22-0631
JUDGE: Mannion

| PTF | DFT | DESCRIPTION | IDENTIFIED | EVIDENCE | RULING | WITNESS |
|---|---|---|---|---|---|---|
| | | **DC-ADM 802 Versions** | | | | |
| 1A | | DC-ADM 802 Procedures, effective 2016 | | | | |
| 1B | | DC-ADM 802 Procedures, effective 2022 | | | | |
| 2 | | DOC Policy 13.8.1: Access to Mental Health Care | | | | |
| 3 | | DOC Policy 6.5.1: Administration of Security Level 5 Housing Units | | | | |
| 4 | | Resume of John Wetzel | | | | |
| 5 | | Resume of George Little | | | | |
| | | **Correspondences between Mr. Tucker and Defendants Wetzel and Little** | | | | |
| 6A | | Letter from Mr. Tucker to Wetzel, Received Oct. 22, 2019 | | | | |
| 6B | | Response from Wetzel Designee Loy, Oct. 22, 2019 | | | | |
| 6C | | Letter from Mr. Tucker to Wetzel, Received Nov. 14, 2019 | | | | |
| 6D | | Response from Wetzel Designee Loy, Nov. 25, 2019 | | | | |
| 6E | | Letter from Mr. Tucker to Wetzel, Oct. 7, 2020 | | | | |
| 6F | | Response from Wetzel Designee Muick, Oct. 8, 2020 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6G | | Letter from Mr. Tucker to Wetzel, Received March 19, 2021 | | | | |
| 6H | | Response from Wetzel Designee Muick, March 24, 2021 | | | | |
| 6I | | Letter from Mr. Tucker to Little, Received Dec. 15, 2021 | | | | |
| 6J | | Response from Little Designee Verbyla, Dec. 16, 2021 | | | | |
| 6K | | Letter from Mr. Tucker to Little, Received Feb. 8, 2022 | | | | |
| 6L | | Response from Little Designee Miller, Received Feb. 10, 2022 | | | | |
| | | November 2019 RRL Placement **Packet** | | | | |
| 7A | 1A | RRL Placement Form | | | | |
| 7B | 1B | Vote Sheet | | | | |
| 7C | 1C | Checklist | | | | |
| 7D | 1D | Memorandum | | | | |
| 7E | 1E | Incarceration Details | | | | |
| 7F | 1F | Contact Entries (ICAR) | | | | |
| 7G | 1G | Separations | | | | |
| 7H | 1H | Psychological Evaluation | | | | |
| 7I | 1I | Misconduct Record | | | | |
| | | June 2020 RRL Continuation **Packet** | | | | |
| 8A | 2A | RRL Placement Form | | | | |
| 8B | 2B | Vote Sheet | | | | |
| 8C | 2C | Checklist | | | | |
| 8D | 2D | Memorandum | | | | |
| 8E | 2E | Incarceration Details | | | | |
| 8F | 2F | Contact Entries (ICAR) | | | | |
| 8G | 2G | Separations | | | | |
| 8H | 2H | Psychological Evaluation | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8I | 2I | Misconduct Record | | | | |
| 9 | 3 | Wetzel 2021 Memo re: Reviews | | | | |
| | | June 2022 RRL Continuation **Packet** | | | | |
| 10A | 4A | RRL Placement Form | | | | |
| 10B | 4B | Vote Sheet | | | | |
| 10C | 4C | Checklist | | | | |
| 10D | 4D | Memorandum | | | | |
| 10E | 4E | Incarceration Details | | | | |
| 10F | 4F | Contact Entries (ICAR) | | | | |
| 10G | 4G | Separations | | | | |
| 10H | 4H | Psychological Evaluation | | | | |
| 10I | 4I | Misconduct Record | | | | |
| | | July 2023 RRL Continuation **Packet** | | | | |
| 11A | 5A | RRL Placement Form | | | | |
| 11B | 5B | Vote Sheet | | | | |
| 11C | 5C | Checklist | | | | |
| 11D | 5D | Memorandum | | | | |
| 11E | 5E | Incarceration Details | | | | |
| 11F | 5F | Contact Entries (ICAR) | | | | |
| 11G | 5G | Separations | | | | |
| 11H | 5H | Psychological Evaluation | | | | |
| 11I | 5I | Misconduct Record | | | | |
| | | November 2023 RRL Removal **Packet** | | | | |
| 12A | 6A | RRL Placement Form | | | | |
| 12B | 6B | Vote Sheet | | | | |
| 12C | 6C | Checklist | | | | |
| 12D | 6D | Memorandum | | | | |
| 12E | 6E | Incarceration Details | | | | |
| 12F | 6F | Contact Entries (ICAR) | | | | |
| 12G | 6G | Separations | | | | |
| 12H | 6H | Psychological Evaluation | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12I | 6I | Misconduct Record | | | | |
| 13 | | IMU Inmate Handbook 2022 | | | | |
| 14 | | IMU Inmate Handbook 2023 | | | | |
| 15 | | Anger Management Workbook | | | | |
| 16 | | Photograph of PA DOC Solitary Confinement Cell | | | | |
| 17 | | DSM-V-TR | | | | |
| 18 | | 2014 DOJ Letter | | | | |
| 19 | | Nagele et al., "Brain Injury in an Offender Population" (2018) | | | | |
| 20 | | Western et al., "Solitary Confinement and Institutional Harm" (2021) | | | | |
| | | **Records of 2017 Fall** | | | | |
| 21A | | EOR, Apr. 20, 2017 | | | | |
| 21B | | Photographs, Apr. 20, 2017 | | | | |
| | | **Requests and Grievances** | | | | |
| 22A | | Inmate's Request to Staff and Response, Sep. 18, 2019 | | | | |
| 22B | | Grievance #862524 and Initial Response, Apr. 2020 | | | | |
| 22C | | Grievance #864580 and Initial Response, Apr. 2020 | | | | |
| 22D | | Grievance #966280 and Initial Response, Feb. 2022 | | | | |
| 23 | | Incident Reports, Apr. 27, 2020 | | | | |
| 24 | | Mt. Nittany Hospital Discharge Plan, Apr. 29, 2020 | | | | |
| 25 | | Video of SCI Rockview Cell Block, Apr. 27, 2020 | | | | |
| | | **Mental Health Records** | | | | |
| 26A | | Mental Health Note, Jan. 19, 2018 | | | | |
| 26B | | Mental Health Note, Sep. 26, 2019 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 26C | | Mental Health Note, May 1, 2020 | | | | |
| 26D | | Mental Health Note, Dec. 16, 2021 | | | | |
| 26E | | Mental Health Note, Nov. 8, 2023 | | | | |
| 26F | | Mental Health Note, Dec. 14, 2023 | | | | |
| 26G | | Mental Health Note Feb. 20, 2024 | | | | |
| 26H | | Mental Health Note Aug. 24, 2024 | | | | |
| 27 | | Demonstrative Timeline | | | | |
| 28 | | Demonstrative Glossary of Terminology | | | | |