**Verdict Form**

1. Did Defendant John Wetzel violate Mr. Hassan Tucker's constitutional rights?

______ Yes

______ No

2. Did Defendant George Little violate Mr. Hassan Tucker's constitutional rights?

______ Yes

______ No

3. Did the subordinates of Defendant John Wetzel violate Mr. Hassan Tucker's constitutional rights?

______ Yes

______ No

*If your answer to Question 3 is "no," do not answer Question 4; move on to Question 5.*

4. Was the subordinates' violation caused by Defendant John Wetzel's establishment of a custom, policy, or practice?

_______ Yes

_______ No

5. Did the subordinates of Defendant George Little violate Mr. Hassan Tucker's constitutional rights?

______ Yes

______ No

*If your answer to Question 5 is "no," do not answer Question 6; move on to the following instructions.*

6. Was the subordinates' violation caused by Defendant George Little's establishment of a custom, policy, or practice?

_______ Yes

_______ No

*If you answered "No" to all of the above questions, please date and sign the verdict slip and notify my Deputy. Otherwise, answer questions 7 and 8.*

7. For the preceding claims, set forth the amount that you award Mr. Tucker as compensatory damages for physical and emotional pain and suffering.

$ ______________________________

8. For the preceding claims, set forth the amount that you award as punitive damages, if any, against each Defendant.

Defendant John Wetzel: $ ______________________________

Defendant George Little: $ ______________________________