**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HASSAN A. TUCKER,** | : | |
| **Plaintiff** | : | **CIV. ACTION NO. 1:22-CV-631** |
| **v.** | : | **(JUDGE MANNION)** |
| **JOHN E. WETZEL, *et al.*,** | : | |
| **Defendants** | : | |

**O R D E R**

This is a prisoner civil rights case that is scheduled for a jury trial on September 28, 2026. Presently before the court is plaintiff's motion to file his expert report under seal. (Doc. 131).

In order to seal a court document, a party must show "that the material is the kind of information that courts will protect and that disclosure will work a clearly defined and serious injury to the party seeking closure." *In re Avandia Mktg., Sales Practices & Prods. Liab. Litig.*, 924 F.3d 662, 672 (3d Cir. 2019). The district court must make specific findings on the record as to why sealing is necessary to protect "compelling" interests that overcome the strong presumption in favor of public access to judicial documents. *Id.* at 672. The court must also give an opportunity for any interested third parties to object to its sealing decision. *Id.* at 672-73.

Here, plaintiff has clearly established good cause to seal the document. It contains very sensitive information about his mental health and life experiences, including extremely sensitive information about his childhood. The court finds that this is a compelling interest in plaintiff's privacy that overcomes the public's general right of access to court documents in this instance. Accordingly, **IT IS ORDERED THAT**:

1. Plaintiff's motion to file a document under seal (Doc. 131) is **GRANTED**.

2. Plaintiff's expert report (Doc. 132), statement of legal and factual justification for a sealing order (Doc. 132-1), and supporting case law (Doc. 132-2) shall remain under seal.

3. Any member of the public that wishes to object to this sealing decision may file an objection with the court no later than **October 10, 2026**. This deadline shall not affect the scheduled trial of September 28, 2026, or any other date or deadline in the case.

**MALACHY E. MANNION**
**United States District Judge**

**DATED:** 9/10/26
22-631-08