**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HASSAN A. TUCKER | : | **CIVIL ACTION NO. 1:22-CV-631** |
| | : | (Mannion, J.) |
| -V- | : | **ELECTRONICALLY FILED** |
| JOHN E. WETZEL, *et al.*, | : | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**AND NOW**, this 16th day of September , 2026, it is hereby:

**ORDERED** that the Secretary for the Pennsylvania Department of Corrections produce before this Court HASSAN TUCKER #GP6788 on Monday, September 28, 2026 at 9:00 A.M. until dismissed, before the Honorable Malachy E. Mannion to appear for a Trial in the above-captioned matter in the United States District Court, 235 N. Washington Avenue, Scranton PA 18503 in Courtroom 3, and immediately upon termination of the hearing be delivered into the custody of the Pennsylvania Department of Corrections. Mr. Tucker is to be transferred to the District Court directly from SCI Mahanoy and returned to SCI Mahanoy the same day. Mr. Tucker is to return to the U.S. District Court each day following the same above-outlined departure and return location and schedule until the trial has concluded. Mr. Tucker's legal counsel will deliver to the U.S. Marshals office plain clothes for him to wear each day and will collect the clothes at the end of each day.

s/ Malachy E. Mannion
**MANNION, J.**