IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASSAN A. TUCKER, Plaintiff | : | No. 1:22-cv-0631 |
| | : | |
| v. | : | (Honorable Malachy E. Mannion) |
| | : | |
| JOHN WETZEL and GEORGE LITTLE Defendants | : | |

ORDER

AND NOW, this _______ day of _______________, 2026, following a review of Defendants' Emergency Motion in Limine, which seeks to preclude the introduction of any argument, evidence, or jury instruction concerning supervisory theories of liability, it is hereby ORDERED that Defendants' Emergency Motion is GRANTED.

Argument, evidence, or jury instructions seeking to suggest that Defendants Wetzel or Little could be liable to Mr. Tucker for a subordinate's conduct or for being deliberately indifferent to the consequences of a policy, practice, or custom are precluded from being introduced at trial.

_______________________________________

HONORABLE MALACHY E. MANNION
United States District Judge