**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HASSAN A. TUCKER,** | : | **CIV. ACTION NO. 1:22-CV-631** |
| | : | |
| **Plaintiff** | : | **(JUDGE MANNION)** |
| | : | |
| **v.** | : | **ELECTRONICALLY FILED** |
| | : | |
| **JOHN E. WETZEL, *et al.*,** | : | |
| | : | |
| **Defendants** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that the within response has been filed electronically and is available for viewing and downloading from the ECF system.

/s/ Nia Holston

Nia Holston (PA 327384)

DATE: September 23, 2026