**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HASSAN A. TUCKER,** | : | |
| **Plaintiff** | : | **CIV. NO. 1:22-CV-631** |
| **v.** | : | **(JUDGE MANNION)** |
| **JOHN E. WETZEL,** | : | |
| **Defendant** | : | |

# VERDICT FORM

# COURT EXHIBIT #1

We, the jury, unanimously find the following by a preponderance of the evidence:

**Question 1:** Was Hassan Tucker at risk of serious harm when he was placed or continued on the Restricted Release List (RRL)?

Answer: Yes X No_____

*[Mark the appropriate area. If you answered "Yes," please proceed to Question 2. If you answered "No," your deliberations have concluded. Please STOP, have the foreperson sign and date the last page, and alert the Courtroom Deputy.]*

**Question 2:** Did John Wetzel cause, authorize, or continue Hassan Tucker's placement on the RRL?

Answer: Yes__X__ No_____

*[Mark the appropriate area. If you answered "Yes," please proceed to Question 3. If you answered "No," your deliberations have concluded. Please STOP, have the foreperson sign and date the last page, and alert the Courtroom Deputy.]*

**Question 3:** Did John Wetzel know Hassan Tucker faced a substantial risk of serious harm at the time of placement or continued placement on the RRL?

Answer: Yes__X__ No______

*[Mark the appropriate area. If you answered "Yes," please proceed to Question 4. If you answered "No," your deliberations have concluded. Please STOP, have the foreperson sign and date the last page, and alert the Courtroom Deputy.]*

**Question 4:** Did John Wetzel disregard a substantial risk of serious harm to Hassan Tucker?

Answer: Yes_____ No__X__

*[Mark the appropriate area. If you answered "Yes," please proceed to Question 5. If you answered "No," your deliberations have concluded. Please STOP, have the foreperson sign and date the last page, and alert the Courtroom Deputy.]*

**Question 5:** Did John Wetzel cause harm to Hassan Tucker?

Answer: Yes_____ No_____

*[Mark the appropriate area. If you answered "Yes," please proceed to Question 6. If you answered "No," your deliberations have concluded. Please STOP, have the foreperson sign and date the last page, and alert the Courtroom Deputy.]*

**Question 6:** Did Hassan Tucker suffer physical injuries due to placement or continuation on the RRL?

Answer: Yes_____ No_____

*[Mark the appropriate area. If you answered "Yes" to Question No. 6, please proceed to Question 7. If you answered "No," please mark the appropriate box for nominal damages at the bottom of this page.]*

**Nominal Damages:**

Answer: $___________(nominal) ($1.00)

*[After marking the box for nominal damages, if applicable, please proceed to Question 9.]*

**Question 7:** If you answered Yes to Question No. 6, please describe the physical injuries suffered by Tucker.

Answer:

______________________________________________________________

*[After describing the physical injuries in the above space, please proceed to Question 8.]*

**Question 8 – Compensatory Damages:** How much will fairly compensate Hassan Tucker for the harm he suffered?

$_______________ (compensatory)

*[Please proceed to Question 9.]*

**Question 9:** Did Hassan Tucker prove that John Wetzel acted maliciously or wantonly against Mr. Tucker in violating his rights?

Answer: Yes_____ No_____

*[If you answered "Yes" to Question 9, please proceed to Question 10. If you answered "No," your deliberations have concluded. Please STOP, have the foreperson sign and date the last page, and alert the Courtroom Deputy.]*

**Question 10:** Do you award punitive damages against John Wetzel?

Answer: Yes_____ No_____

If yes, in what amount:

$________________________________________

*[Your deliberations have concluded. Please have the Foreperson sign and date in the below boxes and alert the Courtroom Deputy.]*

SO SAY WE ALL, this 1 day of October, 2026