**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HASSAN A. TUCKER,** | : | |
| **Plaintiff** | : | **CIV. ACTION NO. 1:22-CV-631** |
| **v.** | : | **(JUDGE MANNION)** |
| **JOHN E. WETZEL,** | : | |
| **Defendant** | : | |

**ORDER**

**AND NOW**, on this 2nd day of October, 2026, for the reasons explained on the record at the conclusion of plaintiff's case in chief during the jury trial in this matter, **IT IS HEREBY ORDERED THAT** defendant Little's motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a) is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of defendant Little.

**Malachy E. Mannion**
**United States District Judge**

**Dated:** 10/2/24

22-631-10