AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

Hassan A. Tucker
*Plaintiff*
v.
John E. Wetzel
*Defendant*

Civil Action No. 1:22-cv-00631

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: JUDGMENT in favor of the Defendant, George Little, and against the Plaintiff, Hassan A. Tucker, on a Oral Motion for Judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a).

This action was *(check one)*:

☐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

☐ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge Malachy E. Mannion on a motion for Judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a).

Date: 10/2/2026

*CLERK OF COURT*

Gina Gebhardt

*Signature of Clerk or Deputy Clerk*