AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

Hassan A. Tucker
*Plaintiff*
v.
John E. Wetzel
*Defendant*

Civil Action No. 1:22-cv-00631

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: JUDGMENT in favor of Defendant, John E. Wetzel, and against Plaintiff, Hassan A. Tucker, as decided by the Jury on 10/1/2026.

This action was *(check one)*:

☑ tried by a jury with Judge Malachy E. Mannion presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

❒ decided by Judge ______ on a motion for ______ .

Date: 10/30/2026

*CLERK OF COURT*

Gina Gebhardt

*Signature of Clerk or Deputy Clerk*