# INVOICE



Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 63905 | 8/13/2025 | 42336 |
| **Job Date** | **Case No.** | |
| 7/2/2025 | 1:22-CV-00631 | |
| **Case Name** | | |
| Hassan A. Tucker v. John E. Wetzel and George Little | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Tyler Jefferies
Pennsylvania Office of Attorney General
Strawberry Square
14th Floor
Harrisburg, PA 17120

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| John Wetzel | 242.00 | Pages | @ | 3.950 | 955.90 |
| Videoconference | 1.00 | | @ | 0.000 | 0.00 |
| E-Litigation Package | 1.00 | | @ | 29.950 | 29.95 |
| **TOTAL DUE >>>** | | | | | **$985.85** |
| AFTER 9/12/2025 PAY | | | | | $1,133.73 |

Pay your invoice with a credit card here: https://everestcourtrep.securepayments.cardpointe.com

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 147.88 |
| **(=) New Balance:** | **$1,133.73** |

Okay to pay
Tyler Jefferies
CMS # 65619
10/23/2025

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

Job No. : 42336 BU ID : B
Case No. : 1:22-CV-00631
Case Name : Hassan A. Tucker v. John E. Wetzel and George Little
Invoice No. : 63905 Invoice Date : 8/13/2025
**Total Due : $1,133.73**

Tyler Jefferies
Pennsylvania Office of Attorney General
Strawberry Square
14th Floor
Harrisburg, PA 17120

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Everest Court Reporting**
**12 Penns Trail**
**Newtown, PA 18940**

# INVOICE



Everest Court Reporting LLC
100 N. 18th St
Suite 2001
Philadelphia, PA 19103
T: 215-341-3616

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 64066 | 8/13/2025 | 42337 |
| **Job Date** | **Case No.** | |
| 7/10/2025 | 1:22-CV-00631 | |
| **Case Name** | | |
| Hassan A. Tucker v. John E. Wetzel and George Little | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Samantha Whipple
Pennsylvania Office of Attorney General
1600 Arch Street
Suite 300
Philadelphia, PA 19103

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| George Little | 175.00 | Pages | @ | 3.950 | 691.25 |
| Videoconference | 1.00 | | @ | 0.000 | 0.00 |
| E-Litigation Package | 1.00 | | @ | 29.950 | 29.95 |
| **TOTAL DUE >>>** | | | | | **$721.20** |
| AFTER 9/12/2025 PAY | | | | | $829.38 |

Pay your invoice with a credit card here: https://everestcourtrep.securepayments.cardpointe.com

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 108.18 |
| **(=) New Balance:** | **$829.38** |

okay to pay
Samantha Whipple
CMS: 65619
3/18/26

**Tax ID:** 82-4849405

*Please detach bottom portion and return with payment.*

Samantha Whipple
Pennsylvania Office of Attorney General
1600 Arch Street
Suite 300
Philadelphia, PA 19103

Job No. : 42337    BU ID : B
Case No. : 1:22-CV-00631
Case Name : Hassan A. Tucker v. John E. Wetzel and George Little
Invoice No. : 64066    Invoice Date : 8/13/2025
**Total Due : $829.38**

Remit To: **Everest Court Reporting**
**12 Penns Trail**
**Newtown, PA 18940**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE



Sargent's Court Reporting Service
210 Main Street
Johnstown, PA 15901
Phone: 814-536-8908 Fax: 814-539-7579

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1929039 | 10/10/2025 | 307533 |
| **Job Date** | **Case No.** | |
| 10/10/2025 | 1:22-CV-0631 | |
| **Case Name** | | |
| Hassan Tucker v John E. Wetzel et al | | |
| **Payment Terms** | | |
| Due Upon Receipt | | |

Tyler Jefferies, Esquire
PA Office of Attorney General- Civil Law Division
320 Market Street,
Strawberry Square 15th Floor
Harrisburg, PA 17120

| | | | | | |
|---|---|---|---|---|---|
| Hassan Tucker | | | | | 0.00 |
| Setup and First Hour | 1.00 | Hours | @ | 260.000 | 260.00 |
| Video Additional Hours | 1.00 | Hours | @ | 90.000 | 90.00 |
| **TOTAL DUE >>>** | | | | | **$350.00** |

Okay to pay
Tyler Jefferies
CMS # 65619

10/23/2025

9 - 10:54

**Tax ID:** 25-1794603

*Please detach bottom portion and return with payment.*

Job No. : 307533 BU ID : JTWN-VIDEO
Case No. : 1:22-CV-0631
Case Name : Hassan Tucker v John E. Wetzel et al

Invoice No. : 1929039 Invoice Date : 10/10/2025
**Total Due** : **$350.00**

Tyler Jefferies, Esquire
PA Office of Attorney General- Civil Law Division
320 Market Street,
Strawberry Square 15th Floor
Harrisburg, PA 17120

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Sargent's Court Reporting Service, Inc. - Main**
**210 Main Street**
**Johnstown, PA 15901**