**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HASSAN A. TUCKER,** | : | **CIV. ACTION NO. 1:22-CV-631** |
| **Plaintiff** | : | **(JUDGE MANNION)** |
| **v.** | : | **ELECTRONICALLY FILED** |
| **JOHN E. WETZEL, *et al.*,** | : | |
| **Defendants** | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Hassan Tucker, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeal for the Third Circuit from the order entering judgment in favor of Defendant Little on Plaintiff's Eighth Amendment claim in this action on October 2, 2026 (ECF No. 157), and the order entering judgment in favor of Defendant Wetzel on Plaintiff's Eighth Amendment claim in this action on October 30, 2026 (ECF No. 158), entered by District Court Judge Malachy E. Mannion. Plaintiff's appeal encompasses all prior interlocutory orders that merge into final judgment.

DATED: November 2, 2026

Respectfully submitted,

*/s/ Nia Holston*
Nia Holston (PA 327384)
*/s/ Bret Grote*
Bret Grote (PA 317273)
*/s/ Lolo Salsbury Serrano**

Lolo Salsbury Serrano (PA 338184)
*/s/ Bassel El-Rewini**
Bassel El-Rewini (NY 6307334)

* *pro hace vice*

Abolitionist Law Center
990 Spring Garden Street, Suite 306
Philadelphia, PA 19123
(267) 357-0948
nia@alcenter.org
bretgrote@alcenter.org
lolo@alcenter.org
bassel@alcenter.org

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HASSAN A. TUCKER,** | : | **CIV. ACTION NO. 1:22-CV-631** |
| | : | |
| **Plaintiff** | : | **(JUDGE MANNION)** |
| | : | |
| **v.** | : | **ELECTRONICALLY FILED** |
| | : | |
| **JOHN E. WETZEL, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that the within notice of appeal has been filed electronically and is available for viewing and downloading from the ECF system.

/s/ Nia Holston
Nia Holston (PA 327384)

DATE: November 2, 2026