OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

(570) 207-5600 FAX (570) 207-5650
WWW.PAMD.USCOURTS.GOV

PETER J. WELSH
CLERK OF COURT

DIVISIONAL OFFICES:

HARRISBURG:
(717) 221-3920
WILLIAMSPORT:
(570) 323-6380

November 9, 2026

Bassel El-Rewini, Esq.
Bret D. Grote, Esq.
Lolo Salsbury Serrano, Esq.
Nia Holston, Esq.
Nicole R. DiTomo, Esq.

Re: Tucker vs. Wetzel et al.
Case No. 1:22-CV-00631 (Judge Mannion)

Dear Plaintiff and Counsel:

The court will stay any action on the taxation of costs until resolution of the appeal filed in this matter. Upon resolution, the Court will commence processing the Bill of Costs filed by the defendant in accordance with 28 U.S.C. §1920 and the Local Rules of Court.

Very truly yours,

Peter J. Welsh, Clerk of Court

By: s/H. Snell____
Deputy Clerk